IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     DALESON ENTERPRISE, LLC
           D/B/A JONES COUNTY REST HOME           CASE NO. 05-50095

BY_____DEPUTY

## NOTICE

PLEASE TAKE NOTICE that the Debtor-in-possession, Daleson Enterprise, LLC d/b/a Jones County Rest Home, (the "Debtor") has filed a Motion to Extend Period of Exclusivity for Filing of Disclosure Statement and Plan of Reorganization (the "Motion"), a copy of which is attached, incorporated by reference and marked as Exhibit "A".

PLEASE TAKE FURTHER NOTICE that if no objections to the Motion are filed within 20 days of the date of this Notice, the Court will consider the Motion on an ex parte basis. Objections must be filed in writing with the Clerk of the U. S. Bankruptcy Court, Southern District of Mississippi, Attention: Ms. Charlene Kennedy, Post Office Box 2448, Jackson, MS 39225-2448, and a copy served upon Melanie T. Vardaman of Harris & Geno, PLLC, one of the attorneys for the Debtor, at Post Office Box 3380, Ridgeland, MS 39158-3380.

SO NOTICED this the 11 day of May, 2005.

Respectfully submitted,

DALESON ENTERPRISE, LLC D/B/A
JONES COUNTY REST HOME

By Its Attorneys
HARRIS & GENO, PLLC

By: *Melanie Vardaman*
Melanie T. Vardaman

OF COUNSEL:
Craig M. Geno, Esq. - MSB No. 4793
Jeffrey K. Tyree, Esq. - MSB No. 9049
Melanie T. Vardaman, Esq. - MSB No. 100392
HARRIS & GENO, PLLC
587 Highland Colony Parkway
P.O. Box 3380
Ridgeland, MS 39158-3380
Telephone: (601) 427-0048
Facsimile: (601) 427-0050

## CERTIFICATE OF SERVICE

I, Melanie T. Vardaman, do hereby certify that I have this date, via U. S. Mail, postage prepaid, a true and correct copy of the above and foregoing to the following:

Ronald McAlpin, Esq.
Office of the United States Trustee
Suite 706, 100 West Capitol Street
Jackson, MS 39269

This, the 11 day of May, 2005.

Melanie T. Vardaman

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   DALESON ENTERPRISE, LLC
         D/B/A JONES COUNTY REST HOME         CASE NO. 05-50095

**MOTION TO EXTEND PERIOD OF EXCLUSIVITY FOR FILING OF DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION**

COMES NOW Daleson Enterprise, LLC d/b/a Jones County Rest Home (the "Debtor"), and files this, its Motion to Extend Period of Exclusivity for Filing of Disclosure Statement and Plan of Reorganization (the "Motion"), and in support thereof, would show unto the Court the following, to-wit:

1. The Debtor initiated this Chapter 11 case by the filing of a voluntary petition pursuant to Title 11, Chapter 11 of the United States Code on or about January 10, 2005 (the "Petition Date"). Subsequent to the Petition Date, the Debtor has been, and is, the duly qualified and acting, Chapter 11 Debtor in Possession herein. The Debtor is in possession and control of the assets of the Debtor in Possession and it is operating and managing the business affairs of the Debtor in Possession.

2. Subsequent to the filing of the petition herein, the Debtor has been involved in negotiations with various creditors and making determinations to allow it to finalize all matters with regard to a Disclosure Statement and the proposed Plan of Reorganization ("Plan") to be filed herein.

3. As a result of the ongoing negotiations with various creditors the Debtor has been unable to finalize its proposed Plan within the 120 days required by the Bankruptcy Code. The statutory exclusivity period will expire on May 12, 2005.

4. Therefore, the Debtor seeks an extension of sixty (60) days until and including July 11, 2005, in which to file its proposed Plan and Disclosure Statement and a concomitant extension of ninety (90) days within which to obtain Plan confirmation.

5. The Debtor does not seek this extension for purposes of delay, but rather, to allow the Debtor an opportunity to fully formulate and file its proposed Plan and Disclosure Statement.

6. The extension requested will not result in any undue prejudice to any creditor or other party-in-interest.

WHEREFORE, PREMISES CONSIDERED, Debtor requests that it be granted until and including July 11, 2005, in which to file a Plan and Disclosure Statement in this Chapter 11 case, and a similar extension to obtain Plan confirmation. The Debtor prays for other such general and specific relief as this Court may deem just.

Respectfully Submitted,

DALESON ENTERPRISE, LLC D/B/A
JONES COUNTY REST HOME

By Its Attorneys

HARRIS & GENO, PLLC

By: /s/ Melanie Vardaman
     Melanie T. Vardaman, Esq.

OF COUNSEL:
Craig M. Geno, MSB No. 4793
Jeffrey K. Tyree, MSB No. 9049
Melanie T. Vardaman, MSB No. 100392
HARRIS & GENO, PLLC
587 Highland Colony Parkway (39157)
Post Office Box 3380
Ridgeland, Ms 39158-3380
Telephone No.:  601-427-0048
Facsimile No.:  601-427-0050

**CERTIFICATE OF SERVICE**

I, Melanie T. Vardaman, do hereby certify that I have caused to be served this date, via facsimile and/or United States Mail, postage prepaid, a true and correct copy of the above and foregoing instrument to the following:

Ronald McAlpin, Esq.
Office of the United States Trustee
A. H. McCoy Federal Building, Ste. 706
100 West Capitol Street
Jackson, MS 39269

This the 11th day of May, 2005.

/s/ Melanie Vardaman
Melanie T. Vardaman, Esq.


EXHIBIT "A"