```
                                              U.S. BANKRUPTCY COURT
                                           SOUTHERN DISTRICT OF MISSISSIPPI
                                                      FILED
       IN THE UNITED STATES BANKRUPTCY COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI      JUN 27 2005

                                              CHARLENE J. KENNEDY, CLERK
                                              BY_____ DEPUTY
```

IN RE:
DALESON ENTERPRISES, LLC                    CHAPTER 11
D/B/A JONES COUNTY REST HOME                CASE NO. 05-50095

## OBJECTION TO DEBTOR'S SECOND MOTION FOR ADDITIONAL TIME WITHIN WHICH TO ASSUME OR REJECT UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY

COMES NOW Jones County Board of Supervisors by and through its Attorney and files this its Objection to Debtor's Second Motion for Additional Time Within Which to Assume or Reject Unexpired Lease of Non-Residential Real Property, and in support thereof, would show unto the Court the following:

1. On November 20, 2000 the Jones County Board of Supervisors as Lessor entered into a Lease Agreement with Donna D. Zumwalt as Lessee to lease the Jones County Rest Home for a term expiring December 31, 2005.

2. On February 25, 2002, the Jones County Board of Supervisors entered an Order consenting to the Assignment of the Lease Agreement on the Jones County Rest Home by Donna D. Zumwalt to Daleson Enterprises, LLC.

3. The Jones County Board of Supervisors does not intend to approve any new lease that could be assigned to Daleson Enterprises, LLC.

4. Additional time as requested in the Motion is not necessary for the Debtor since the Debtor has no option to renew the said lease.

5. The requested extension will cause undue prejudice to Jones County.

6. Other grounds to be assigned upon a hearing hereof.

WHEREFORE, PREMISES CONSIDERED, Jones County Board of Supervisors respectfully prays that upon a hearing hereof, the Court will enter an Order denying the Debtors Motion extending the deadline for assuming or rejected unexpired leases of non-residential property. Jones County Board of Supervisors prays for general relief.

Respectfully submitted,

Jones County Board of Supervisors

By: _____
M. Wayne Thompson, Attorney
for the Board

M. Wayne Thompson
Williamson & Thompson, PLLC
P.O. Box 6509
Laurel, MS 39441
Phone: (601) 426-0056
Fax: (601) 426-0058

## CERTIFICATE OF SERVICE

I, M. Wayne Thompson, attorney for Jones County Board of Supervisors, do hereby certify that I have this day mailed by United States mail, postage pre-paid, a true and correct copy of the above and foregoing Objection to Debtor's Second Motion for Additional Time Within Which to Assume or Reject Unexpired Lease of Non-Residential Real Property to Ronald H. McAlpin, Esq., Office of the United States Trustee, Suite 706, A.H. McCoy Federal Building, 100 West Capitol Street, Jackson, Mississippi 39269 and Craig M. Geno, Esq., Harris and Geno, P.L.L.C., P.O. Box 3380, Ridgeland, Mississippi 39158-3380, Fax: 601-427-0050

This the 24th day of June, 2005.

_____
M. Wayne Thompson