IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    **DALESON ENTERPRISE, LLC**
Case No. 05-50095

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED

AUG 2 6 2005

CHARLENE J. KENNEDY, CLERK
BY_____ DEPUTY

### ORDER FIXING TIME FOR HEARING ON THE DISCLOSURE STATEMENT COMBINED WITH NOTICE OF HEARING

This Court, having considered the proposed Disclosure Statement filed by the Debtor-in-Possession on August 3, 2005, pursuant to §1125(b), it is

**ORDERED** that a copy of the proposed Disclosure Statement and Plan of Reorganization shall be transmitted to all creditors, sharcholders and parties in interest; and it is further

**ORDERED AND NOTICE IS HEREBY GIVEN THAT** a hearing shall be held on **Tuesday** the **11th** day of **October, 2005**, at **1:30 P.M.** at the **Bankruptcy Courtroom, 100 East Capitol Street, Room 106, Jackson, Mississippi**, to consider and to rule on the adequacy of the information contained in the proposed Disclosure Statement and to hear any other matters properly before this Court; and it is further

**ORDERED AND NOTICE IS HEREBY GIVEN THAT** any person objecting to the adequacy of the information contained in said Disclosure Statement or desiring to propose modification thereto shall submit such objections or proposed modifications to the Court, in writing, on or before the **6th** day of **October, 2005**, and shall serve a copy thereof upon the debtor's attorney, **Hon. Craig Geno, Post Office Box 3380, Ridgeland, MS 39158-3380.**

**ORDERED** that the attorney for the Debtor-in-Possession shall cause to be mailed a copy of this Order to each creditor, sharcholder and party in interest along with a copy of the proposed Disclosure Statement and proposed Plan of Reorganization.

**ORDERED** that this mailing be completed within **FIVE** days from the date of the entry of this Order and the attorney for the debtor shall file a Certificate of Service with the Court.

**ORDERED** this the _26th_ day of August, 2005.

_____
UNITED STATES BANKRUPTCY JUDGE