# CHAPTER 11

Case Name  __Daleson Enterprises, LLC d/b/a Jones County Rest Home__

Case Number  __05-50095__   For Period  __March 1__   to  __March 28__   20 __06__

THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH. The debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing. File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one - attached or waived) | | |
| {X} | { } | Comparative Balance Sheet (FORM 2-B) |
| {X} | { } | Profit and Loss Statement (FORM 2-C) |
| {X} | { } | Cash Receipts and Disbursements Statement (FORM 2-D) |
| {X} | { } | Supporting Schedules (FORM 2-E) |
| {X} | { } | Narrative (FORM 2-F) |
| {X} | { } | Copies of Bank Statement(s) and Reconciliations of Bank Balance to Book Balance for all Account(s) |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on: __4-24-06__
(date)

Debtor(s)*   __Daleson Enterprises, LLC__
                __d/b/a/ Jones County Rest Home__

By:**

Position:   Member

Name of preparer:   Sandy Lindsey, CFO

Telephone No. of Preparer   601-758-1989

\* both debtors must sign if a joint petition
\** for corporate or partnership debtor

FORM 2-A
01/04

CASE NAME: _Daleson Enterprises, LLC  d/b/a Jones County Rest Home_____

CASE NUMBER: ___05-50095_____          COMPARATIVE BALANCE SHEET

| ASSETS: | Month | Month | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|---|
| CURRENT ASSETS: | 09/30/05 | 10/31/05 | 11/30/05 | 12/31/05 | 01/31/06 | 02/28/06 | 3.31/06 |
| Cash....... | 653,196 | 434,515 | 361,030 | 430,538 | 342,928 | 484,792 | 493,990 |
| Accounts Receivable, Net. ....... | 551,348 | 828,622 | 865,767 | 842,908 | 491,880 | 309,586 | 285,252 |
| Inventory, at lower of cost or market........ | 13,553 | 13,553 | 13,553 | 13,553 | 0 | 0 | 0 |
| Prepaid expenses & deposits..... | 9,802 | 9,576 | 8,929 | 8,703 | 0 | 0 | 0 |
| Other _____ | 637,250 | 631,831 | 626,250 | 620,825 | 620,268 | 620,268 | 620,268 |
| | | | | | | | |
| TOTAL CURRENT ASSETS............... | 1,865,149 | 1,918,097 | 1,875,529 | 1,916,527 | 1,455,076 | 1,414,646 | 1,399,510 |
| PROPERTY, PLANT & EQUIPMENT............ | 670,695 | 673,034 | 675,880 | 677,073 | 254,993 | 254,993 | 254,993 |
| Less Accumulated depreciation....... | (282,182) | 285,182 | 288,182 | 291,182 | 0 | 0 | 0 |
| NET PROPERTY, PLANT & EQUIPMENT........ | 388,513 | 387,852 | 387,698 | 385,891 | 254,993 | 254,993 | 254,993 |
| OTHER ASSETS _____Certificate of Need Cost___ | 715,738 | 715,738 | 715,738 | 715,738 | 715,738 | 715,738 | 715,738 |
| _____Workers Comp Deposit _____ | 94,435 | 94,435 | 94,435 | 94,435 | 94,435 | 94,435 | 94,435 |
| | | | | | | | |
| | | | | | | | |
| TOTAL OTHER ASSETS................ | 810,173 | 810,173 | 810,173 | 810,173 | 810,173 | 810,173 | 810,173 |
| TOTAL ASSETS............... | 3,063,835 | 3,116,122 | 3,073,400 | 3,112,591 | 2,520,242 | 2,479,812 | 2,464,676 |

If assets are carried at historical cost on debtor's accounting records and debtor elects to show them as such on the monthly reports, note the change above and include remarks on FORM 2-F (Narrative).  All subsequent reports must then carry these assets at that value.  Do not use historical cost one month and fair market value the next.

CASE NAME: __Daleson Enterprises, LLC  d/b/a Jones County Rest Home__

CASE NUMBER: _____05-50095_____          COMPARATIVE BALANCE SHEET

**LIABILITIES:**

| | Month | Month | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|---|
| | 09/30/05 | 10/31/05 | 11/30/05 | 12/31/05 | 01/31/06 | 02/28/06 | 3/31/06 |
| POST-PETITION LIABILITIES: | | | | | | | |
| Taxes payable (Form 2-E, pg 1 of 3)............... ........ | 45,039 | 53,831 | 65,689 | 49,623 | 0 | 0 | 0 |
| Accounts payable (Form 2-E, pg 1 of 3) ............................ | 124,959 | 108,674 | 25,007 | 18,369 | 0 | 0 | 0 |
| Other: _____Intercompany Accts./Etc.____ | 64,378 | 70,202 | 77,833 | 82,655 | 0 | 0 | 0 |
| TOTAL POST-PETITION LIABILITIES.............................. | 234,376 | 232,707 | 168,529 | 150,647 | 0 | 0 | 0 |
| PRE-PETITION LIABILITIES: | | | | | | | |
| Notes payable – secured................................. .. ...... | 689,447 | 689,447 | 689,447 | 689,447 | 689,477 | 689,477 | 689,477 |
| Priority debt............................................. . ...... | 1,258,733 | 1,258,733 | 1,258,733 | 1,258,733 | 1,258,733 | 1,258,733 | 1,258,733 |
| Unsecured debt.... ..... ............................. | 308,767 | 308,767 | 308,767 | 308,767 | 308,767 | 308,767 | 308,767 |
| Other _____Due Owner_____ | 77,723 | 77,723 | 77,723 | 77,723 | 77,723 | 77,723 | 77,723 |
| TOTAL LIABILITIES.. .............................. ... | 2,569,046 | 2,567,377 | 2,503,199 | 2,485,317 | 2,334,700 | 2,334,700 | 2,334,700 |
| **EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK............................................. | | | | | | | |
| COMMON STOCK......... ....................... | | | | | | | |
| RETAINED EARNINGS: | | | | | | | |
| Through filling date ................................. | 494,789 | 548,745 | 570,201 | 627,274 | 185,542 | 145,112 | 129,976 |
| Post Filing date ........................................ | | | | | | | |
| TOTAL EQUITY (NET WORTH)................................. | 494,789 | 548,745 | 570,201 | 627,274 | 185,542 | 145,112 | 129,976 |
| **TOTAL LIABILITIES & EQUITY**................................... | 3,063,835 | 3,116,122 | 3,073,400 | 3,112,591 | 2,520,242 | 2,479,812 | 2,464,676 |

CASE NAME: _____Daleson Enterprises, LLC d/b/a/ Jones County Rest Home___

CASE NUMBER: ____05-50095_____

## PROFIT AND LOSS STATEMENT

**SEE ATTACHED**

| | Filing Date | Month | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|---|
| | | 10/31/05 | 11/30/05 | 12/31/05 | 01/31/06 | 02/28/06 | 3/31/06 |
| NET REVENUE............................................ | | 520,971 | 553,666 | 544,726 | (40,331) | 0 | 0 |
| COST OF GOODS SOLD: | | | | | | | |
|    Material............................ ........... | | | | | | | |
|    Labor - Direct............... | | | | | | | |
|    Manufacturing Overhead ................................ | | | | | | | |
| TOTAL COST OF GOODS SOLD:..... .......... ....... | | | | | | | |
| GROSS PROFIT:............................................. | | 520,971 | 553,666 | 544,726 | (40,331) | 0 | 0 |
| OPERATING EXPENSES: | | | | | | | |
|    Selling and Marketing............... ........ | | 216,601 | 285,897 | 230,565 | 33,477 | 0 | 0 |
|    General and administrative (rents, utilities, salaries, etc.) | | 247,414 | 243,313 | 254,088 | 13,258 | 40,430 | 15,136 |
|    Other _____ | | | | | | | |
| TOTAL OPERATING EXPENSES............................. ..... | | 464,015 | 529,210 | 484,653 | 46,735 | | |
| INTEREST EXPENSE ........ ...................... | | | | | | | |
| INCOME BEFORE DEPRECIATION OR TAXES:............... | | 56,956 | 24,456 | 60,073 | (87,066) | (40,430) | (15,136) |
| DEPRECIATION OR AMORTIZATION........................... | | 3,000 | 3,000 | 3,000 | 0 | 0 | 0 |
| EXTRAORDINARY EXPENSES * ............................... | | | | | (354,666) | | |
| INCOME TAX EXPENSE (BENEFIT)................. .......... | | | | | | | |
| NET INCOME (LOSS)........................................ | | 53,956 | 21,456 | 57,073 | (441,732) | (40,430) | (15,136) |

*Requires explanation in NARRATIVE (Form 2-F)

CASE NAME:  Daleson Enterprises, LLC d/b/a Jones County     CASE NUMBER:   05-50095
Rest Home

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period __ March 1 ___ to ___ March 31 ___, 2006

### Cash Reconciliation

| | | |
|---|---|---|
| 1. Beginning Cash Balance (Ending cash balance from last month's report) | | $ 485,163 |
| 2. Cash Receipts (total Cash Receipts from page 2 of all FORM 2-D's) | $ 23,122 | |
| 3. Cash Disbursements (total Cash Disbursements from page 3 of all FORM 2-D's) | $ 14,295 | |
| 4. Net Cash Flow | | $ 8,827 |
| 5. Ending Cash Balance (to FORM 2-B) | | $ 493,990 |

### CASH SUMMARY -- ENDING BALANCE

| | Amount* | Financial Institution |
|---|---|---|
| 1. Real Estate Account | $ | |
| 2. Trust Account | $ ( 46) | Trustmark |
| 3. Operating and/or Personal   Account | $ 491,581 | Trustmark |
| 4. Payroll Account | $ 2,455 | Trustmark |
| 5. Tax Account | $ | |
| 6. Other Accounts (Specify checking or savings) | $ | |
| 7. Cash Collateral Account | $ | |
| 8. Petty Cash | $ | |
| **TOTAL** (Must Agree with line 5 above) | $ 493,990 | |

*These amounts should be equal to the previous month's balance for the account plus this month's receipts less this month's disbursements.

**ADJUSTED CASH DISBURSEMENTS**
Cash disbursements on Line 3 above less
inter-account transfers and UST fees paid        $    14,295

*NOTE:  This amount should be used
to determine UST quarterly fees due
and agree wit Form 2-D, page 2 of 4

CASE NAME:  Daleson Enterprises, LLC d/b/a Jones County     CASE NUMBER:    05-50095

Rest Home

## QUARTERLY FEE SUMMARY

MONTH ENDED ____ March  2006____    _____

| Payment Date | Cash Disbursements * | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | $   274,900 | | | |
| February | $     42,376 | | | |
| March | $     14,295 | | | |
| Total 1st Quarter | $   331,571 | $   3,750 | | |
| | | | | |
| April | $ | | | |
| May | $ | | | |
| June | $ | | | |
| Total 2nd Quarter | $ | $ | | |
| | | | | |
| July | $ | | | |
| August | $ | | | |
| September | $ | | | |
| Total 3rd Quarter | $ | $ | | |
| | | | | |
| October | $ | | | |
| November | $ | | | |
| March | $ | | | |
| Total 4th Quarter | $ | $ | | |

### FEE SCHEDULE

| DISBURSEMENT CATEGORY | | QUARTERLY FEE DUE |
|---|---|---|
| Less than | $15,000.00 | $250 |
| $15,000 - | $74,999.99 | $500 |
| $75,000 - | $149,999.99 | $750 |
| $150,000 - | $224,999.99 | $1,250 |
| $225,000 - | $299,999.99 | $1,500 |
| $300,000 - | $999,999.99 | $3,750 |
| $1,000,000 - | $1,999,999.99 | $5,000 |
| $2,000,000 - | $2,999,999.99 | $7,500 |
| $3,000,000 - | $4,999,999.99 | $8,000 |
| $5,000,000 and above | | $10,000 |

Note that a minimum payment of $250 is due each quarter even if no disbursements are made in the case during the period.
* Note: should agree with "adjusted cash disbursements" at bottom of Form 2-D, Page 1 of 4.  Disbursements are net of transfers to other debtor in possession bank accounts and net of payments of prior period quarterly fees.

Case Name:    Daleson Enterprises d/b/a Jones
County Rest Home

Case Number:    05-50095

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed on page 1 of Form 2-D that the debtor maintained during the month.)

For Period    __March 1 __ to __ March 31___, 2006__

Account Name:__Jones County Rest Home__    Account Number:__480-009-6701
Operating Account
CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

Date _____    Description (Source) _____    Amount _____.

SEE ATTACHED

Total Cash Receipts    $ __0___

FORM 2-D
Page 3 of 4
01/04

Case Name:  Daleson Enterprises d/b/a Jones
_County Rest Home_    _____

Case Number:  _05-50095_____    _____

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
(This form should be completed for each type of account listed
on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period __March 1_____ to _March 31___, 2006 _

Account Name: _Jones County Rest Home __ Account Number: _480-009-6701
Operating
CASH DISBURSEMENTS JOURNAL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
|      |           |       |                        |        |

SEE ATTACHED

Total Cash Disbursements    $    10

*Identify any payments to professionals, owners, partners, shareholders,
Officers, director or any insiders and all adequate protection payments
Ordered by the court with an asterisk or highlighting. Any payments made
as a result of a court order, should indicate the order date.

JONES OPERATING MARCH 2006 PAYMENTS
3/1/2006 Through 3/31/2006

| 4/19/2006 | | | | | | | Page 1 |
|---|---|---|---|---|---|---|---|
| Date | Account | Num | Description | Memo | Category | Clr | Amount |
| 3/28/...OPERATIN... | | | Service Charge | | Bank Charge | R | -10.00 |
| TOTAL 3/1/2006   3/31/2006 | | | | | | | -10.00 |

| | | | | TOTAL INFLOWS | | | 0.00 |
|---|---|---|---|---|---|---|---|
| | | | | TOTAL OUTFLOWS | | | -10.00 |
| | | | | NET TOTAL | | | -10.00 |

Case Name:     Daleson Enterprises d/b/a Jones
               County Rest Home

Case Number:   05-50095

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed on page 1 of Form 2-D that the debtor maintained during the month.)

For Period   _March 1    to   _March 31__, 20_06_  __

Account Name:  JCRH Old Acct. Payable_ Account Number:  430-715-3379

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

Date _____   _____ Description (Source)___   _____   _____ Amount _____

        SEE ATTACHED

Total Cash Receipts       $__0____

FORM 2-D
Page 3 of 4

01/04

Case Name:    Daleson Enterprises d/b/a Jones
County Rest Home    .    .    .

Case Number:    05-50095    .    .

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed on page 1 of Form 2-D that the debtor maintained during the month.)

For Period ___March 1___ to ___March 31___, 20 06____

Account Name: _JCRH New Accts. Payable_ Account Number:_  _480-009-6685

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

Date    .    .    Description (Source)    .    .    Amount    .

SEE ATTACHED

Total Cash Receipts    $__23,092

FORM 2-D
Page 3 of 4

JONES NEW AP MARCH 2006 DEPOSITS
3/1/2006 Through 3/31/2006

4/19/2006                                                                    Page 1

| Date | Account | Num | Description | Memo | Category | Clr | Amount |
|------|---------|-----|-------------|------|----------|-----|--------|
| 3/16/... | AP NEW | JCRHDEP | DEPOSIT | | | R | 6,941.01 |
| 3/16/... | AP NEW | JCRH3298 | **VOID**MIS... | | | R | 0.00 |
| 3/23/... | AP NEW | JCRHDEP | DEPOSIT - M... | | | R | 7,973.28 |
| 3/28/... | AP NEW | JCRHDEP | DEPOSIT | | | R | 8,177.92 |
| TOTAL 3/1/2006 - 3/31/2006 | | | | | | | 23,092.21 |

|  |  |  |
|--|--|--|
| TOTAL INFLOWS | | 23,092.21 |
| TOTAL OUTFLOWS | | 0.00 |
| NET TOTAL | | 23,092.21 |

01/04

Case Name:     Daleson Enterprises d/b/a Jones
               _County Rest Home_   .____. __

Case Number:   05-50095_____  _____. _____.


## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed on page 1 of Form 2-D that the debtor maintained during the month.)

For Period   __March 1__ to _ March 31__, 20_06_____

Account Name:_JCRH Payroll _ Account Number:_480-009-6693___

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

Date_____  _____  _____Description (Source) _____._____ _____Amount_____.


         SEE ATTACHED












                    Total Cash Receipts        $__0

01/04

Case Name:    Daleson Enterprises d/b/a Jones
County Rest Home

Case Number:    05-50095

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed on page 1 of Form 2-D that the debtor maintained
during the month.)

For Period ___March 1__ to __March 31__, 20_06____

Account Name:_JCRH Resident Trust _ Account Number:  480-009-6719

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

Date _____      Description (Source) _____      Amount _____

SEE ATTACHED

Total Cash Receipts          $__30

FORM 2-D
Page 3 of 4

JONES RESIDENT TRUST MARCH 2006 DEPOSIT

3/1/2006 Through 3/31/2006

4/19/2006                                                                                              Page 1

| Date | Account | Num | Description | Memo | Category | Clr | Amount |
|------|---------|-----|-------------|------|----------|-----|--------|
| 3/2/2006 | NEW REST...TXFR | | Transfer Fr... | | | R | 30.00 |
| TOTAL 3/1/2006 - 3/31/2006 | | | | | | | 30.00 |
| | | | | TOTAL INFLOWS | | | 30.00 |
| | | | | TOTAL OUTFLOWS | | | 0.00 |
| | | | | NET TOTAL | | | 30.00 |

01/04

Case Name: Daleson Enterprises d/b/a Jones County Rest Home

Case Number: 05-50095

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
(This form should be completed for each type of account listed
on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period _ March 1_____ to _March 31___, 2006__

Account Name: JCRH Old Acct. Pay __ Account Number: 430-715-3349

### CASH DISBURSEMENTS JOURNAL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|

SEE ATTACHED

Total Cash Disbursements    $   408_

*Identify any payments to professionals, owners, partners, shareholders,
Officers, director or any insiders and all adequate protection payments
Ordered by the court with an asterisk or highlighting. Any payments made
as a result of a court order, should indicate the order date.

FORM 2-D
Page 4 of 4
01/04

JONES OLD AP MARCH 2006 PAYMENTS
3/1/2006 Through 3/31/2006

4/18/2006                                                                                      Page 1

| Date | Account | Num | Description | Memo | Category | Clr | Amount |
|------|---------|-----|-------------|------|----------|-----|--------|
| 3/10/... | DO NOT U... | DEBIT | ACH DEBIT T... | | | R | -298.39 |
| 3/16/... | DO NOT U... | DEBIT | ACH DEBIT M... | | | R | -109.59 |
| TOTAL 3/1/2006 - 3/31/2006 | | | | | | | -407.98 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | TOTAL INFLOWS | | | 0.00 |
| | | | TOTAL OUTFLOWS | | | -407.98 |
| | | | NET TOTAL | | | -407.98 |

Case Name: Daleson Enterprises d/b/a Jones County Rest Home

Case Number: 05-50095

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
(This form should be completed for each type of account listed
on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period   March 1   to   March 31   , 2006

Account Name: _JCRH New Acct. Payable ___ Account Number: _480-009-6685

### CASH DISBURSEMENTS JOURNAL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|

SEE ATTACHED

Total Cash Disbursements   $ _13,867

*Identify any payments to professionals, owners, partners, shareholders,
Officers, director or any insiders and all adequate protection payments
Ordered by the court with an asterisk or highlighting.  Any payments made
as a result of a court order, should indicate the order date.

FORM 2-D
Page 4 of 4
01/04

JONES NEW AP MARCH 2006 PAYMENTS
3/1/2006 Through 3/31/2006

4/19/2006                                                                                   Page 1

| Date | Account | Num | Description | Memo | Category | C_r | Amount |
|------|---------|-----|-------------|------|----------|-----|--------|
| 3/2/2006 | AP NEW | JCRHTXFR | TRANSFER TO... | | | | -30.00 |
| 3/2/2006 | AP NEW | JCRH3292 | M-D MEDICAL | Medical:D... | R | | -119.80 |
| 3/2/2006 | AP NEW | JCRH3293 | SOUTH CENTR... | | | R | -245.00 |
| 3/2/2006 | AP NEW | JCRH3294 | SOUTH CENTR... | Long d... | | R | -10.81 |
| 3/14/... | AP NEW | JCRH3295 | LARRY PORTE... | | | | -2,285.00 |
| 3/14/... | AP NEW | JCRH3296 | LARRY RUSSELL | | | R | -2,285.00 |
| 3/14/... | AP NEW | JCRH3297 | MASSEY, HIG... | | | R | -172.61 |
| 3/16/... | AP NEW | JCRH3299 | SOUTH CENTR... | | | R | -2,328.05 |
| 3/27/... | AP NEW | JCRH3300 | WASTE MGT O... | | | R | -198.80 |
| 3/27/... | AP NEW | JCRH3301 | HARRIS & GENO | Final ... | | R | -6,157.99 |
| 3/28/... | AP NEW | JCRH | Service Charge | Bank Charge | | R | -33.50 |
| TOTAL 3/1/2006 - 3/31/2006 | | | | | | | -13,866.56 |

TOTAL INFLOWS                           0.00

TOTAL OUTFLOWS              -13,866.56

NET TOTAL                  -13,866.56

Case Name: Daleson Enterprises d/b/a Jones County Rest Home

Case Number: 05-50095

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed
on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period __March 1____ to _March 31___, 2006 _

Account Name: _JCRH Payroll ___ Account Number: 480-009-6693

### CASH DISBURSEMENTS JOURNAL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|

SEE ATTACHED

Total Cash Disbursements    $ __0

*Identify any payments to professionals, owners, partners, shareholders,
Officers, director or any insiders and all adequate protection payments
Ordered by the court with an asterisk or highlighting.  Any payments made
as a result of a court order, should indicate the order date.

FORM 2-D
Page 4 of 4
01/04

Case Name:    Daleson Enterprises d/b/a Jones
County Rest Home

Case Number:    05-50095

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
(This form should be completed for each type of account listed
on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period __March 1__ to _March 31___, 2006__

Account Name:    JCRH Resident Trust ___ Account Number: _480-009-6719__

### CASH DISBURSEMENTS JOURNAL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|

SEE ATTACHED

Total Cash Disbursements      $ ___10____

*Identify any payments to professionals, owners, partners, shareholders,
Officers, director or any insiders and all adequate protection payments
Ordered by the court with an asterisk or highlighting. Any payments made
as a result of a court order, should indicate the order date.

FORM 2-D
Page 4 of 4
01/04

JONES RESIDENT TRUST MARCH 2006 PAYMENT
3/1/2006 Through 3/31/2006

4/19/2006                                                                                          Page 1

| Date | Account | Num | Description | Memo | Category | Clr | Amount |
|------|---------|-----|-------------|------|----------|-----|--------|
| 3/28/...NEW RESI... | | | Service Charge | | | R | -10.16 |
| TOTAL 3/1/2006 - 3/31/2006 | | | | | | | -10.16 |

TOTAL INFLOWS                                 0.00

TOTAL OUTFLOWS                              -10.16

NET TOTAL                                  -10.16

CASE NAME:    Daleson Enterprises, LLC dba Jones Cty Rest    CASE NUMBER:    05-50095
Home

## SUPPORTING SCHEDULES

For Period   March 1   To   March 31   2006

### INSURANCE SCHEDULE

| Type | Carrier/Agent | Coverage ($) | Date of Expiration | Premium Paid |
|------|---------------|--------------|--------------------|--------------|
| Workers' Compensation | MSHCA | $100,000 | 1/1/06 | NO |
| General Liability | CULIC | $500,000 | 10/7/06 | CANCELLED |
| Property (Fire, Theft) | Fox Everett | $500,000 | 8/30/06 | CANCELLED |
| Vehicle | | | | |
| Other (list): | | | | |
| | | | | |
| | | | | |
| | | | | |

(1) Attach copy of certificate of insurance or declaration page of policy for any coverage renewed or replaced during the current reporting month.

(2) For the premium paid column enter "yes" if payment of premium is current or "no" if premium payment is delinquent. If "no", explain on Form 2-F, Narrative.

CASE NAME:  Daleson Enterprises d/b/a Jones
County Rest Home

CASE NUMBER:   05-50095

## SUPPORTING SCHEDULES

For Period    March 1___  to   March 31___, 20 06_____

### POST-PETITION ACCOUNTS PAYABLE AGING REPORT

| TYPE | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|------|----------|-----|------|-------|-------|---------|
| FITW | 0 | 0 | $ | $ | $ | |
| FICA | 0 | 0 | | | | |
| FUTA | 0 | 0 | | | | |
| SITW | 0 | 0 | | | | |
| SUTA | 0 | 0 | | | | |
| OTHER TAX | | | | | | |
| TRADE PAYABLES | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| OTHER | 0 | 0 | | | | |
| Retirement | 0 | 0 | | | | |
| Accrued PR | 0 | 0 | | | | |
| Bonus | 0 | 0 | | | | |
| TOTALS | 0 | 0 | $ | $ | $ | $ |

FORM 2-F
Page 1 of 3

01/04

CASE NAME:    Daleson Enterprises, LLC dba Jones Cty Rest    CASE NUMBER:    05-50095
Home

## NARRATIVE STATEMENT

For Period ___March 1_____ to __March 31_____ , 20 06___ ..

Please provide a brief description of the significant business and legal action by the debtor, its creditor or the court during the reporting period. Comments should include any change in bank accounts, explanation of extraordinary expenses, and purpose of any new post-petition financing. Comments should also include debtor's efforts during the month to rehabilitate the business and to develop a plan.

FORM 2-F
01/04

JONES OPER  3-31-06

OPERATING NEW JCHR                                                    Page 1
4/7/2006

Reconciliation Summary

BANK STATEMENT -- CLEARED TRANSACTIONS:

    Previous Balance:                                                  1,079.69

| | | | |
|---|---|---|---:|
| Checks and Payments | 0 | Items | 0.00 |
| Deposits and Other Credits | 0 | Items | 0.00 |
| Service Charge | 1 | Item | -10.00 |
| Interest Earned | 0 | Items | 0.00 |

    Ending Balance of Bank Statement:                                  1,069.69


YOUR RECORDS -- UNCLEARED TRANSACTIONS:

    Cleared Balance:                                                   1,069.69

| | | | |
|---|---|---|---:|
| Checks and Payments | 0 | Items | 0.00 |
| Deposits and Other Credits | 0 | Items | 0.00 |

    Register Balance as of 3/31/2006:                                  1,069.69 ✓

| | | | |
|---|---|---|---:|
| Checks and Payments | 0 | Items | 0.00 |
| Deposits and Other Credits | 0 | Items | 0.00 |

    Register Ending Balance:                                           1,069.69

JONES OPER  3-31-06

OPERATING NEW JCHR                                                    Page 2
4/7/2006

Uncleared Transaction Detail up to 3/31/2006

| Date | Num | Payee | Memo | Category | Clr | Amount |
|------|-----|-------|------|----------|-----|--------|

Uncleared Checks and Payments

Total Uncleared Checks and Payments            0  Items            0.00

Uncleared Deposits and Other Credits

Total Uncleared Deposits and Other Credits     0  Items            0.00

Total Uncleared Transactions                   0  Items            0.00



# Small Business Checking

**Trustmark**
National Bank

| Statement Period | Account Number |
|---|---|
| From 3/01/2006 To 3/31/2006 | 480-009-6701 |

## ATM/debit card use outside the United States

*If you are traveling to a foreign country and intend to use your debit card, please notify us at 601-949-4462 or 800-844-2000 Ext. 4462.*

---

### CONSUMER ACCOUNTS ONLY

#### In Case of Error or Questions About Your Electronic Transfer or Direct Deposit

Write or telephone us as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer or direct deposit listed on the statement or receipt. We must be notified by you no later than 60 days after we sent the first statement on which the problem or error appeared.

1. Tell us your name and account number
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information
3. Tell us the dollar amount of the suspected error

We will generally complete our investigation within 10 business days and correct any error promptly. In some cases, an investigation may take longer, but you will have the use of the funds in question after the 10 business days. If we ask you to put your complaint or questions in writing and we do not receive it within 10 business days, we may not credit your account during the investigation.

If we decide that there was no error, we will send you a written explanation within 3 business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

For questions or problems relating to your Trustmark Express Card or any electronic fund transfer, call us at 1-601-981-6000 (in the Jackson, Mississippi area) or at 1-800-243-2524 (all other locations). If you prefer you may write us at the following address.

    Trustmark National Bank
    Attn. Electronic Banking Dept
    P.O. Box 291
    Jackson, MS 39205-0291

*Thank you for banking with us.*

JONES NEW AP 3-31-06

AP NEW JCRH
4/7/2006

Reconciliation Summary

BANK STATEMENT -- CLEARED TRANSACTIONS:

Previous Balance:                                                        529,015.75
                                                                        _____

Checks and Payments                     14   Items          -40,324.84
Deposits and Other Credits               5   Items           23,092.21
Service Charge                           1   Item              -33.50
Interest Earned                          0   Items              0.00
                                                            _____

Ending Balance of Bank Statement:                                       511,749.62

YOUR RECORDS -- UNCLEARED TRANSACTIONS:

Cleared Balance:                                                        511,749.62
                                                                        _____

Checks and Payments                     15   Items          -34,519.13
Deposits and Other Credits               0   Items              0.00
                                                            _____

Register Balance as of 3/31/2006:                                       477,230.49
Checks and Payments                      0   Items              0.00
Deposits and Other Credits               0   Items              0.00
                                                            _____

Register Ending Balance:                                                477,230.49


7 New AP     477,230.49
Old AP         4,674.05
            _____
           481,904.54  ✓

JONES NEW A  3-31-06

AP NEW JCRH                                                                                   Page 2
4/7/2006

Uncleared Transaction Detail up to 3/31/2006

| Date | Num | Payee | Memo | Category | Clr | Amount |
|------|-----|-------|------|----------|-----|--------|

Uncleared Checks and Payments

| Date | Num | Payee | Category | Amount |
|------|-----|-------|----------|--------|
| 5/11/2005 | 2296 | GARY D. THRASH | GARNISHMENT | -457.89 |
| 7/13/2005 | 2556 | WILLIAM G. CLARK | | -800.00 |
| 8/12/2005 | 2658 | WILLIAM G. CLARK | | -800.00 |
| 9/14/2005 | 2821 | WILLIAM G. CLARK | | -800.00 |
| 10/14/... | 2962 | WILLIAM G. CLARK | | -800.00 |
| 11/15/... | 3092 | WILLIAM G. CLARK | | -800.00 |
| 12/15/... | 3180 | WILLIAM G. CLARK | | -800.00 |
| 1/10/2006 | 3216 | JONES COUNTY | | -14,640.00 |
| 1/10/2006 | 3235 | WILLIAM G. CLARK | | -800.00 |
| 1/10/2006 | 3236 | ZUMWALT, INC. | | -10,000.00 |
| 1/12/2006 | 3243 | ELLEN GRAVES | | -20.00 |
| 2/15/2006 | 3280 | JOHN D. MCCORMICK | | -1,484.00 |
| 2/15/2006 | 3283 | ROBIN PITTS | | -2.24 |
| 3/2/2006 | TXFR | TRANSFER TO RESI... | | -30.00 |
| 3/14/2006 | 3295 | LARRY FORTENBERRY | | -2,285.00 |

Total Uncleared Checks and Payments                    15    Items        -34,519.13


Uncleared Deposits and Other Credits


Total Uncleared Deposits and Other Credits             0     Items             0.00


Total Uncleared Transactions                           15    Items        -34,519.13

# Trustmark
National Bank

## Small Business Checking

Page 1 of 5

| Statement Period | Account Number |
|---|---|
| From 3/01/2006 To 3/31/2006 | 480-009-6685 |

*14 Images Included*

DALESON ENTERPRISE LLC DBA JONES COUNTY
REST HOME ACCT PAYABLE DEBTOR IN
POSSESSION CHAP 11 CASE NO 05-50095
PO BOX 345
SUMRALL MS  39482-0345

*Customer Service:*

1-800-243-2524 or 1-601-961-6001
Automated Response  24 hours day
Representative  Mon - Fri  8am-8pm
Sat  8am-7pm

To questions  or to receive a Trustmark Access
Number for use with automated services  call
during Representative hours and choose option  0

*Website address:* www.trustmark.com

**MARCH**



## Summary

| Description | Transactions | Amount |
|---|---|---|
| Balance last statement | | 529,015.75 |
| Deposits and other credits | 3 | + 23,092.21 |
| Checks and other withdrawals | 16 | - 40,358.34 |
| Service charges | | - .00 |
| Balance this statement | | $511,749.62 |

*Note: Your lowest balance during this period was $499,799.86, and it occurred on 3/15/2006.*



## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 3/16 | 6,941.01 | ACH DEPOSIT ACS MS TITLE XI SYSGEN-EFT CCD 00230162060311 |
| 3/23 | 7,973.28 | ACH DEPOSIT ACS MS TITLE XI SYSGEN-EFT CCD 00230162060318 |
| 3/28 | 8,177.92 | DEPOSIT |

*Total of Deposits and Other Credits: $23,092.21*



## Checks and Other Withdrawals

### Checks Paid

*Number of images included in this statement.  14*

| Number | Date Paid | Amount | Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 3245 | 3/10 | 3,445.75 | 3277 # | 3/3 | 92.16 | 3290 | 3/9 | 22,033.90 |
| 3275 # | 3/2 | 2,541.45 | 3289 # | 3/1 | 661.42 | 3291 | 3/13 | 32.10 |

*Thank you for banking with us.*

82.5(1)

JONES OLD AP 3 31-06

DO NOT USE JORH AP                                                              Page 1
4/7/2006

Reconciliation Summary


BANK STATEMENT -- CLEARED TRANSACTIONS:

    Previous Balance:                                              5,082.03

        Checks and Payments              2   Items         -407.98
        Deposits and Other Credits       0   Items            0.00
        Service Charge                   0   Items            0.00
        Interest Earned                  0   Items            0.00

    Ending Balance of Bank Statement:                              4,674.05


YOUR RECORDS -- UNCLEARED TRANSACTIONS:

    Cleared Balance:                                               4,674.05

        Checks and Payments              0   Items            0.00
        Deposits and Other Credits       0   Items            0.00


    Register Balance as of 3/31/2006:                              4,674.05
        Checks and Payments              0   Items            0.00
        Deposits and Other Credits       0   Items            0.00


    Register Ending Balance:                                       4,674.05

JONES OLD AP 3-31-06

DO NOT USE JCRH AP                                                                        Page 2
4/7/2006

Uncleared Transaction Detail up to 3/31/2006

| Date | Num | Payee | Memo | Category | Clr | Amount |
|------|-----|-------|------|----------|-----|--------|

Uncleared Checks and Payments

Total Uncleared Checks and Payments                          0   Items                0.00


Uncleared Deposits and Other Credits

Total Uncleared Deposits and Other Credits                   0   Items                0.00


Total Uncleared Transactions                                 0   Items                0.00

# Trustmark
National Bank

## Small Business Checking

Page 1 of 3

| Statement Period | Account Number |
|---|---|
| From 3/01/2006 To 3/31/2006 | 430-715-3349 |

MARCH

DALESON ENTERPRISE LLC DBA
JONES COUNTY REST HOME
ACCOUNTS PAYABLE
PO BOX 345
SUMRALL MS 39482-0345

*Customer Service:*

1-800-543-2004 or 1-601-961-6000
Automated Response: 24 hours day
Representative: Mon - Fri, 8am-6pm
Sat, 8am-7pm

For questions, or to receive a Trustmark Access
Number or use with automated services, call
during Representative hours and choose option 3

*Website address:* www.trustmark.com



## Summary

| Description | Transactions | Amount |
|---|---|---|
| Balance last statement | | 5,082.03 |
| Deposits and other credits | | + .00 |
| Checks and other withdrawals | 2 | - 407.98 |
| Service charges | | - .00 |
| Balance this statement | | $4,674.05 |

*Note: Your lowest balance during this period was $4,674.05, and it occurred on 3/16/2006.*



## Checks and Other Withdrawals

### Other Electronic Transactions

| Date | Amount | Description |
|---|---|---|
| 3/10 | 298.39 | ACH DEBIT AXA EQUITABLE INS. PAYMT PPD 22009572334903 |
| 3/16 | 109.59 | ACH DEBIT METLIFE PAYMENT PPD 10000771914 |

Total of Other Electronic Transactions: $407.98

*Thank you for banking with us.*

JONES PAYROLL 3-31-06

PK NEW JORH                                                                                          Page 1
4/7/2006

                                          Reconciliation Summary


       BANK STATEMENT -- CLEARED TRANSACTIONS:

          Previous Balance:                                                                    3,551.26

             Checks and Payments                    2   Items                                 -4,415.42
             Deposits and Other Credits             2   Items                                  4,500.00
             Service Charge                         0   Items                                      0.00
             Interest Earned                        0   Items                                      0.00

          Ending Balance of Bank Statement:                                                    3,635.84


       YOUR RECORDS -- UNCLEARED TRANSACTIONS:

          Cleared Balance:                                                                     3,635.84

             Checks and Payments                   13   Items                                 -1,180.49
             Deposits and Other Credits             0   Items                                      0.00


          Register Balance as of 3/31/2006:                                                    2,455.35
             Checks and Payments                    0   Items                                      0.00
             Deposits and Other Credits             0   Items                                      0.00


          Register Ending Balance:                                                             2,455.35

JONES PAYROLL 3-31-06

PR NEW JCRH                                                                              Page 2
4/7/2006

Uncleared Transaction Detail up to 3/31/2006

| Date | Num | Payee | Memo | Category | Clr | Amount |
|------|-----|-------|------|----------|-----|--------|

**Uncleared Checks and Payments**

| Date | Num | Payee | Memo | Category | Clr | Amount |
|------|-----|-------|------|----------|-----|--------|
| 2/18/2005 | 1082 | 1495ARTHUR LOGAN | | | | -3.84 |
| 3/4/2005 | 1204 | 1495ARTHUR LOGAN | | | | -2.33 |
| 3/18/2005 | 1332 | 1495ARTHUR LOGAN | | | | -1.56 |
| 5/13/2005 | 1829 | 1495ARTHUR LOGAN | | | | -3.08 |
| 9/23/2005 | 2940 | 2113 JESSICA WADE | | | | -4.88 |
| 9/23/2005 | 2978 | 2060 Cecil Dukes | | | | -1.78 |
| 9/23/2005 | 2981 | 2309 LASPANYA CI... | | | | -3.76 |
| 9/23/2005 | 3009 | 1495ARTHUR LOGAN | | | | -1.69 |
| 9/23/2005 | 3012 | 1109 MARY YOUNG | | Salary | | -0.20 |
| 9/30/2005 | 3117 | 1495ARTHUR LOGAN | | | | -5.92 |
| 12/9/2005 | 3689 | 1495ARTHUR LOGAN | | | | -2.84 |
| 1/6/2006 | 4022 | 2021 Kendra Barnett | | | | -387.57 |
| 1/6/2006 | 4032 | 1878 LINDSEY SAN... | | Salary | | -761.04 |

Total Uncleared Checks and Payments                      13   Items           -1,180.49

**Uncleared Deposits and Other Credits**

Total Uncleared Deposits and Other Credits               0   Items                0.00

Total Uncleared Transactions                             13   Items           -1,180.49

# Small Business Checking

**Trustmark**
National Bank

| Statement Period | Account Number |
|---|---|
| From 3/01/2006 To 3/31/2006 | 480-009-6693 |

DALESON ENTERPRISE LLC DBA JONES COUNTY
REST HOME PAYROLL ACCT DEBTOR IN
POSSESSION CHAP 11 CASE NO 05-50095
PO BOX 345
SUMRALL MS 39482-0345

*Customer Service:*

1-800-243-7509 or 1-601-961-6900
Automated Response 24 hours day
Representative Mon - Fri, 8am-8pm
Sat 9am-7pm

For questions or to receive a Trustmark Access
Number for use with automated services, call
during Representative hours and choose option '0'

*Website address:* www.trustmark.com



## Summary

| Description | Transactions | Amount |
|---|---|---|
| Balance last statement | | 3,635.84 |
| Deposits and other credits | | + .00 |
| Checks and other withdrawals | | - .00 |
| Service charges | | - .00 |
| Balance this statement | | $3,635.84 |

*Note: Your lowest balance during this period was $3,635.84, and it occurred on 3/1/2006*



## Daily Balance History

| Date | Balance | Date | Balance |
|---|---|---|---|
| 3/1 | $3,635.84 | 3/31 | $3,635.84 |

$3,700

$0
03/01                                    03/31

**Your Balance this Period**
— Balance

*Thank you for banking with us.*

JONES RES TRUST    3-31-06

NEW RESIDENT TRUST JCRU                                                          Page 1
4/7/2006

Reconciliation Summary


BANK STATEMENT -- CLEARED TRANSACTIONS:

    Previous Balance:                                                          -41.54
                                                                          _____
        Checks and Payments             1    Item                            -10.16
        Deposits and Other Credits      1    Item                             30.00
        Service Charge                  0    Items                             0.00
        Interest Earned                 0    Items                             0.00
                                                                          _____
    Ending Balance of Bank Statement:                                        -21.70


YOUR RECORDS -- UNCLEARED TRANSACTIONS:

    Cleared Balance:                                                          -21.70
                                                                          _____
        Checks and Payments             1    Item                            -24.60
        Deposits and Other Credits      0    Items                             0.00
                                                                          _____

    Register Balance as of 3/31/2006:                                        -46.30
        Checks and Payments             0    Items                            0.00
        Deposits and Other Credits      0    Items                             0.00
                                                                          _____

    Register Ending Balance:                                                  -46.30

JONES RES TRUST 3-31-06

NEW RESIDENT TRUST JCRH                                                    Page 2
4/7/2006

Uncleared Transaction Detail up to 3/31/2006

| Date | Num | Payee | Memo | Category | Clr | Amount |
|------|-----|-------|------|----------|-----|--------|

**Uncleared Checks and Payments**

| 1/24/2006 | 1353 | | | | --- | -24.60 |

Total Uncleared Checks and Payments        1    Item        -24.60

**Uncleared Deposits and Other Credits**

Total Uncleared Deposits and Other Credits        0    Items        0.00

Total Uncleared Transactions        1    Item        -24.60



# Trustmark
National Bank

## Interest Checking-Non Personal

Page 1 of 3

| Statement Period | Account Number |
|---|---|
| From 3/01/2006 To 3/31/2006 | 480-009-6719 |

JONES COUNTY REST HOME RESIDENT TRUST
DEBTOR IN POSSESSION CHAPTER 11
CASE NO 05-50095
PO BOX 345
SUMRALL MS  39482-0345

Customer Service:

1-800-243-2524 or 1-601-201-6200
Automated Response - 24 hours a day
Representative  Mon - Fri  8am-8pm
Sat  9am-1pm

For questions, or to receive a Trustmark Access
Number for use with automated services, call
during Representative hours and choose option 0.

Website address: www.trustmark.com

 **Summary**

| Description | Transactions | Amount |
|---|---|---|
| Balance last statement | | 41.54- |
| Deposits and other credits | 1 | + 30.00 |
| Checks and other withdrawals | | - .00 |
| Service charges | 1 | - 10.16 |
| Balance this statement | | = 521.70- |

*Note: Your lowest balance during this period was $41.54-, and it occurred on 3/1/2006.*

 **Interest**

| | |
|---|---|
| Interest paid this period | $.00 |
| Interest paid year-to-date | $3.82 |

 **Deposits and Other Credits**

| Date | Amount | Description |
|---|---|---|
| 3/2 | 30.00 | INTERNET BANKING INTERNAL WEB TRANSFER PPD 4800096685 |

*Total of Deposits and Other Credits: $30.00*

 **Checks and Other Withdrawals**

### Service Charges

| Date | Amount | Description |
|---|---|---|
| 3/31 | - 10.16 | MAINTENANCE FEE |

*Total of Service Charges: $10.16*

*Thank you for banking with us.*