# MONTHLY OPERATING REPORT
## CHAPTER 11

Case Name   **Daleson Enterprises, LLC d/b/a Jones County Rest Home**

Case Number   05-50095   For Period   July 1   to   July 31

THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH.  The debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing.  File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one - attached or waived) | | |
| {X} | { } | Comparative Balance Sheet (FORM 2-B) |
| {X} | { } | Profit and Loss Statement (FORM 2-C) |
| {X} | { } | Cash Receipts and Disbursements Statement (FORM 2-D) |
| {X} | { } | Supporting Schedules (FORM 2-E) |
| {X} | { } | Narrative (FORM 2-F) |
| {X} | { } | Copies of Bank Statement(s) and Reconciliations of Bank Balance to Book Balance for all Account(s) |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on:  8-22-06
(date)

Debtor(s)*       Daleson Enterprises, LLC
                 d/b/a/ Jones County Rest Home

By:**

Position:        Member

Name of preparer:   Sandy Lindsey, CFO

Telephone No. of Preparer   601-758-1989

\* both debtors must sign if a joint petition
\*\* for corporate or partnership debtor

FORM 2-A
01/04

CASE NAME: _Daleson Enterprises, LLC d/b/a Jones County Rest Home_

CASE NUMBER: ___05-50095_____          COMPARATIVE BALANCE SHEET

## ASSETS:

| ASSETS: | Month | Month | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|---|
| CURRENT ASSETS: | 01/31/06 | 02/28/06 | 3/31/06 | 4/30/06 | 5/31/06 | 6/30/06 | 7/31/06 |
| Cash.......................................... | 342,928 | 484,792 | 493,990 | 481,860 | 474,009 | 493,145 | 462,635 |
| Accounts Receivable, Net............................ | 491,880 | 309,586 | 285,252 | 284,454 | 283,999 | 259,578 | 259,578 |
| Inventory, at lower of cost or market................... | 0 | 0 | 0 | 0 | | 0 | 0 |
| Prepaid expenses & deposits.......................... | 0 | 0 | 0 | 0 | | 0 | 0 |
| Other _____ | 620,268 | 620,268 | 620,268 | 620,268 | 620,268 | 620,268 | 620,268 |
| | | | | | | | |
| TOTAL CURRENT ASSETS........................... | 1,455,076 | 1,414,646 | 1,399,510 | 1,386,582 | 1,378,276 | 1,372,991 | 1,342,481 |
| PROPERTY, PLANT & EQUIPMENT.................... | 254,993 | 254,993 | 254,993 | 254,993 | 254,993 | 254,993 | 254,993 |
| Less Accumulated depreciation........................ | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| NET PROPERTY, PLANT & EQUIPMENT................ | 254,993 | 254,993 | 254,993 | 254,993 | 254,993 | 254,993 | 254,993 |
| OTHER ASSETS _____Certificate of Need Cost_____ | 715,738 | 715,738 | 715,738 | 715,738 | 715,738 | 715,738 | 715,738 |
| _____Workers Comp Deposit_____ | 94,435 | 94,435 | 94,435 | 94,435 | 94,435 | 94,435 | 94,435 |
| | | | | | | | |
| | | | | | | | |
| TOTAL OTHER ASSETS............................. | 810,173 | 810,173 | 810,173 | 810,173 | 810,173 | 810,173 | 810,173 |
| **TOTAL ASSETS**................................. | 2,520,242 | 2,479,812 | 2,464,676 | 2,451,748 | 2,443,442 | 2,438,157 | 2,407,647 |

If assets are carried at historical cost on debtor's accounting records and debtor elects to show them as such on the monthly reports, note the change above and include remarks on FORM 2-F (Narrative).  All subsequent reports must then carry these assets at that value.  Do not use historical cost one month and fair market value the next.

CASE NAME: __Daleson Enterprises, LLC   d/b/a Jones County Rest Home__

CASE NUMBER: _____05-50095_____

COMPARATIVE BALANCE SHEET

**LIABILITIES:**

| | Month | Month | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|---|
| | 01/31/06 | 02/28/06 | 3/31/06 | 4/30/06 | 05/31/06 | 6/30/06 | 7/31/06 |
| POST-PETITION LIABILITIES: | | | | | | | |
| Taxes payable (Form 2-E, pg 1 of 3)................................ | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Accounts payable (Form 2-E, pg 1 of 3)............................ | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: _____Intercompany Accts./Etc.____ | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL POST-PETITION LIABILITIES............................ | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PRE-PETITION LIABILITIES: | | | | | | | |
| Notes payable – secured.................................... | 689,477 | 689,477 | 689,477 | 689,477 | 689,477 | 689,477 | 689,477 |
| Priority debt........................................ | 1,258,733 | 1,258,733 | 1,258,733 | 1258,733 | 1,258,733 | 1,258,733 | 1,258,733 |
| Unsecured debt..................................... | 308,767 | 308,767 | 308,767 | 308,767 | 308,767 | 308,767 | 308,767 |
| Other _____Due Owner_____ | 77,723 | 77,723 | 77,723 | 77,723 | 77,723 | 77,723 | 77,723 |
| TOTAL LIABILITIES.................................... | 2,334,700 | 2,334,700 | 2,334,700 | 2,334,700 | 2,334,700 | 2,334,700 | 2,334,700 |
| **EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK.................................... | | | | | | | |
| COMMON STOCK........................................ | | | | | | | |
| RETAINED EARNINGS: | | | | | | | |
| Through filling date........................................ | 185,542 | 145,112 | 129,976 | 117,048 | 108,742 | 103,457 | 72,947 |
| Post Filing date........................................... | | | | | | | |
| TOTAL EQUITY (NET WORTH)........................... | 185,542 | 145,112 | 129,976 | 117,048 | 108,742 | 103,457 | 72,947 |
| **TOTAL LIABILITIES & EQUITY**................................ | 2,520,242 | 2,479,812 | 2,464,676 | 2,451,748 | 2,443,442 | 2,438,157 | 2,407,647 |

CASE NAME: _____Dateson Enterprises, LLC d/b/a/ Jollee County Rest Hotel_____

CASE NUMBER: ____05-50095_____

PROFIT AND LOSS STATEMENT

**SEE ATTACHED**

| | Filing Date | Month | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|---|
| | | 02/28/06 | 3/31/06 | 4/30/06 | 5/31/06 | 6/30/06 | 7/31/06 |
| NET REVENUE............................................... | | 0 | 0 | 0 | 0 | 0 | 0 |
| COST OF GOODS SOLD: | | | | | | | |
|   Material............................................... | | | | | | | |
|   Labor - Direct....................................... | | | | | | | |
|   Manufacturing Overhead...................... | | | | | | | |
| TOTAL COST OF GOODS SOLD:................ | | | | | | | |
| GROSS PROFIT:......................................... | | 0 | 0 | 0 | 0 | 0 | 0 |
| OPERATING EXPENSES: | | | | | | | |
|   Selling and Marketing......................... | | 0 | 0 | 0 | 0 | 0 | 0 |
|   General and administrative (rents, utilities, salaries, etc.) | | 40,430 | 15,136 | 12,928 | 8,306 | 5,285 | 30,510 |
|   Other _____ | | | | | | | |
| TOTAL OPERATING EXPENSES.................. | | 40,430 | 15,136 | 12,928 | 8,306 | 5,285 | 30,510 |
| INTREST EXPENSE.................................... | | | | | | | |
| INCOME BEFORE DEPRECIATION OR TAXES:.............. | | (40,430) | (15,136) | (12,928) | (8,306) | (5,285) | (30,510) |
| DEPRECIATION OR AMORTIZATION................. | | 0 | 0 | 0 | 0 | 0 | |
| EXTRAORDINARY EXPENSES * .................... | | | | | | | |
| INCOME TAX EXPENSE (BENEFIT)................ | | | | | | | |
| NET INCOME (LOSS)................................ | | (40,430) | (15,136) | (12,928) | (8,306) | (5,285) | (30,510) |

*Requires explanation in NARRATIVE (Form 2-F)

FORM 2-B
Page 1 of 2

CASE NAME:  Daleson Enterprises, LLC d/b/a Jones County    CASE NUMBER:    05-50095
Rest Home

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period __July 1___ to __July 31____, 2006____

### Cash Reconciliation

| | | |
|---|---|---|
| 1. Beginning Cash Balance (Ending cash balance from last month's report) | | $ 493,145 |
| 2. Cash Receipts (total Cash Receipts from page 2 of all FORM 2-D's) | $ 0 | |
| 3. Cash Disbursements (total Cash Disbursements from page 3 of all FORM 2-D's) | $ 30,510 | |
|          ($30 adjustment due to journal entry.) | | |
| 4. Net Cash Flow | | $ (30,510) |
| 5. Ending Cash Balance (to FORM 2-B) | | $ 462,635 |

### CASH SUMMARY – ENDING BALANCE

| | Amount* | Financial Institution |
|---|---|---|
| 1. Real Estate Account | $ | |
| 2. Trust Account | $ 0 | Trustmark |
| 3. Operating and/or Personal   Account | $ 460,148 | Trustmark |
| 4. Payroll Account | $ 2,487 | Trustmark |
| 5. Tax Account | $ | |
| 6. Other Accounts (Specify checking or savings) | $ | |
| 7. Cash Collateral Account | $ | |
| 8. Petty Cash | $ | |
| **TOTAL** (Must Agree with line 5 above) | $ 462,635 | |

*These amounts should be equal to the previous month's balance for the account plus this month's receipts less this month's disbursements.

**ADJUSTED CASH DISBURSEMENTS**
Cash disbursements on Line 3 above less
inter-account transfers and UST fees paid        $ 30,510

*NOTE:  This amount should be used
to determine UST quarterly fees due
and agree wit Form 2-D, page 2 of 4

FORM 2-D
Page 1 of 4
01/04

CASE NAME:   Daleson Enterprises, LLC d/b/a Jones County      CASE NUMBER:   05-50095
Rest Home

## QUARTERLY FEE SUMMARY

MONTH ENDED _____July  2006_____

| Payment Date | Cash Disbursements * | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | $   274,900 | | | |
| February | $     42,376 | | | |
| March | $     14,295 | | | |
| Total 1st Quarter | $   331,571 | $   3,750 | _____ | _____ |
| April | $     12,196 | | | |
| May | $       7,851 | | | |
| June | $       6,594 | | | |
| Total 2nd Quarter | $     26,641 | $     500 | _____ | _____ |
| July | $     30,510 | | | |
| August | $ | | | |
| September | $ | | | |
| Total 3rd Quarter | $ | $ | _____ | _____ |
| October | $ | | | |
| November | $ | | | |
| July | $ | | | |
| Total 4th Quarter | $ | $ | _____ | _____ |

### FEE SCHEDULE

| DISBURSEMENT CATEGORY | | QUARTERLY FEE DUE |
|---|---|---|
| Less than | $15,000.00 | $250 |
| $15,000 | - $74,999.99 | $500 |
| $75,000 | - $149,999.99 | $750 |
| $150,000 | - $224,999.99 | $1,250 |
| $225,000 | - $299,999.99 | $1,500 |
| $300,000 | - $999,999.99 | $3,750 |
| $1,000,000 | - $1,999,999.99 | $5,000 |
| $2,000,000 | - $2,999,999.99 | $7,500 |
| $3,000,000 | - $4,999,999.99 | $8,000 |
| $5,000,000 | and above | $10,000 |

Note that a minimum payment of $250 is due each quarter even if no disbursements are made in the case during the period.
* Note: should agree with "adjusted cash disbursements" at bottom of Form 2-D, Page 1 of 4.  Disbursements are net of transfers to other debtor in possession bank accounts and net of payments of prior period quarterly fees.

Form 2-D
Page 2 of 4
01/04

Case Name:      Daleson Enterprises d/b/a Jones
                County Rest Home

Case Number:              05-50095

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed on page 1 of Form 2-D that the debtor maintained
during the month.)

For Period ___July 1__ to __July 31___, 2006__

Account Name:__Jones County Rest Home___ Account Number:__480-009-6701
                Operating Account
                CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

Date _____ Description (Source) _____ Amount _____.

SEE ATTACHED

Total Cash Receipts        $___0___

FORM 2-D
Page 3 of 4
01/04

Case Name:    Daleson Enterprises d/b/a Jones
County Rest Home

Case Number:   05-50095

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed on page 1 of Form 2-D that the debtor maintained
during the month.)

For Period ___July 1__ to __July 31__, 20_06____

Account Name:_JCRH Old Acct. Payable_ Account Number:_430-715-3379

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

Date _____ Description (Source) _____ Amount _____.

     SEE ATTACHED

                               Total Cash Receipts    $__0____

FORM 2-D
Page 3 of 4

01/04

Case Name:  Daleson Enterprises d/b/a Jones County Rest Home

Case Number:  05-50095

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed on page 1 of Form 2-D that the debtor maintained during the month.)

For Period ___July 1__ to __July 31__, 20_06____

Account Name:_JCRH New Accts. Payable_ Account Number:____480-009-6685

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

Date_____ Description (Source) _____ Amount _____.

SEE ATTACHED

Total Cash Receipts        $___0___

FORM 2-D
Page 3 of 4

01/04

Case Name: Daleson Enterprises d/b/a Jones
County Rest Home

Case Number: 05-50095

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed on page 1 of Form 2-D that the debtor maintained during the month.)

For Period ___July 1__ to __July 31__, 20_06____

Account Name:_JCRH Payroll _ Account Number:_480-009-6693___

CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

Date _____ Description (Source)_____ Amount_____.

SEE ATTACHED

Total Cash Receipts         $__0

FORM 2-D
Page 3 of 4

01/04

Case Name:   Daleson Enterprises d/b/a Jones
County Rest Home

Case Number:   05-50095

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed on page 1 of Form 2-D that the debtor maintained
during the month.)

For Period ___July 1__ to __July 31__, 20_06____

Account Name:_JCRH Resident Trust _ Account Number:_480-009-6719

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

Date                              Description (Source)                              Amount

SEE ATTACHED

Total Cash Receipts          $_0_

FORM 2-D
Page 3 of 4

Case Name: Daleson Enterprises d/b/a Jones County Rest Home

Case Number: 05-50095

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
(This form should be completed for each type of account listed
on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period __July 1_____ to _July 31___, 2006__

Account Name: _Jones County Rest Home___ Account Number: _480-009-6701
Operating
CASH DISBURSEMENTS JOURNAL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
|      |           |       |                        |        |

SEE ATTACHED

Total Cash Disbursements        $ __0__

*Identify any payments to professionals, owners, partners, shareholders,
Officers, director or any insiders and all adequate protection payments
Ordered by the court with an asterisk or highlighting.  Any payments made
as a result of a court order, should indicate the order date.

FORM 2-D
Page 4 of 4
01/04

01/04

Case Name:        Daleson Enterprises d/b/a Jones
                  County Rest Home

Case Number:      05-50095

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
(This form should be completed for each type of account listed
on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period __July 1_____ to _July 31___, 2006__

Account Name: __JCRH Old Acct. Pay___ Account Number: _430-715-3349

### CASH DISBURSEMENTS JOURNAL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|

SEE ATTACHED

Total Cash Disbursements     $ __408___

*Identify any payments to professionals, owners, partners, shareholders,
Officers, director or any insiders and all adequate protection payments
Ordered by the court with an asterisk or highlighting.  Any payments made
as a result of a court order, should indicate the order date.

FORM 2-D
Page 4 of 4
01/04

JONES PAYMENTS 7/1/2006
7/1/2006 Through 7/31/2006

| Date | Account | Num | Description | Memo | Category | Clr | Amount |
|------|---------|-----|-------------|------|----------|-----|--------|
| 7/11/... | DO NOT U... | DEBIT | ACH DEBIT T... | | | R | -298.39 |
| 7/17/... | DO NOT U... | DEBIT | ACH DEBIT M... | | | R | -109.59 |
| TOTAL 7/1/2006 - 7/31/2006 | | | | | | | -407.98 |

|  |  |
|--|--|
| TOTAL INFLOWS | 0.00 |
| TOTAL OUTFLOWS | -407.98 |
| NET TOTAL | -407.98 |

Case Name:    Daleson Enterprises d/b/a Jones
              County Rest Home

Case Number:   05-50095

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
(This form should be completed for each type of account listed
on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period __July 1_____ to _July 31___, 2006__

Account Name: _JCRH New Acct. Payable ___ Account Number: _480-009-6685

### CASH DISBURSEMENTS JOURNAL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
| | | | | |

SEE ATTACHED

Total Cash Disbursements     $ __30,132.05___

*Identify any payments to professionals, owners, partners, shareholders,
Officers, director or any insiders and all adequate protection payments
Ordered by the court with an asterisk or highlighting.  Any payments made
as a result of a court order, should indicate the order date.

FORM 2-D
Page 4 of 4
01/04

JONE...PAYR...06
7/1/2006 Through 7/31/2006

8/21/2006                                                                          Page 1

| Date | Account | Num | Description | Memo | Category | Clr | Amount |
|------|---------|-----|-------------|------|----------|-----|--------|
| 7/14/... | AP NEW | JCRH3320 | LARRY FORTE... | | | | -2,285.00 |
| 7/14/... | AP NEW | JCRH3321 | LARRY RUSSELL | | | | -2,285.00 |
| 7/14/... | AP NEW | JCRH3322 | LARRY FORTE... | | | R | -153.60 |
| 7/14/... | AP NEW | JCRH3323 | LARRY RUSSELL | | | R | -153.60 |
| 7/26/... | AP NEW | JCRH3326 | DEREK A. HE...Atty. ... | | | | -22,112.50 |
| 7/26/... | AP NEW | JCRH3327 | OFFICE OF T... | | | | -500.00 |
| 7/28/... | AP NEW | JCRH3328 | DEREK A. HE...Atty. ... | | | | -2,307.35 |
| 7/31/... | AP NEW | JCRH3329 | SOUTH CENTR... | | | | -335.00 |
| TOTAL 7/1/2006 - 7/31/2006 | | | | | | | -30,132.05 |

| | |
|---|---|
| TOTAL INFLOWS | 0.00 |
| TOTAL OUTFLOWS | -30,132.05 |
| NET TOTAL | -30,132.05 |

Case Name:     Daleson Enterprises d/b/a Jones
               County Rest Home

Case Number:   05-50095

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
(This form should be completed for each type of account listed
on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period __July 1_____ to _July 31___, 2006__

Account Name: _JCRH Payroll ___ Account Number: _480-009-6693

### CASH DISBURSEMENTS JOURNAL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|

SEE ATTACHED

Total Cash Disbursements     $ __0

*Identify any payments to professionals, owners, partners, shareholders,
Officers, director or any insiders and all adequate protection payments
Ordered by the court with an asterisk or highlighting.  Any payments made
as a result of a court order, should indicate the order date.

FORM 2-D
Page 4 of 4
01/04

Case Name:    Daleson Enterprises d/b/a Jones
              County Rest Home _____

Case Number:   05-50095 _____

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
(This form should be completed for each type of account listed
on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period __July 1_____ to _July 31___, 2006__

Account Name: _JCRH Resident Trust ___ Account Number: _480-009-6719__

### CASH DISBURSEMENTS JOURNAL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|

SEE ATTACHED

Total Cash Disbursements        $ ___0____

*Identify any payments to professionals, owners, partners, shareholders,
Officers, director or any insiders and all adequate protection payments
Ordered by the court with an asterisk or highlighting.  Any payments made
as a result of a court order, should indicate the order date.

FORM 2-D
Page 4 of 4
01/04

CASE NAME:  Daleson Enterprises d/b/a Jones          CASE NUMBER:   05-50095
County Rest Home

## SUPPORTING SCHEDULES

For Period ___July 1___ to _July 31__, 20 06_____

### POST-PETITION ACCOUNTS PAYABLE AGING REPORT

| TYPE | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|------|----------|-----|------|-------|-------|---------|
| FITW | 0 | 0 | $ | $ | $ | |
| FICA | 0 | 0 | | | | |
| FUTA | 0 | 0 | | | | |
| SITW | 0 | 0 | | | | |
| SUTA | 0 | 0 | | | | |
| OTHER TAX | | | | | | |
| TRADE PAYABLES | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| OTHER | 0 | 0 | | | | |
| Retirement | 0 | 0 | | | | |
| Accrued PR | 0 | 0 | | | | |
| Bonus | 0 | 0 | | | | |
| | | | | | | |
| TOTALS | 0 | 0 | $ | $ | $ | $ |

FORM 2-E
Page 1 of 3

CASE NAME:   Daleson Enterprises, LLC dba Jones Cty Rest     CASE NUMBER:   05-50095
             Home

## SUPPORTING SCHEDULES

### For Period   July 1   To   July 31   2006

## INSURANCE SCHEDULE

| Type | Carrier/Agent | Coverage ($) | Date of Expiration | Premium Paid |
|---|---|---|---|---|
| Workers' Compensation | MSHCA | $100,000 | 1/1/06 | NO |
| General Liability | CULIC | $500,000 | 10/7/06 | CANCELLED |
| Property (Fire, Theft) | Fox Everett | $500,000 | 8/30/06 | CANCELLED |
| Vehicle | | | | |
| Other (list): | | | | |

(1) Attach copy of certificate of insurance or declaration page of policy for any coverage renewed or replaced during the current reporting month.
(2) For the premium paid column enter "yes" if payment of premium is current or "no" if premium payment is delinquent. If "no", explain on Form 2-F, Narrative.

FORM 2-E
Page 3 of 3
01/04

01/04

CASE NAME:    Daleson Enterprises, LLC dba Jones Cty Rest      CASE NUMBER:    05-50095
Home

## NARRATIVE STATEMENT

For Period ___July 1_____ to __July 31_____, 20 06____

Please provide a brief description of the significant business and legal action by the debtor, its creditor or the court during the reporting period.  Comments should include any change in bank accounts, explanation of extraordinary expenses, and purpose of any new post-petition financing.  Comments should also include debtor's efforts during the month to rehabilitate the business and to develop a plan.

FORM 2-F
01/04

AP NEW JCRH                                                                    Page 1
8/8/2006

                                Reconciliation Summary


BANK STATEMENT -- CLEARED TRANSACTIONS:

        Previous Balance:                                        495,333.07
                                                                _____

            Checks and Payments           6   Items              -9,447.20
            Deposits and Other Credits     2   Items                  0.00
            Service Charge                 0   Items                  0.00
            Interest Earned                0   Items                  0.00
                                                                _____

        Ending Balance of Bank Statement:                        485,885.87


YOUR RECORDS -- UNCLEARED TRANSACTIONS:

        Cleared Balance:                                         485,885.87
                                                                _____

            Checks and Payments          16   Items             -37,386.74
            Deposits and Other Credits    0   Items                  0.00
                                                                _____

        Register Balance as of 7/31/2006:                        448,499.13
            Checks and Payments           1   Item                 -292.59
            Deposits and Other Credits    0   Items                  0.00
                                                                _____

        Register Ending Balance:                                 448,206.54

AP NEW JCRH                                                                    Page 2
8/8/2006

                     Uncleared Transaction Detail up to 7/31/2006

| Date | Num | Payee | Memo | Category | Clr | Amount |
|------|-----|-------|------|----------|-----|--------|

Uncleared Checks and Payments

| | | | | | | |
|------|-----|-------|------|----------|-----|--------|
| 5/11/2005 | 2296 | GARY D. THRASH | | GARNISHMENT | | -457.89 |
| 7/13/2005 | 2556 | WILLIAM G. CLARK | | | | -800.00 |
| 8/12/2005 | 2658 | WILLIAM G. CLARK | | | | -800.00 |
| 9/14/2005 | 2821 | WILLIAM G. CLARK | | | | -800.00 |
| 10/14/... | 2962 | WILLIAM G. CLARK | | | | -800.00 |
| 11/15/... | 3092 | WILLIAM G. CLARK | | | | -800.00 |
| 12/15/... | 3180 | WILLIAM G. CLARK | | | | -800.00 |
| 1/10/2006 | 3235 | WILLIAM G. CLARK | | | | -800.00 |
| 1/12/2006 | 3243 | ELLEN GRAVES | | | | -20.00 |
| 2/15/2006 | 3280 | JOHN D. MCCORMICK | | | | -1,484.00 |
| 7/14/2006 | 3320 | LARRY FORTENBERRY | | | | -2,285.00 |
| 7/14/2006 | 3321 | LARRY RUSSELL | | | | -2,285.00 |
| 7/26/2006 | 3326 | DEREK A. HENDERS... | Atty. Fees - Ba... | | | -22,112.50 |
| 7/26/2006 | 3327 | OFFICE OF THE US... | | | | -500.00 |
| 7/28/2006 | 3328 | DEREK A. HENDERS... | Atty. Expenses ... | | | -2,307.35 |
| 7/31/2006 | 3329 | SOUTH CENTRAL RE... | | | | -335.00 |

Total Uncleared Checks and Payments                    16  Items           -37,386.74


Uncleared Deposits and Other Credits


Total Uncleared Deposits and Other Credits              0  Items                0.00


Total Uncleared Transactions                           16  Items           -37,386.74



**Trustmark**
National Bank

# Small Business Checking

Page 1 of 3

| Statement Period | Account Number |
|---|---|
| From 7/01/2006 To 7/31/2006 | 480-009-6685 |

*6 Images Included*

DALESON ENTERPRISE LLC DBA JONES COUNTY
REST HOME ACCT PAYABLE DEBTOR IN
POSSESSION CHAP 11 CASE NO 05-50095
PO BOX 345
SUMRALL MS 39482-0345

**Customer Service:**

1-800-243-2524 or 1-601-961-6000
Automated Response: 24 hours day
Representative: Mon. - Fri. 8am-8pm;
Sat. 9am-7pm

For questions or to receive a Trustmark Access
Number for use with automated services, call
during Representative hours and choose option '0'.

**Website address:** www.trustmark.com



## Summary

| Description | Transactions | Amount |
|---|---|---|
| Balance last statement | | 495,333.07 |
| Deposits and other credits | | + .00 |
| Checks and other withdrawals | 6 | - 9,447.20 |
| Service charges | | - .00 |
| Balance this statement | | $485,885.87 |

**Note:** Your lowest balance during this period was $485,885.87, and it occurred on 7/20/2006.

JULY



## Checks and Other Withdrawals

**Checks Paid**

Number of images included in this statement: 6

| Number | Date Paid | Amount | Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 3303 | 7 /3 | 2,285.00 | 3316 # | 7 /3 | 2,285.00 | 3322 # | 7 /20 | 153.60 |
| 3311 # | 7 /3 | 2,285.00 | 3317 | 7 /5 | 2,285.00 | 3323 | 7 /20 | 153.60 |

Total of Checks Paid: $9,447.20

\#    Indicates a break in the check number sequence before this check.

✪    Represents an unnumbered check or a non-check item.



# Trustmark
National Bank

## Small Business Checking

Page 2 of 3

| Statement Period | Account Number |
|---|---|
| From 7/01/2006 To 7/31/2006 | 480-009-6685 |



## Daily Balance History



| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 7/1 | $495,333.07 | 7/5 | $486,193.07 | 7/31 | $485,885.87 |
| 7/3 | $488,478.07 | 7/20 | $485,885.87 | | |

Your Balance this Period
—— Balance



## Check Images

**Note:** The items below are true and correct copies of the original items which have been photographically reproduced by the bank.



| Ck 3303 | Ref 100719818 | Pd 7/3 | $2285.00 |
| Ck 3311 | Ref 100719827 | Pd 7/3 | $2285.00 |
| Ck 3316 | Ref 100719808 | Pd 7/3 | $2285.00 |
| Ck 3317 | Ref 200927320 | Pd 7/5 | $2285.00 |
| Ck 3322 | Ref 102635576 | Pd 7/20 | $153.60 |
| Ck 3323 | Ref 102635574 | Pd 7/20 | $153.60 |

JONES OLD AP JULY 2006

DO NOT USE JCRH AP                                                        Page 1
8/9/2006

                          Reconciliation Summary


    BANK STATEMENT -- CLEARED TRANSACTIONS:

        Previous Balance:                                         3,450.11

            Checks and Payments          2    Items               -407.98
            Deposits and Other Credits   0    Items                  0.00
            Service Charge               0    Items                  0.00
            Interest Earned              0    Items                  0.00

        Ending Balance of Bank Statement:                         3,042.13


    YOUR RECORDS -- UNCLEARED TRANSACTIONS:

        Cleared Balance:                                          3,042.13

            Checks and Payments          0    Items                  0.00
            Deposits and Other Credits   0    Items                  0.00


        Register Balance as of 7/31/2006:                         3,042.13
            Checks and Payments          0    Items                  0.00
            Deposits and Other Credits   0    Items                  0.00


        Register Ending Balance:                                  3,042.13

JONES OLD AP JULY 2006

DO NOT USE JCRH AP                                                                                          Page 2
8/9/2006

### Uncleared Transaction Detail up to 7/31/2006

| Date | Num | Payee | Memo | Category | Clr | Amount |
|------|-----|-------|------|----------|-----|--------|

**Uncleared Checks and Payments**

| | | | | | | |
|--|--|--|--|--|--|--|
| Total Uncleared Checks and Payments | | | | 0   Items | | 0.00 |

**Uncleared Deposits and Other Credits**

| | | | | | | |
|--|--|--|--|--|--|--|
| Total Uncleared Deposits and Other Credits | | | | 0   Items | | 0.00 |

| | | | | | | |
|--|--|--|--|--|--|--|
| Total Uncleared Transactions | | | | 0   Items | | 0.00 |



**Trustmark**
National Bank

## Small Business Checking

Page 1 of 3

| Statement Period | Account Number |
|---|---|
| From 7/01/2006 To 7/31/2006 | 430-715-3349 |

DALESON ENTERPRISE LLC DBA
JONES COUNTY REST HOME
ACCOUNTS PAYABLE
PO BOX 345
SUMRALL MS  39482-0345

**Customer Service:**

1-800-243-2524 or 1-601-961-6000
Automated Response: 24 hours/day
Representative: Mon. - Fri., 8am-8pm;
Sat. 9am-7pm

For questions, or to receive a Trustmark Access
Number for use with automated services, call
during Representative hours and choose option '0'.

**Website address:** www.trustmark.com



## Summary

| Description | Transactions | Amount |
|---|---|---|
| Balance last statement | | 3,450.11 |
| Deposits and other credits | | + .00 |
| Checks and other withdrawals | 2 | - 407.98 |
| Service charges | | - .00 |
| Balance this statement | | $3,042.13 |

**Note:** Your lowest balance during this period was $3,042.13, and it occurred on 7/17/2006.



## Checks and Other Withdrawals

### Other Electronic Transactions

| Date | Amount | Description |
|---|---|---|
| 7/11 | 298.39 | ACH DEBIT AXA EQUITABLE INS. PAYMT PPD 22009572334903 |
| 7/17 | 109.59 | ACH DEBIT METLIFE PAYMENT PPD 10000771914 |

*Total of Other Electronic Transactions:* **$407.98**

JULY

**Thank you for banking with us.**

17,059

Post Office Box 291, Jackson, Mississippi 39205

# Trustmark
National Bank

## Small Business Checking

Page 2 of 3



| Statement Period | Account Number |
|---|---|
| From 7/01/2006 To 7/31/2006 | 430-715-3349 |



## Daily Balance History

| Date | Balance | Date | Balance |
|---|---|---|---|
| 7/1 | $3,450.11 | 7/17 | $3,042.13 |
| 7/11 | $3,151.72 | 7/31 | $3,042.13 |



Your Balance this Period
—— Balance

## Reconciliation

This section is provided to help you balance your bank statement.

Checks and
Other Withdrawals
outstanding -
Not charged to account

| Check Number | Amount |
|---|---|
| | |

Total Checks and
Other Withdrawals outstanding    $ _____

Bank Balance
Shown on
this statement        $3,042.13

**Add +**

Deposits not
credited to this
statement        $ _____

Total        $ _____

**Subtract —**

Checks and
Other Withdrawals
Outstanding        $ _____

Balance =        $ _____

This balance should agree with your checkbook
balance after deducting service charges and
adding interest (if any) shown on this statement
for previous month.



## Customer News

*Thank you for banking with us.*

17,060

PR NEW JCRH                                                                              Page 1
8/21/2006

JONES PAYROLL JULY 2006

Reconciliation Summary


BANK STATEMENT -- CLEARED TRANSACTIONS:

    Previous Balance:                                                    3,635.84

        Checks and Payments               0    Items                0.00
        Deposits and Other Credits       11    Items                0.00
        Service Charge                    0    Items                0.00
        Interest Earned                   0    Items                0.00

    Ending Balance of Bank Statement:                                    3,635.84


YOUR RECORDS -- UNCLEARED TRANSACTIONS:

    Cleared Balance:                                                     3,635.84

        Checks and Payments               2    Items           -1,148.61
        Deposits and Other Credits        0    Items                0.00


    Register Balance as of 7/31/2006:                                    2,487.23
        Checks and Payments               0    Items                0.00
        Deposits and Other Credits        0    Items                0.00


    Register Ending Balance:                                             2,487.23

JONES PAYROLL JULY 2006

PR NEW JCRH                                                                    Page 2
8/21/2006

Uncleared Transaction Detail up to 7/31/2006

| Date | Num | Payee | Memo | Category | Clr | Amount |
|------|-----|-------|------|----------|-----|--------|
| Uncleared Checks and Payments | | | | | | |
| 1/6/2006 | 4022 | 2021 Kendra Barnett | | | | -387.57 |
| 1/6/2006 | 4032 | 1878 LINDSEY SAN... | | Salary | | -761.04 |
| Total Uncleared Checks and Payments | | | | 2   Items | | -1,148.61 |
| | | | | | | |
| Uncleared Deposits and Other Credits | | | | | | |
| | | | | | | |
| Total Uncleared Deposits and Other Credits | | | | 0   Items | | 0.00 |
| | | | | | | |
| Total Uncleared Transactions | | | | 2   Items | | -1,148.61 |



**Trustmark**
National Bank

**Small Business Checking**

Page 1 of 2

| Statement Period | Account Number |
|---|---|
| From 7/01/2006 To 7/31/2006 | 480-009-6693 |

DALESON ENTERPRISE LLC DBA JONES COUNTY
REST HOME PAYROLL ACCT DEBTOR IN
POSSESSION CHAP 11 CASE NO 05-50095
PO BOX 345
SUMRALL MS  39482-0345

**Customer Service:**

1-800-243-2524 or 1-601-961-6000
Automated Response: 24 hours/day
Representative: Mon - Fri, 8am-8pm;
Sat. 9am-7pm

For questions, or to receive a Trustmark Access
Number for use with automated services, call
during Representative hours and choose option '0'.

**Website address:** www.trustmark.com



## Summary

| Description | Transactions | Amount |
|---|---|---|
| Balance last statement | | 3,635.84 |
| Deposits and other credits | | + .00 |
| Checks and other withdrawals | | - .00 |
| Service charges | | - .00 |
| Balance this statement | | $3,635.84 |

**Note:** Your lowest balance during this period was $3,635.84, and it occurred on  7/1/2006.



## Daily Balance History

| Date | Balance | Date | Balance |
|---|---|---|---|
| 7/1 | $3,635.84 | 7/31 | $3,635.84 |

$3,700

$0

07/01                     07/31

**Your Balance this Period**
——— Balance

JULY

***Thank you for banking with us.***

19,275

Post Office Box 291, Jackson, Mississippi 39205.
Customer Service 1-800-243-2524 or 1-601-981-6000

# Trustmark
National Bank

## Small Business Checking

Page 2 of 2

| Statement Period | Account Number |
|---|---|
| From 7/01/2006 To 7/31/2006 | 480-009-6693 |

# Reconciliation

This section is provided to help you balance your bank statement.

Checks and
Other Withdrawals
outstanding -
Not charged to account

| Check Number | Amount |
|---|---|

Bank Balance
Shown on
this statement          $3,635.84

**Add +**

Deposits not         $
credited to this
statement

Total         $

**Subtract  −**

Checks and
Other Withdrawals
Outstanding          $

Balance =          $

Total Checks and
Other Withdrawals outstanding          $

This balance should agree with your checkbook balance after deducting service charges and adding interest (if any) shown on this statement for previous month.



# Customer News

## ATM/debit card use outside the United States

*If you are traveling to a foreign country and intend to use your debit card, please notify us at 601-949-4462 or 800-844-2000 Ext. 4462.*

---

**CONSUMER ACCOUNTS ONLY**

*In Case of Error or Questions About Your Electronic Transfer or Direct Deposit*

Write or telephone us as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer or direct deposit listed on the statement or receipt. We must be notified by you no later than 60 days after we sent the first statement on which the problem or error appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will generally complete our investigation within 10 business days and correct any error promptly. In some cases, an investigation may take longer, but you will have the use of the funds in question after the 10 business days. If we ask you to put your complaint or questions in writing and we do not receive it within 10 business days, we may not credit your account during the investigation.

If we decide that there was no error, we will send you a written explanation within 3 business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

For questions or problems relating to your Trustmark Express Card or any electronic fund transfer, call us at 1-601-961-6000 (in the Jackson, Mississippi area) or at 1-800-243-2524 (all other locations). If you prefer you may write us at the following address:
  Trustmark National Bank
  Attn: Customer Contact Center
  P.O. Box 291
  Jackson, MS 39205-0291

**Thank you for banking with us.**

19,276