# MONTHLY OPERATING REPORT
## CHAPTER 11

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MS
FILED

06 SEP 29 PM 3: 19

CHARLENE M. KENNEDY
CLERK

BY_____ DEPUTY

Case Name   **Daleson Enterprises, LLC d/b/a Jones County Rest Home**

Case Number   05-50095   For Period   August 1   to   August 31

THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH. The debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing. File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one - attached or waived) | | |
| {X} | { } | Comparative Balance Sheet (FORM 2-B) |
| {X} | { } | Profit and Loss Statement (FORM 2-C) |
| {X} | { } | Cash Receipts and Disbursements Statement (FORM 2-D) |
| {X} | { } | Supporting Schedules (FORM 2-E) |
| {X} | { } | Narrative (FORM 2-F) |
| {X} | { } | Copies of Bank Statement(s) and Reconciliations of Bank Balance to Book Balance for all Account(s) |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on:   9-26-06
             (date)

Debtor(s)*          Daleson Enterprises, LLC
                    d/b/a/ Jones County Rest Home

By:**

Position:           Member

Name of preparer:   Sandy Lindsey, CFO

Telephone No. of Preparer   601-758-1989

* both debtors must sign if a joint petition
** for corporate or partnership debtor

FORM 2-A
01/04

CASE NUMBER: ___05-50095_____

COMPARATIVE BALANCE SHEET

## ASSETS:

| | Month | Month | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|---|
| CURRENT ASSETS: | 02/28/06 | 3/31/06 | 4/30/06 | 5/31/06 | 6/30/06 | 7/31/06 | 8/31/06 |
| Cash............................................................ | 484,792 | 493,990 | 481,860 | 474,009 | 493,145 | 462,635 | 452,953 |
| Accounts Receivable, Net........................................ | 309,586 | 285,252 | 284,454 | 283,999 | 259,578 | 259,578 | 259,571 |
| Inventory, at lower of cost or market........................... | 0 | 0 | 0 | | 0 | 0 | 0 |
| Prepaid expenses & deposits...................................... | 0 | 0 | 0 | | 0 | 0 | 0 |
| Other _____ | 620,268 | 620,268 | 620,268 | 620,268 | 620,268 | 620,268 | 620,268 |
| _____ | | | | | | | |
| TOTAL CURRENT ASSETS............................................ | 1,414,646 | 1,399,510 | 1,386,582 | 1,378,276 | 1,372,991 | 1,342,481 | 1,332,792 |
| PROPERTY, PLANT & EQUIPMENT.................................. | 254,993 | 254,993 | 254,993 | 254,993 | 254,993 | 254,993 | 254,993 |
| Less Accumulated depreciation.................................. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| NET PROPERTY, PLANT & EQUIPMENT........................ | 254,993 | 254,993 | 254,993 | 254,993 | 254,993 | 254,993 | 254,993 |
| OTHER ASSETS _____Certificate of Need Cost_____ | 715,738 | 715,738 | 715,738 | 715,738 | 715,738 | 715,738 | 715,738 |
| _____Workers Comp Deposit_____ | 94,435 | 94,435 | 94,435 | 94,435 | 94,435 | 94,435 | 94,435 |
| _____ | | | | | | | |
| _____ | | | | | | | |
| TOTAL OTHER ASSETS........................................... | 810,173 | 810,173 | 810,173 | 810,173 | 810,173 | 810,173 | 810,173 |
| **TOTAL ASSETS**................................................ | 2,479,812 | 2,464,676 | 2,451,748 | 2,443,442 | 2,438,157 | 2,407,647 | 2,397,958 |

If assets are carried at historical cost on debtor's accounting records and debtor elects to show them as such on the monthly reports, note the change above and include remarks on FORM 2-F (Narrative). All subsequent reports must then carry these assets at that value. Do not use historical cost one month and fair market value the next.

CASE NAME: __Daleson Enterprises, LLC  d/b/a Jones County Rest Home__

CASE NUMBER: _____05-50095____

## COMPARATIVE BALANCE SHEET

| **LIABILITIES:** | **Month** | **Month** | **Month** | **Month** | **Month** | **Month** | **Month** |
|---|---|---|---|---|---|---|---|
| POST-PETITION LIABILITIES: | 02/28/06 | 3/31/06 | 4/30/06 | 05/31/06 | 6/30/06 | 7/31/06 | 8/31/06 |
| Taxes payable (Form 2-E, pg 1 of 3).............................. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Accounts payable (Form 2-E, pg 1 of 3)........................... | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: _____Intercompany Accts./Etc.____ | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL POST-PETITION LIABILITIES........................... | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PRE-PETITION LIABILITIES: | | | | | | | |
| Notes payable – secured.................................... | 689,477 | 689,477 | 689,477 | 689,477 | 689,477 | 689,477 | 689,477 |
| Priority debt.............................................. | 1,258,733 | 1,258,733 | 1258,733 | 1,258,733 | 1,258,733 | 1,258,733 | 1,258,733 |
| Unsecured debt............................................ | 308,767 | 308,767 | 308,767 | 308,767 | 308,767 | 308,767 | 308,767 |
| Other _____Due Owner_____ | 77,723 | 77,723 | 77,723 | 77,723 | 77,723 | 77,723 | 77,723 |
| TOTAL LIABILITIES....................................... | 2,334,700 | 2,334,700 | 2,334,700 | 2,334,700 | 2,334,700 | 2,334,700 | 2,334,700 |
| **EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK............................................ | | | | | | | |
| COMMON STOCK.............................................. | | | | | | | |
| RETAINED EARNINGS: | | | | | | | |
| Through filling date....................................... | 145,112 | 129,976 | 117,048 | 108,742 | 103,457 | 72,947 | 63,258 |
| Post Filing date.......................................... | | | | | | | |
| TOTAL EQUITY (NET WORTH)................................. | 145,112 | 129,976 | 117,048 | 108,742 | 103,457 | 72,947 | 63,258 |
| **TOTAL LIABILITIES & EQUITY**................................ | 2,479,812 | 2,464,676 | 2,451,748 | 2,443,442 | 2,438,157 | 2,407,647 | 2,397,958 |

CASE NAME: _____ Daleson Enterprises, LLC d/b/a/ Jones County Rest Home

CASE NUMBER: ____05-50095_____

**PROFIT AND LOSS STATEMENT**

**SEE ATTACHED**

| | Filing Date | Month | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|---|
| | | 3/31/06 | 4/30/06 | 5/31/06 | 6/30/06 | 7/31/06 | 8/31/06 |
| NET REVENUE............................................ | | 0 | 0 | 0 | 0 | 0 | 0 |
| COST OF GOODS SOLD: | | | | | | | |
| Material............................................ | | | | | | | |
| Labor - Direct.................................... | | | | | | | |
| Manufacturing Overhead...................... | | | | | | | |
| TOTAL COST OF GOODS SOLD:................ | | | | | | | |
| GROSS PROFIT:.................................... | | 0 | 0 | 0 | 0 | 0 | 0 |
| OPERATING EXPENSES: | | | | | | | |
| Selling and Marketing......................... | | 0 | 0 | 0 | 0 | 0 | 0 |
| General and administrative (rents, utilities, salaries, etc.) | | 15,136 | 12,928 | 8,306 | 5,285 | 30,510. | 9,689 |
| Other _____ | | | | | | | |
| TOTAL OPERATING EXPENSES.................. | | 15,136 | 12,928 | 8,306 | 5,285 | 30,510 | 9,689 |
| INTREST EXPENSE.................................. | | | | | | | |
| INCOME BEFORE DEPRECIATION OR TAXES:.............. | | (15,136) | (12,928) | (8,306) | (5,285) | (30,510) | (9,689) |
| DEPRECIATION OR AMORTIZATION...................... | | 0 | 0 | 0 | 0 | | 0 |
| EXTRAORDINARY EXPENSES * ........................ | | | | | | | |
| INCOME TAX EXPENSE (BENEFIT)................ | | | | | | | |
| NET INCOME (LOSS)............................... | | (15,136) | (12,928) | (8,306) | (5,285) | (30,510) | (9,689) |

*Requires explanation in NARRATIVE (Form 2-F)

CASE NAME:   Daleson Enterprises, LLC d/b/a Jones County      CASE NUMBER:   05-50095
Rest Home

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period __August 1___ to __August 31____, 2006____

### Cash Reconciliation

| | | | |
|---|---|---|---|
| 1. Beginning Cash Balance (Ending cash balance from last month's report) | | | $   462,635 |
| 2. Cash Receipts (total Cash Receipts from page 2 of all FORM 2-D's) | | $       40 | |
| 3. Cash Disbursements (total Cash Disbursements from page 3 of all FORM 2-D's) | | $  9,722 | |
| 4. Net Cash Flow | | | $   ( 9,682) |
| 5. Ending Cash Balance (to FORM 2-B) | | | $   452,953 |

### CASH SUMMARY – ENDING BALANCE

| | Amount* | Financial Institution |
|---|---|---|
| 1. Real Estate Account | $ | |
| 2. Trust Account | $       0 | Trustmark |
| 3. Operating and/or Personal    Account | $ 450,466 | Trustmark |
| 4. Payroll Account | $    2,487 | Trustmark |
| 5. Tax Account | $ | |
| 6. Other Accounts (Specify checking or savings) | $ | |
| 7. Cash Collateral Account | $ | |
| 8. Petty Cash | $ | |
| **TOTAL** (Must Agree with line 5 above) | $ 452,953 | |

*These amounts should be equal to the previous month's balance for the account plus this month's receipts less this month's disbursements.

**ADJUSTED CASH DISBURSEMENTS**
Cash disbursements on Line 3 above less
inter-account transfers and UST fees paid          $ 9,722

*NOTE:  This amount should be used
to determine UST quarterly fees due
and agree wit Form 2-D, page 2 of 4

FORM 2-D
Page 1 of 4
01/04

CASE NAME:   Daleson Enterprises, LLC d/b/a Jones County    CASE NUMBER:    05-50095

Rest Home

# QUARTERLY FEE SUMMARY

## MONTH ENDED ____August  2006_____

| Payment Date | Cash Disbursements * | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | $    274,900 | | | |
| February | $    42,376 | | | |
| March | $    14,295 | | | |
| Total 1st Quarter | $    331,571 | $    3,750 | _____ | _____ |
| April | $    12,196 | | | |
| May | $    7,851 | | | |
| June | $    6,594 | | | |
| Total 2nd Quarter | $    26,641 | $    500 | _____ | _____ |
| July | $    30,510 | | | |
| August | $    9,722 | | | |
| September | $ | | | |
| Total 3rd Quarter | $ | $ | _____ | _____ |
| October | $ | | | |
| November | $ | | | |
| August | $ | | | |
| Total 4th Quarter | $ | $ | _____ | _____ |

### FEE SCHEDULE

| DISBURSEMENT CATEGORY | | | QUARTERLY FEE DUE |
|---|---|---|---|
| Less than | | $15,000.00 | $250 |
| $15,000 | - | $74,999.99 | $500 |
| $75,000 | - | $149,999.99 | $750 |
| $150,000 | - | $224,999.99 | $1,250 |
| $225,000 | - | $299,999.99 | $1,500 |
| $300,000 | - | $999,999.99 | $3,750 |
| $1,000,000 | - | $1,999,999.99 | $5,000 |
| $2,000,000 | - | $2,999,999.99 | $7,500 |
| $3,000,000 | - | $4,999,999.99 | $8,000 |
| $5,000,000 | and above | | $10,000 |

Note that a minimum payment of $250 is due each quarter even if no disbursements are made in the case during the period.
* Note: should agree with "adjusted cash disbursements" at bottom of Form 2-D, Page 1 of 4.  Disbursements are net of transfers to other debtor in possession bank accounts and net of payments of prior period quarterly fees.

Case Name:     Daleson Enterprises d/b/a Jones County Rest Home

Case Number:     05-50095

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed on page 1 of Form 2-D that the debtor maintained during the month.)

For Period ___August 1__ to __August 31___, 2006__

Account Name:__Jones County Rest Home___ Account Number:__480-009-6701
Operating Account
CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|------|---------------------|--------|
|      | SEE ATTACHED        |        |

Total Cash Receipts     $___0___

FORM 2-D
Page 3 of 4
01/04

Case Name:   Daleson Enterprises d/b/a Jones County Rest Home

Case Number:   05-50095

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
(This form should be completed for each type of account listed
on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period __August 1_____ to _August 31___, 2006__

Account Name: _Jones County Rest Home___ Account Number: _480-009-6701
Operating
CASH DISBURSEMENTS JOURNAL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
| | | | | |

SEE ATTACHED

Total Cash Disbursements    $ __0__

*Identify any payments to professionals, owners, partners, shareholders,
Officers, director or any insiders and all adequate protection payments
Ordered by the court with an asterisk or highlighting.  Any payments made
as a result of a court order, should indicate the order date.

FORM 2-D
Page 4 of 4
01/04

Case Name:       Daleson Enterprises d/b/a Jones
                 County Rest Home

Case Number:     05-50095

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed on page 1 of Form 2-D that the debtor maintained during the month.)

For Period ___August 1__ to __August 31__, 20_06____

Account Name:_JCRH Old Acct. Payable_ Account Number:_430-715-3379

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

Date _____ Description (Source) _____ Amount _____

SEE ATTACHED

Total Cash Receipts      $__0____

FORM 2-D
Page 3 of 4

01/04

Case Name: Daleson Enterprises d/b/a Jones County Rest Home

Case Number: 05-50095

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed on page 1 of Form 2-D that the debtor maintained during the month.)

For Period ___August 1__ to __August 31__ , 20_06____

Account Name:_JCRH New Accts. Payable_ Account Number:___480-009-6685

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

Date _____ Description (Source) _____ Amount _____.

SEE ATTACHED

Total Cash Receipts      $___40____

FORM 2-D
Page 3 of 4

JONES DEPOSITS - AUGUST 2006
8/1/2006 Through 8/31/2006

9/25/2006                                                                                     Page 1

| Date | Account | Num | Description | Memo | Category | Clr | Amount |
|------|---------|-----|-------------|------|----------|-----|--------|
| 8/30/...AP NEW JCRHDEP | | | DEPOSIT | | | R | 40.00 |
| TOTAL 8/1/2006 - 8/31/2006 | | | | | | | 40.00 |

|  |  |
|--|--|
| TOTAL INFLOWS | 40.00 |
| TOTAL OUTFLOWS | 0.00 |
| NET TOTAL | 40.00 |

01/04

Case Name:    Daleson Enterprises d/b/a Jones
County Rest Home

Case Number:    05-50095

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed on page 1 of Form 2-D that the debtor maintained
during the month.)

For Period ___August 1__ to __August 31__, 20_06____

Account Name:_JCRH Payroll _ Account Number:_480-009-6693____

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

Date_____Description (Source)_____Amount_____.

SEE ATTACHED

Total Cash Receipts        $__0

FORM 2-D
Page 3 of 4

01/04

Case Name:   Daleson Enterprises d/b/a Jones
             County Rest Home

Case Number:   05-50095

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed on page 1 of Form 2-D that the debtor maintained during the month.)

For Period ___August 1__ to __August 31__, 20_06____

Account Name:_JCRH Resident Trust _ Account Number:_480-009-6719

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

Date _____   Description (Source) _____   Amount _____.

SEE ATTACHED

Total Cash Receipts          $_0_

FORM 2-D
Page 3 of 4

01/04

Case Name:    Daleson Enterprises d/b/a Jones
County Rest Home

Case Number:    05-50095

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
(This form should be completed for each type of account listed
on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period __August 1_____ to _August 31___, 2006__

Account Name: __JCRH Old Acct. Pay___ Account Number: _430-715-3349

### CASH DISBURSEMENTS JOURNAL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
|      |           |       | SEE ATTACHED           |        |

Total Cash Disbursements        $ __408___

*Identify any payments to professionals, owners, partners, shareholders,
Officers, director or any insiders and all adequate protection payments
Ordered by the court with an asterisk or highlighting.  Any payments made
as a result of a court order, should indicate the order date.

FORM 2-D
Page 4 of 4
01/04

JONES OLD AF PAYMENTS AUGUST 2006
8/1/2006 Through 8/31/2006

9/25/2006                                                                          Page 1

| Date | Account | Num | Description | Memo | Category | Clr | Amount |
|------|---------|-----|-------------|------|----------|-----|--------|
| 8/10/... | DO NOT U...DEP | | ACH DEBIT T... | | | R | -298.39 |
| 8/16/... | DO NOT U...DEP | | ACH DEBIT M... | | | R | -109.59 |
| TOTAL 8/1/2006 - 8/31/2006 | | | | | | | -407.98 |

|  |  |
|--|--|
| TOTAL INFLOWS | 0.00 |
| TOTAL OUTFLOWS | -407.98 |
| NET TOTAL | -407.98 |

Case Name: Daleson Enterprises d/b/a Jones County Rest Home

Case Number: 05-50095

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
(This form should be completed for each type of account listed
on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period __August 1_____ to _August 31___, 2006__

Account Name: _JCRH New Acct. Payable ___ Account Number: _480-009-6685

### CASH DISBURSEMENTS JOURNAL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
| | | | | |

SEE ATTACHED

Total Cash Disbursements     $ __9,314__

*Identify any payments to professionals, owners, partners, shareholders,
Officers, director or any insiders and all adequate protection payments
Ordered by the court with an asterisk or highlighting.  Any payments made
as a result of a court order, should indicate the order date.

FORM 2-D
Page 4 of 4
01/04

JONES AP PAYMENTS - AUGUST 2006
8/1/2006 Through 8/31/2006

9/25/2006                                                                              Page 1

| Date | Account | Num | Description | Memo | Category | Clr | Amount |
|------|---------|-----|-------------|------|----------|-----|--------|
| 8/7/2006 | AP NEW | JCRH3330 | RAMONA Q. B... | Proper... | | R | -292.59 |
| 8/14/... | AP NEW | JCRH3331 | VINCE E NOW... | Fees&E... | | R | -4,144.35 |
| 8/16/... | AP NEW | JCRH3332 | LARRY FORTE... | | | | -2,285.00 |
| 8/16/... | AP NEW | JCRH3333 | LARRY RUSSELL | | | R | -2,285.00 |
| 8/16/... | AP NEW | JCRH3334 | LARRY FORTE... | | | | -153.60 |
| 8/16/... | AP NEW | JCRH3335 | LARRY RUSSELL | | | R | -153.60 |
| TOTAL 8/1/2006 - 8/31/2006 | | | | | | | -9,314.14 |

TOTAL INFLOWS                                                         0.00

TOTAL OUTFLOWS                                                  -9,314.14

NET TOTAL                                                       -9,314.14

Case Name:   Daleson Enterprises d/b/a Jones
County Rest Home

Case Number:   05-50095

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
(This form should be completed for each type of account listed
on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period __August 1_____ to _August 31___, 2006__

Account Name: _JCRH Payroll ___ Account Number: _480-009-6693

### CASH DISBURSEMENTS JOURNAL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
| | | | SEE ATTACHED | |

Total Cash Disbursements     $ __0

*Identify any payments to professionals, owners, partners, shareholders,
Officers, director or any insiders and all adequate protection payments
Ordered by the court with an asterisk or highlighting.  Any payments made
as a result of a court order, should indicate the order date.

FORM 2-D
Page 4 of 4
01/04

Case Name:     Daleson Enterprises d/b/a Jones
               County Rest Home

Case Number:   05-50095

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
(This form should be completed for each type of account listed
on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period __August 1_____ to _August 31___, 2006__

Account Name: _JCRH Resident Trust ___ Account Number: _480-009-6719__

### CASH DISBURSEMENTS JOURNAL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|

SEE ATTACHED

Total Cash Disbursements      $ ___0____

*Identify any payments to professionals, owners, partners, shareholders,
Officers, director or any insiders and all adequate protection payments
Ordered by the court with an asterisk or highlighting.  Any payments made
as a result of a court order, should indicate the order date.

FORM 2-D
Page 4 of 4
01/04

CASE NAME:    Daleson Enterprises d/b/a Jones     CASE NUMBER:    05-50095
County Rest Home

## SUPPORTING SCHEDULES

For Period ___August 1___ to _August 31__, 20 06_____

### POST-PETITION ACCOUNTS PAYABLE AGING REPORT

| TYPE | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|---|
| FITW | 0 | 0 | $ | $ | $ | |
| FICA | 0 | 0 | | | | |
| FUTA | 0 | 0 | | | | |
| SITW | 0 | 0 | | | | |
| SUTA | 0 | 0 | | | | |
| OTHER TAX | | | | | | |
| TRADE PAYABLES | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| OTHER | 0 | 0 | | | | |
| Retirement | 0 | 0 | | | | |
| Accrued PR | 0 | 0 | | | | |
| Bonus | 0 | 0 | | | | |
| | | | | | | |
| TOTALS | 0 | 0 | $ | $ | $ | $ |

FORM 2-E
Page 1 of 3

CASE NAME:  Daleson Enterprises, LLC dba Jones Cty Rest       CASE NUMBER:   05-50095
                     Home

## SUPPORTING SCHEDULES

For Period   August 1   To   August 31   2006

### INSURANCE SCHEDULE

| Type | Carrier/Agent | Coverage ($) | Date of Expiration | Premium Paid |
|------|---------------|--------------|--------------------|--------------|
| Workers' Compensation | MSHCA | $100,000 | 1/1/06 | NO |
| General Liability | CULIC | $500,000 | 10/7/06 | CANCELLED |
| Property (Fire, Theft) | Fox Everett | $500,000 | 8/30/06 | CANCELLED |
| Vehicle | | | | |
| Other (list): | | | | |

(1) Attach copy of certificate of insurance or declaration page of policy for any coverage renewed or replaced during the current reporting month.
(2) For the premium paid column enter "yes" if payment of premium is current or "no" if premium payment is delinquent. If "no", explain on Form 2-F, Narrative.

FORM 2-E
Page 3 of 3
01/04

01/04

CASE NAME:    Daleson Enterprises, LLC dba Jones Cty Rest    CASE NUMBER:    05-50095
Home

## NARRATIVE STATEMENT

For Period ___August 1_____ to __August 31_____, 20 06____

Please provide a brief description of the significant business and legal action by the debtor, its creditor or the court during the reporting period. Comments should include any change in bank accounts, explanation of extraordinary expenses, and purpose of any new post-petition financing. Comments should also include debtor's efforts during the month to rehabilitate the business and to develop a plan.

FORM 2-F
01/04

JCRH AP 08/06

AP NEW JCRH                                                                                      Page 1
9/7/2006

## Reconciliation Summary

BANK STATEMENT -- CLEARED TRANSACTIONS:

| | | | |
|---|---|---|---|
| Previous Balance: | | | 485,885.87 |
| Checks and Payments | 10 | Items | -36,700.39 |
| Deposits and Other Credits | 1 | Item | 40.00 |
| Service Charge | 0 | Items | 0.00 |
| Interest Earned | 0 | Items | 0.00 |
| Ending Balance of Bank Statement: | | | 449,225.48 |

YOUR RECORDS -- UNCLEARED TRANSACTIONS:

| | | | |
|---|---|---|---|
| Cleared Balance: | | | 449,225.48 |
| Checks and Payments | 12 | Items | -10,000.49 |
| Deposits and Other Credits | 0 | Items | 0.00 |
| Register Balance as of 8/31/2006: | | | 439,224.99 |
| Checks and Payments | 0 | Items | 0.00 |
| Deposits and Other Credits | 0 | Items | 0.00 |
| Register Ending Balance: | | | 439,224.99 |

JCRH AP 08/06

AP NEW JCRH                                                                                          Page 2
9/7/2006

## Uncleared Transaction Detail up to 8/31/2006

| Date | Num | Payee | Memo | Category | Clr | Amount |
|------|-----|-------|------|----------|-----|--------|

**Uncleared Checks and Payments**

| Date | Num | Payee | Memo | Category | Clr | Amount |
|------|-----|-------|------|----------|-----|--------|
| 5/11/2005 | 2296 | GARY D. THRASH | | GARNISHMENT | | -457.89 |
| 7/13/2005 | 2556 | WILLIAM G. CLARK | | | | -800.00 |
| 8/12/2005 | 2658 | WILLIAM G. CLARK | | | | -800.00 |
| 9/14/2005 | 2821 | WILLIAM G. CLARK | | | | -800.00 |
| 10/14/2005 | 2962 | WILLIAM G. CLARK | | | | -800.00 |
| 11/15/2005 | 3092 | WILLIAM G. CLARK | | | | -800.00 |
| 12/15/2005 | 3180 | WILLIAM G. CLARK | | | | -800.00 |
| 1/10/2006 | 3235 | WILLIAM G. CLARK | | | | -800.00 |
| 1/12/2006 | 3243 | ELLEN GRAVES | | | | -20.00 |
| 2/15/2006 | 3280 | JOHN D. MCCORMICK | | | | -1,484.00 |
| 8/16/2006 | 3332 | LARRY FORTENBERRY | | | | -2,285.00 |
| 8/16/2006 | 3334 | LARRY FORTENBERRY | | | | -153.60 |

Total Uncleared Checks and Payments                              12    Items                 -10,000.49

**Uncleared Deposits and Other Credits**

Total Uncleared Deposits and Other Credits                        0    Items                      0.00

Total Uncleared Transactions                                     12    Items                 -10,000.49



# Trustmark
National Bank

## Small Business Checking

Page 1 of 4

| Statement Period | Account Number |
|---|---|
| From 8/01/2006 To 8/31/2006 | 480-009-6685 |

*10 Images Included*

DALESON ENTERPRISE LLC DBA JONES COUNTY
REST HOME ACCT PAYABLE DEBTOR IN
POSSESSION CHAP 11 CASE NO 05-50095
PO BOX 345
SUMRALL MS  39482-0345

*Customer Service:*

1-800-243-2524 or 1-601-961-6000
Automated Response: 24 hours day
Representative: Mon.- Fri. 8am-8pm.
Sat. 9am-7pm

For questions, or to receive a Trustmark Access
Number for use with automated services call
during Representative hours and choose option '0'

*Website address: www.trustmark.com*

 ## Summary

| Description | Transactions | Amount |
|---|---|---|
| Balance last statement | | 485,885.87 |
| Deposits and other credits | 1 | + 40.00 |
| Checks and other withdrawals | 10 | - 36,700.39 |
| Service charges | | - .00 |
| Balance this statement | | $449,225.48 |

*Note:* Your lowest balance during this period was $449,185.48, and it occurred on 8/23/2006.

 ## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 8/29 | 40.00 | DEPOSIT |

Total of Deposits and Other Credits: $40.00

 ## Checks and Other Withdrawals

### Checks Paid

Number of images included in this statement: 10

| Number | Date Paid | Amount | Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 3320 | 8 /2 | 2,285.00 | 3328 | 8 /1 | 2,307.35 | 3333 # | 8 /23 | 2,285.00 |
| 3321 | 8 /1 | 2,285.00 | 3329 | 8 /2 | 335.00 | 3335 # | 8 /23 | 153.60 |
| 3326 # | 8 /1 | 22,112.50 | 3330 | 8 /10 | 292.59 | | | |
| 3327 | 8 /4 | 500.00 | 3331 | 8 /21 | 4,144.35 | | | |

*Thank you for banking with us.*

JCRH AP 08/06 OLD ACCOUNT

DO NOT USE JCRH AP                                                                                    Page 1
9/7/2006

## Reconciliation Summary

BANK STATEMENT -- CLEARED TRANSACTIONS:

| | | | |
|---|---|---|---|
| Previous Balance: | | | 3,042.13 |
| Checks and Payments | 2 | Items | -407.98 |
| Deposits and Other Credits | 0 | Items | 0.00 |
| Service Charge | 0 | Items | 0.00 |
| Interest Earned | 0 | Items | 0.00 |
| Ending Balance of Bank Statement: | | | 2,634.15 |

YOUR RECORDS -- UNCLEARED TRANSACTIONS:

| | | | |
|---|---|---|---|
| Cleared Balance: | | | 2,634.15 |
| Checks and Payments | 0 | Items | 0.00 |
| Deposits and Other Credits | 0 | Items | 0.00 |
| Register Balance as of 8/31/2006: | | | 2,634.15 |
| Checks and Payments | 0 | Items | 0.00 |
| Deposits and Other Credits | 0 | Items | 0.00 |
| Register Ending Balance: | | | 2,634.15 |

JCRH AP 08/06 OLD ACCOUNT

DO NOT USE JCRH AP
9/7/2006

Page 2

## Uncleared Transaction Detail up to 8/31/2006

| Date | Num | Payee | Memo | Category | Clr | Amount |
|------|-----|-------|------|----------|-----|--------|

**Uncleared Checks and Payments**

| Total Uncleared Checks and Payments | | | | 0   Items | | 0.00 |
|---|---|---|---|---|---|---|

**Uncleared Deposits and Other Credits**

| Total Uncleared Deposits and Other Credits | | | | 0   Items | | 0.00 |
|---|---|---|---|---|---|---|

| Total Uncleared Transactions | | | | 0   Items | | 0.00 |
|---|---|---|---|---|---|---|



# Trustmark
National Bank

## Small Business Checking

Page 1 of 3

| Statement Period | Account Number |
|---|---|
| From 8/01/2006 To 8/31/2006 | 430-715-3349 |

SEP 0 6 2006

DALESON ENTERPRISE LLC DBA
JONES COUNTY REST HOME
ACCOUNTS PAYABLE
PO BOX 345
SUMRALL MS  39482-0345

Customer Service:

1-800-243-2524 or 1-601-961-6000
Automated Response : 24 hours day
Representative  Mon - Fri  8am-8pm
                            Sat  9am-1pm

For questions  or to receive a Trustmark Access
Number for use with automated services, call
during Representative hours and choose option '0'.

Website address: www.trustmark.com



## Summary

| Description | Transactions | Amount |
|---|---|---|
| Balance last statement | | 3,042.13 |
| Deposits and other credits | | + .00 |
| Checks and other withdrawals | 2 | - 407.98 |
| Service charges | | - .00 |
| Balance this statement | | $2,634.15 |

**Note:** Your lowest balance during this period was $2,634.15, and it occurred on  8/16/2006.



## Checks and Other Withdrawals

### Other Electronic Transactions

| Date | Amount | Description |
|---|---|---|
| 8/10 | 298.39 | ACH DEBIT AXA EQUITABLE INS. PAYMT PPD 22009572334903 |
| 8/16 | 109.59 | ACH DEBIT METLIFE PAYMENT PPD 10000771914 |

Total of Other Electronic Transactions:  $407.98

AUGUST

**Thank you for banking with us.**

JCRH PAYROLL 08/06

PR NEW JCRH                                                                                                        Page 1
9/7/2006

## Reconciliation Summary

BANK STATEMENT -- CLEARED TRANSACTIONS:

| | | | |
|---|---|---|---|
| Previous Balance: | | | 3,635.84 |
| Checks and Payments | 0 | Items | 0.00 |
| Deposits and Other Credits | 11 | Items | 0.00 |
| Service Charge | 0 | Items | 0.00 |
| Interest Earned | 0 | Items | 0.00 |
| Ending Balance of Bank Statement: | | | 3,635.84 |

YOUR RECORDS -- UNCLEARED TRANSACTIONS:

| | | | |
|---|---|---|---|
| Cleared Balance: | | | 3,635.84 |
| Checks and Payments | 2 | Items | -1,148.61 |
| Deposits and Other Credits | 0 | Items | 0.00 |
| Register Balance as of 8/31/2006: | | | 2,487.23 |
| Checks and Payments | 0 | Items | 0.00 |
| Deposits and Other Credits | 0 | Items | 0.00 |
| Register Ending Balance: | | | 2,487.23 |

JCRH PAYROLL 08/06

## Uncleared Transaction Detail up to 8/31/2006

| Date | Num | Payee | Memo | Category | Clr | Amount |
|------|-----|-------|------|----------|-----|--------|
| **Uncleared Checks and Payments** | | | | | | |
| 1/6/2006 | 4022 | 2021 Kendra Barnett | | | | -387.57 |
| 1/6/2006 | 4032 | 1878 LINDSEY SANDERS | Salary | | | -761.04 |
| Total Uncleared Checks and Payments | | | | 2 Items | | -1,148.61 |
| | | | | | | |
| **Uncleared Deposits and Other Credits** | | | | | | |
| Total Uncleared Deposits and Other Credits | | | | 0 Items | | 0.00 |
| | | | | | | |
| Total Uncleared Transactions | | | | 2 Items | | -1,148.61 |



# Small Business Checking

**Trustmark**
National Bank

Page 1 of 2

| Statement Period | Account Number |
|---|---|
| From 8/01/2006 To 8/31/2006 | 480-009-6693 |

SEP 1 2006

Ilulldulladllulullldllulldlulldlulldlulldlulld
DALESON ENTERPRISE LLC DBA JONES COUNTY
REST HOME PAYROLL ACCT DEBTOR IN
POSSESSION CHAP 11 CASE NO 05-50095
PO BOX 345
SUMRALL MS 39482-0345

*Customer Service:*

1-800-243-2524 or 1 601-961-6000
Automated Response  24 hours day
Representative  Mon - Fri  8am-8pm
Sat 9am-7pm

For questions  or to receive a Trustmark Access
Number for use with automated services  call
during Representative hours and choose option '0'

*Website address: www.trustmark.com*



## Summary

| Description | Transactions | Amount |
|---|---|---|
| Balance last statement | | 3,635.84 |
| Deposits and other credits | | + .00 |
| Checks and other withdrawals | | - .00 |
| Service charges | | - .00 |
| Balance this statement | | $3,635.84 |

**Note:** Your lowest balance during this period was $3,635.84, and it occurred on 8/1/2006.



## Daily Balance History

| Date | Balance | Date | Balance |
|---|---|---|---|
| 8/1 | $3,635.84 | 8/31 | $3,635.84 |

$3,700

$0
08/01                08/31

AUGUST

***Your Balance this Period***
——— Balance

*Thank you for banking with us.*