**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:                                                                                                BANKRUPTCY PROCEEDING

**DALESON ENTERPRISE, LLC**
**d/b/a JONES COUNTY REST HOME**                                      CASE NO. 05-50095 EE

**ADDENDUM TO FIRST AMENDED DISCLOSURE STATEMENT WITH RESPECT TO FIRST AMENDED PLAN OF REORGANIZATION**

On October 25, 2006, Daleson Enterprise, LLC d/b/a Jones County Rest Home ("Debtor"), by and through its counsel, filed its First Amended Disclosure Statement With Respect to First Amended Plan of Reorganization. On October 30, 2006, the Court entered its Order Fixing Time for Hearing on the First Amended Disclosure Statement Combined with Notice of Hearing. The Estate of Mary Christoffer, by and through Charles Christoffer, Jr., Individually and as Personal Representative of the Estate of Mary Christoffer timely filed an Objection to the Debtor's First Amended Disclosure Statement. The Debtor's First Amended Disclosure Statement was presented to the Court for approval on December 12, 2006. To resolve the Objection of the Estate of Mary Christoffer and with approval of the Court, the Debtor has prepared this Addendum to First Amended Disclosure Statement.

This Addendum is prepared to provide information regarding specific insurance policies and coverage to tort claimants. The statements contained in this Addendum are for information purposes only and not an admission of any kind by the Debtor. The Debtor specifically reserves all rights and claims it may have against any insurer or other party. The insurance policies from 2001 through 2004

are as follows:

| Coverage Period | Policy No. | Coverage | Premium | Deductible |
|---|---|---|---|---|
| 08/30/01 to 08/30/02[1] | UP01US361093 | $1 million per occurrence<br><br>$3 million aggregate | $47,408 | $25,000 |
| 08/30/02 to 08/30/03 | LNH2001099 | $500,000 per occurrence<br><br>$1 million aggregate | $188,500 | $250,000 |
| 08/30/03 to 08/30/04 | LNH2001099 | $500,000 per occurrence<br><br>$1 million aggregate | $360,000 | $250,000 |

        Respectfully submitted,

        DALESON ENTERPRISE, LLC
        d/b/a JONES COUNTY REST HOME

By:   s / Derek A. Henderson
       Derek A. Henderson
       Attorney for the Debtor

---

[1] Daleson Enterprise, LLC entered into a lease with Zumwalt, Inc. for real and personal property effective March 1, 2002. Prior to March 1, 2002, this policy was for Zumwalt, Inc.

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that I have this date served, via United States Mail, a true and correct copy of the above and foregoing document to the following:

Office of the United States Trustee
100 West Capitol Street
Suite 706
Jackson, MS 39269

Mr. Larry Fortenberry
Daleson Enterprise, LLC
P.O. Box 345
Sumrall, MS 39482

James E. Wade, III
Wilkes & McHugh
One North Dale Mabry Highway
Suite 800 - Tampa Commons
Tampa, FL 33609

This the 28th day of December, 2006.

s / Derek A. Henderson
Derek A. Henderson