U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED

JAN - 3 2007

CHARLENE J. KENNEDY, CLERK
BY_____DEPUTY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                          BANKRUPTCY PROCEEDING

DALESON ENTERPRISE, LLC
d/b/a JONES COUNTY REST HOME                    CASE NO. 05-50095 ERG

---

### ORDER ON OBJECTION OF THE ESTATE OF MARY CHRISTOFFER, BY AND THROUGH CHARLES CHRISTOFFER, JR., INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MARY CHRISTOFFER TO DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT

---

THIS MATTER COMES before the Court upon the Debtor's request for approval of First Amended Disclosure Statement and Objection filed thereto by the Estate of Mary Christoffer, by and through Charles Christoffer, Jr., Individually and as Personal Representative of the Estate of Mary Christoffer ("Christoffer"). The Court finds that the Debtor has prepared and filed an Addendum to the First Amended Disclosure Statement. The filing of the Addendum has resolved the Objection to the First Amended Disclosure Statement.

THEREFORE, IT IS ORDERED that the Objection to the Debtor's First Amended Disclosure Statement filed by Christoffer is withdrawn. Christoffer specifically reserves its rights to file an objection to the Debtor's First Amended Plan of Reorganization.

SO ORDERED this the 3rd day of January, 2007.

UNITED STATES BANKRUPTCY JUDGE

Approved by:

_____        Attached
Derek A. Henderson, Attorney for Daleson        James E. Wade, III
Enterprise, LLC d/b/a Jones County Rest Home    Attorney for the Estate of Mary Christoffer

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                              BANKRUPTCY PROCEEDING

**DALESON ENTERPRISE, LLC**
**d/b/a JONES COUNTY REST HOME**                    CASE NO. 05-50095 ERG

---

### ORDER ON OBJECTION OF THE ESTATE OF MARY CHRISTOFFER, BY AND THROUGH CHARLES CHRISTOFFER, JR., INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MARY CHRISTOFFER TO DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT

---

THIS MATTER COMES before the Court upon the Debtor's request for approval of First Amended Disclosure Statement and Objection filed thereto by the Estate of Mary Christoffer, by and through Charles Christoffer, Jr., Individually and as Personal Representative of the Estate of Mary Christoffer ("Christoffer"). The Court finds that the Debtor has prepared and filed an Addendum to the First Amended Disclosure Statement. The filing of the Addendum has resolved the Objection to the First Amended Disclosure Statement.

THEREFORE, IT IS ORDERED that the Objection to the Debtor's First Amended Disclosure Statement filed by Christoffer is withdrawn. Christoffer specifically reserves its rights to file an objection to the Debtor's First Amended Plan of Reorganization.

SO ORDERED this the _____ day of _____, 2006.

Approved by:

_____
UNITED STATES BANKRUPTCY JUDGE

_____      _James E. Wade_____
Derek A. Henderson, Attorney for Daleson      James E. Wade, III
Enterprise, LLC d/b/a Jones County Rest Home   Attorney for the Estate of Mary Christoffer