SOUTHERN DISTRICT OF MISSISSIPPI
FILED

JAN - 4 2007

CHARLENE J. KENNEDY, CLERK
BY_____DEPUTY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

In the Matter of:   DALESON ENTERPRISE, LLC d/b/a JONES COUNTY REST HOME
BANKRUPTCY CASE #: 05-50095-ee

Order Approving the *Addendum to the First* Amended Disclosure Statement and Fixing
Time For Filing Acceptances or Rejections of the *First* Amended Plan of Reorganization
Combined with a Notice of Hearing

An Addendum to the First Amended Disclosure Statement under Chapter 11 of the Bankruptcy Code having been filed by the Debtor-in-Possession on December 28, 2006, referring to an First Amended Plan of Reorganization under Chapter 11 of the Code filed by said Debtor on October 25, 2006,

It having been determined after hearing on notice that the Addendum to the First Amended Disclosure Statement contains adequate information;

**IT IS ORDERED, AND NOTICE IS HEREBY GIVEN THAT:**

(A) The Addendum to the First Amended Disclosure Statement filed on December 28, 2006, is approved.

(B) The 22nd day of **February, 2007**, is fixed as the last day for filing objections to the confirmation of the *First* Amended Plan of Reorganization filed on October 25, 2006.

(C) Hearing on Confirmation of the *First* Amended Plan of Reorganization will be held on **February 27, 2007** at **11:00 A.M.** in the **Bankruptcy Courtroom, Room 106, 100 E. Capitol Street, Jackson, Mississippi**.

(D) The Attorney for the Debtor-in-Possession shall cause to be mailed to each creditor, shareholder and party in interest, a copy of the following:

(1) This Order
(2) The *Addendum to the First* Amended Disclosure Statement filed December 28, 2006
(3) The *First* Amended Plan of Reorganization filed October 25, 2006
(4) A ballot form for voting on the acceptance or rejection of the *First* Amended Plan of Reorganization, **which should be returned to the Attorney rather than to the Court.**

(E) This mailing shall be completed within **five** days from the date of the entry of this Order and that the Attorney for the Debtor file a Certificate of Service with the Court.

SO ORDERED this the ___4th___ day of January 2007, in Jackson, Mississippi.

EDWARD ELLINGTON
UNITED STATES BANKRUPTCY JUDGE