# MONTHLY OPERATING REPORT
## CHAPTER 11

Case Name  **Daleson Enterprises, LLC d/b/a Jones County Rest Home**

Case Number  05-50095    For Period  February 1    to    February 28    ,20    07

THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH. The debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing. File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one - attached or waived) | | |
| {X} | { } | Comparative Balance Sheet (FORM 2-B) |
| {X} | { } | Profit and Loss Statement (FORM 2-C) |
| {X} | { } | Cash Receipts and Disbursements Statement (FORM 2-D) |
| {X} | { } | Supporting Schedules (FORM 2-E) |
| {X} | { } | Narrative (FORM 2-F) |
| {X} | { } | Copies of Bank Statement(s) and Reconciliations of Bank Balance to Book Balance for all Account(s) |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on:  3-30-07
                  (date)

Debtor(s)*              Daleson Enterprises, LLC
                       d/b/a/ Jones County Rest Home

By:**

Position:              Member

Name of preparer:      Sandy Lindsey, CFO

Telephone No. of Preparer   601-758-1989

* both debtors must sign if a joint petition
** for corporate or partnership debtor

FORM 2-A
01/04

CASE NAME: _Daleson Enterprises, LLC  d/b/a Jones County Rest Home_

CASE NUMBER: ___05-50095_____         COMPARATIVE BALANCE SHEET

**ASSETS:**

| | Month | Month | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|---|
| | 8/31/06 | 9/30/06 | 10/31/06 | 11/30/06 | 12/31/06 | 1/31/07 | 02/28/07 |
| **CURRENT ASSETS:** | | | | | | | |
| Cash.................................... | 452,953 | 447,658 | 298,072 | 332,797 | 326,920 | 312,636 | 309,991 |
| Accounts Receivable, Net.................... | 259,571 | 263,251 | 383,531 | 342,827 | 335,516 | 343,255 | 340,605 |
| Inventory, at lower of cost or market............ | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Prepaid expenses & deposits................. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other _____ | 620,268 | 620,268 | 620,268 | 620,268 | 620,268 | 620,268 | 620,268 |
| TOTAL CURRENT ASSETS................ | 1,332,792 | 1,331,177 | 1,301,871 | 1,295,892 | 1,282,704 | 1,276,159 | 1,270,864 |
| PROPERTY, PLANT & EQUIPMENT........... | 254,993 | 254,993 | 254,993 | 254,993 | 254,993 | 254,993 | 254,993 |
| Less Accumulated depreciation............... | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| NET PROPERTY, PLANT & EQUIPMENT...... | 254,993 | 254,993 | 254,993 | 254,993 | 254,993 | 254,993 | 254,993 |
| OTHER ASSETS | | | | | | | |
| _____Certificate of Need Cost_____ | 715,738 | 715,738 | 715,738 | 715,738 | 715,738 | 715,738 | 715,738 |
| _____Workers Comp Deposit_____ | 94,435 | 94,435 | 94,435 | 94,435 | 94,435 | 94,435 | 94,435 |
| _____ | | | | | | | |
| _____ | | | | | | | |
| TOTAL OTHER ASSETS................ | 810,173 | 810,173 | 810,173 | 810,173 | 810,173 | 810,173 | 810,173 |
| TOTAL ASSETS........................ | 2,397,958 | 2,396,343 | 2,367,037 | 2,361,058 | 2,347,870 | 2,341,325 | 2,336,030 |

If assets are carried at historical cost on debtor's accounting records and debtor elects to show them as such on the monthly reports, note the change above and include remarks on FORM 2-F (Narrative).  All subsequent reports must then carry these assets at that value.  Do not use historical cost one month and fair market value the next.

CASE NAME: __Daleson Enterprises, LLC  d/b/a Jones County Rest Home__

CASE NUMBER: _____05-50095____        COMPARATIVE BALANCE SHEET

## LIABILITIES:

| | Month | Month | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|---|
| | 8/31/06 | 9/30/06 | 10/31/06 | 11/30/06 | 12/31/06 | 1/31/2007 | 02/028/07 |
| **POST-PETITION LIABILITIES:** | | | | | | | |
| Taxes payable (Form 2-E, pg 1 of 3)............................... | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Accounts payable (Form 2-E, pg 1 of 3).......................... | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: _____Intercompany Accts./Etc.____ | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL POST-PETITION LIABILITIES............................ | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **PRE-PETITION LIABILITIES:** | | | | | | | |
| Notes payable – secured.................................... | 689,477 | 689,477 | 689,477 | 689,477 | 689,477 | 689,477 | 689,477 |
| Priority debt.......................................................... | 1,258,733 | 1,258,733 | 1,258,733 | 1,258,733 | 1,258,733 | 1,258,733 | 1,258,733 |
| Unsecured debt...................................................... | 308,767 | 308,767 | 308,767 | 308,767 | 308,767 | 308,767 | 308,767 |
| Other _____Due Owner_____ | 77,723 | 77,723 | 77,723 | 77,723 | 77,723 | 77,723 | 77,723 |
| TOTAL LIABILITIES................................................ | 2,334,700 | 2,334,700 | 2,334,700 | 2,334,700 | 2,334,700 | 2,334,700 | 2,334,700 |
| **EQUITY (DEFICIT)** | | | | | | | |
| **PREFERRED STOCK**.......................................... | | | | | | | |
| **COMMON STOCK**.............................................. | | | | | | | |
| **RETAINED EARNINGS:** | | | | | | | |
| Through filling date............................................. | 63,258 | 61,643 | 32,337 | 26,358 | 13,170 | 6,625 | 1,330 |
| Post Filing date.................................................... | | | | | | | |
| TOTAL EQUITY (NET WORTH)............................... | 63,258 | 61,643 | 32,337 | 26,358 | 13,170 | 6,625 | 1,330 |
| TOTAL LIABILITIES & EQUITY................................ | 2,397,958 | 2,396,343 | 2,367,037 | 2,361,058 | 2,347,870 | 2,341,325 | 2,336,030 |

CASE NAME: _____Daleson Enterprises, LLC d/b/a/ Dogwood County Real Estate_____

CASE NUMBER: ____05-50095_____

PROFIT AND LOSS STATEMENT

**SEE ATTACHED**

| | Filing Date | Month | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|---|
| | | 9/30/2006 | 10/31/06 | 11/30/06 | 12/31/06 | 1/31/07 | 02/28/07 |
| NET REVENUE............................... | | 0 | 0 | 0 | 0 | 0 | 0 |
| COST OF GOODS SOLD: | | | | | | | |
|    Material............................... | | | | | | | |
|    Labor - Direct............................... | | | | | | | |
|    Manufacturing Overhead............... | | | | | | | |
| TOTAL COST OF GOODS SOLD:............... | | | | | | | |
| GROSS PROFIT:............................... | | 0 | 0 | 0 | 0 | 0 | 0 |
| OPERATING EXPENSES: | | | | | | | |
|    Selling and Marketing............... | | 0 | 0 | 0 | 0 | 0 | 0 |
|    General and administrative (rents, utilities, salaries, etc.) | | 1,615 | 29,306 | 5,979 | 13,188 | 6,545 | 5,295 |
|    Other _____ | | | | | | | |
| TOTAL OPERATING EXPENSES............... | | 1,615 | 29,306 | 5,979 | 13,188 | 6,545 | 5,295 |
| INTREST EXPENSE............................... | | | | | | | |
| INCOME BEFORE DEPRECIATION OR TAXES:............. | | (1,615) | (29,306) | (5,979) | (13,188) | (6,545) | (5,295) |
| DEPRECIATION OR AMORTIZATION............... | | 0 | 0 | 0 | 0 | 0 | 0 |
| EXTRA ORDINARY EXPENSES * | | | | | | | |
| ............................... | | | | | | | |
| INCOME TAX EXPENSE (BENEFIT)............... | | | | | | | |
| NET INCOME (LOSS)............................... | | (1,615) | (29,306) | (5,979) | (13,188) | (6,545) | (5,295) |

*Requires explanation in NARRATIVE (Form 2-F)

FORM 2-B

CASE NAME:   Daleson Enterprises, LLC d/b/a Jones County   CASE NUMBER:   05-50095
Rest Home

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period __February 1___ to __February 28___, 2007____

### Cash Reconciliation

| | | |
|---|---|---|
| 1. Beginning Cash Balance (Ending cash balance from last month's report) | | $ 312,636 |
| 2. Cash Receipts (total Cash Receipts from page 2 of all FORM 2-D's) | $    2.650 | |
| 3. Cash Disbursements (total Cash Disbursements from page 3 of all FORM 2-D's) | $    5.295 | |
| 4. Net Cash Flow | | $   (2,645) |
| 5. Ending Cash Balance (to FORM 2-B) | | $  309,991 |

### CASH SUMMARY – ENDING BALANCE

| | Amount* | Financial Institution |
|---|---|---|
| 1. Real Estate Account | $ | |
| 2. Trust Account | $        0 | Trustmark |
| 3. Operating and/or Personal   Account | $  307,504 | Trustmark |
| 4. Payroll Account | $    2,487 | Trustmark |
| 5. Tax Account | $ | |
| 6. Other Accounts (Specify checking or savings) | $ | |
| 7. Cash Collateral Account | $ | |
| 8. Petty Cash | $ | |
| | | |
| **TOTAL** (Must Agree with line 5 above) | $ 309,991 | |

*These amounts should be equal to the previous month's balance for the account plus this month's receipts less this month's disbursements.

---

**ADJUSTED CASH DISBURSEMENTS**
Cash disbursements on Line 3 above less
inter-account transfers and UST fees paid        $    5.295

*NOTE:  This amount should be used
to determine UST quarterly fees due
and agree wit Form 2-D, page 2 of 4

CASE NAME:   Daleson Enterprises. LLC d/b/a Jones County      CASE NUMBER:   05-50095
Rest Home

## QUARTERLY FEE SUMMARY

### MONTH ENDED ____February  2007_____

| Payment Date | Cash Disbursements * | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | $    14.304 | | | |
| February | $    5.295 | | | |
| March | $ | | | |
| Total 1st Quarter | $ | $ | | |
| | | | | |
| April | $ | | | |
| May | $ | | | |
| June | $ | | | |
| Total 2nd Quarter | $ | $ | | |
| | | | | |
| July | $ | | | |
| August | $ | | | |
| September | $ | | | |
| Total 3rd Quarter | $ | $ | | |
| | | | | |
| October | $ | | | |
| November | $ | | | |
| December | $ | | | |
| Total 4th Quarter | $ | $ | | |

### FEE SCHEDULE

| DISBURSEMENT CATEGORY | | QUARTERLY FEE DUE |
|---|---|---|
| Less than | $15.000.00 | $250 |
| $15,000 | - $74.999.99 | $500 |
| $75.000 | - $149,999.99 | $750 |
| $150.000 | - $224.999.99 | $1.250 |
| $225.000 | - $299,999.99 | $1.500 |
| $300.000 | - $999.999.99 | $3,750 |
| $1,000.000 | - $1.999.999.99 | $5,000 |
| $2,000.000 | - $2,999,999.99 | $7,500 |
| $3,000.000 | - $4,999,999.99 | $8.000 |
| $5,000,000 | and above | $10,000 |

Note that a minimum payment of $250 is due each quarter even if no disbursements are made in the case during the period.
* Note: should agree with "adjusted cash disbursements" at bottom of Form 2-D, Page 1 of 4.  Disbursements are net of transfers to other debtor in possession bank accounts and net of payments of prior period quarterly fees.

Case Name:    Daleson Enterprises d/b/a Jones
County Rest Home

Case Number:      05-50095

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed on page 1 of Form 2-D that the debtor maintained
during the month.)

For Period ___February 1__ to __February 28___, 2007__

Account Name:__Jones County Rest Home___ Account Number:__480-009-6701
Operating Account
CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

Date             Description (Source)            Amount

SEE ATTACHED

Total Cash Receipts     $___0___

FORM 2-D
Page 3 of 4
01/04

Case Name: Daleson Enterprises d/b/a Jones County Rest Home

Case Number: 05-50095

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
(This form should be completed for each type of account listed
on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period __February 1_____ to _February 28__, 2007__

Account Name: _Jones County Rest Home___ Account Number: _480-009-6701
Operating
CASH DISBURSEMENTS JOURNAL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
|      |           |       |                        |        |

SEE ATTACHED

Total Cash Disbursements    $ __0__

*Identify any payments to professionals, owners, partners, shareholders,
Officers, director or any insiders and all adequate protection payments
Ordered by the court with an asterisk or highlighting. Any payments made
as a result of a court order, should indicate the order date.

FORM 2-D
Page 4 of 4
01/04

CASE NAME:  Daleson Enterprises d/b/a Jones    CASE NUMBER:  05-50095
County Rest Home

## SUPPORTING SCHEDULES

For Period ___February 1___ to _February 28_, 20 07_____

### POST-PETITION ACCOUNTS PAYABLE AGING REPORT

| TYPE | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|------|----------|-----|------|-------|-------|---------|
| FITW | 0 | 0 | $ | $ | $ | |
| FICA | 0 | 0 | | | | |
| FUTA | 0 | 0 | | | | |
| SITW | 0 | 0 | | | | |
| SUTA | 0 | 0 | | | | |
| OTHER TAX | | | | | | |
| TRADE PAYABLES | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| OTHER | 0 | 0 | | | | |
| Retirement | 0 | 0 | | | | |
| Accrued PR | 0 | 0 | | | | |
| Bonus | 0 | 0 | | | | |
| | | | | | | |
| TOTALS | 0 | 0 | $ | $ | $ | $ |

FORM 2-E
Page 1 of 3

01/04

CASE NAME:   Daleson Enterprises, LLC dba Jones Cty Rest   CASE NUMBER:   05-50095
Home

## NARRATIVE STATEMENT

For Period ___February 1_____ to __February 28_____, 20 07____

Please provide a brief description of the significant business and legal action by the debtor, its creditor or the court during the reporting period.  Comments should include any change in bank accounts, explanation of extraordinary expenses, and purpose of any new post-petition financing.  Comments should also include debtor's efforts during the month to rehabilitate the business and to develop a plan.

FORM 2-F
01/04

Case Name:  Daleson Enterprises d/b/a Jones County Rest Home

Case Number:  05-50095

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed on page 1 of Form 2-D that the debtor maintained during the month.)

For Period ___February 1__ to __February 28_, 20_07____

Account Name:_JCRH Old Acct. Payable_ Account Number:_430-715-3379

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|------|---------------------|--------|

SEE ATTACHED

Total Cash Receipts    $__0____

FORM 2-D
Page 3 of 4

01/04

Case Name:    Daleson Enterprises d/b/a Jones County Rest Home

Case Number:    05-50095

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed on page 1 of Form 2-D that the debtor maintained during the month.)

For Period ___February 1__ to __February 28__. 20_07____

Account Name:_JCRH New Accts. Payable_ Account Number:____480-009-6685

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|------|---------------------|--------|

SEE ATTACHED

Total Cash Receipts        $___2,650____

FORM 2-D
Page 3 of 4

01/04

Case Name:  Daleson Enterprises d/b/a Jones
County Rest Home

Case Number:  05-50095

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed on page 1 of Form 2-D that the debtor maintained during the month.)

For Period ___February 1__ to __February 28_, 20_07____

Account Name:_JCRH Payroll _ Account Number:_480-009-6693___

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|------|--------------------|--------|

SEE ATTACHED

Total Cash Receipts        $__0

FORM 2-D
Page 3 of 4

01/04

Case Name:    Daleson Enterprises d/b/a Jones
County Rest Home

Case Number:    05-50095

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed on page 1 of Form 2-D that the debtor maintained during the month.)

For Period ___February 1__ to __February 28__, 20_07____

Account Name:_JCRH Resident Trust _ Account Number:_480-009-6719

CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|------|---------------------|--------|

SEE ATTACHED

Total Cash Receipts        $_0_

FORM 2-D
Page 3 of 4

01/04

Case Name:    Daleson Enterprises d/b/a Jones
              County Rest Home

Case Number:  05-50095

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
(This form should be completed for each type of account listed
on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period __February 1_____ to _February 28___, 2007__

Account Name: __JCRH Old Acct. Pay___ Account Number: _430-715-3349

### CASH DISBURSEMENTS JOURNAL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
|      |           |       | SEE ATTACHED           |        |

Total Cash Disbursements     $ __418__

*Identify any payments to professionals, owners, partners, shareholders,
Officers, director or any insiders and all adequate protection payments
Ordered by the court with an asterisk or highlighting.  Any payments made
as a result of a court order, should indicate the order date.

FORM 2-D
Page 4 of 4
01/04

Case Name:    Daleson Enterprises d/b/a Jones
              County Rest Home

Case Number:    05-50095

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
(This form should be completed for each type of account listed
on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period __February 1_____ to _February 28__. 2007__

Account Name: _JCRH New Acct. Payable ___ Account Number: _480-009-6685

### CASH DISBURSEMENTS JOURNAL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|

SEE ATTACHED

Total Cash Disbursements      $ __4,877__

*Identify any payments to professionals, owners, partners, shareholders.
Officers, director or any insiders and all adequate protection payments
Ordered by the court with an asterisk or highlighting.  Any payments made
as a result of a court order, should indicate the order date.

FORM 2-D
Page 4 of 4
01/04

Case Name:      Daleson Enterprises d/b/a Jones
County Rest Home

Case Number:    05-50095

### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
(This form should be completed for each type of account listed
on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period __February 1____ to _February 28__, 2007__

Account Name: _JCRH Payroll ___ Account Number: _480-009-6693

### CASH DISBURSEMENTS JOURNAL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
| | | | | |

SEE ATTACHED

Total Cash Disbursements        $ __0

*Identify any payments to professionals, owners, partners, shareholders.
Officers, director or any insiders and all adequate protection payments
Ordered by the court with an asterisk or highlighting.  Any payments made
as a result of a court order, should indicate the order date.

FORM 2-D
Page 4 of 4
01/04

Case Name:   Daleson Enterprises d/b/a Jones
             County Rest Home

Case Number:   05-50095

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
(This form should be completed for each type of account listed
on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period __February 1_____ to _February 28___. 2007__

Account Name: _JCRH Resident Trust ___ Account Number: _480-009-6719__

### CASH DISBURSEMENTS JOURNAL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
| | | | | |

SEE ATTACHED

Total Cash Disbursements        $ __0____

*Identify any payments to professionals, owners, partners, shareholders,
Officers, director or any insiders and all adequate protection payments
Ordered by the court with an asterisk or highlighting.  Any payments made
as a result of a court order, should indicate the order date.

CASE NAME: Daleson Enterprises. LLC dba Jones Cty Rest    CASE NUMBER:    05-50095
Home

## SUPPORTING SCHEDULES

For Period    February 1    To    February 31    2007

### INSURANCE SCHEDULE

| Type | Carrier/Agent | Coverage ($) | Date of Expiration | Premium Paid |
|------|---------------|--------------|--------------------|--------------|
| Workers' Compensation | MSHCA | $100,000 | 1/1/06 | NO |
| General Liability | CULIC | $500,000 | 10/7/06 | CANCELLED |
| Property (Fire, Theft) | Fox Everett | $500,000 | 8/30/06 | CANCELLED |
| Vehicle | | | | |
| Other (list): | | | | |

(1) Attach copy of certificate of insurance or declaration page of policy for any coverage renewed or replaced during the current reporting month.

(2) For the premium paid column enter "yes" if payment of premium is current or "no" if premium payment is delinquent. If "no". explain on Form 2-F. Narrative.

FORM 2-E
Page 3 of 3
01/04

JONES AP FEB 2007

AP NEW JCRH                                                                      Page 1
3/6/2007

                              Reconciliation Summary


     BANK STATEMENT -- CLEARED TRANSACTIONS:

          Previous Balance:                                              312,239.42

               Checks and Payments           6   Items                    -6,138.16
               Deposits and Other Credits     1   Item                      2,649.60
               Service Charge                 0   Items                          0.00
               Interest Earned                0   Items                          0.00

          Ending Balance of Bank Statement:                              308,750.86


     YOUR RECORDS -- UNCLEARED TRANSACTIONS:

          Cleared Balance:                                               308,750.86

               Checks and Payments          11   Items                    -9,980.49
               Deposits and Other Credits    0   Items                          0.00


          Register Balance as of 2/28/2007:                              298,770.37
               Checks and Payments           0   Items                          0.00
               Deposits and Other Credits    0   Items                          0.00


          Register Ending Balance:                                       298,770.37

JONES AP FEB 2007

AP NEW JCRH                                                                          Page 2
3/6/2007

Uncleared Transaction Detail up to 2/28/2007

| Date | Num | Payee | Memo | Category | Clr | Amount |
|------|-----|-------|------|----------|-----|--------|

Uncleared Checks and Payments

| Date | Num | Payee | Memo | Category | Clr | Amount |
|------|-----|-------|------|----------|-----|--------|
| 5/11/2005 | 2296 | GARY D. THRASH | | GARNISHMENT | | -457.89 |
| 7/13/2005 | 2556 | WILLIAM G. CLARK | | | | -800.00 |
| 8/12/2005 | 2658 | WILLIAM G. CLARK | | | | -800.00 |
| 9/14/2005 | 2821 | WILLIAM G. CLARK | | | | -800.00 |
| 10/14/... | 2962 | WILLIAM G. CLARK | | | | -800.00 |
| 11/15/... | 3092 | WILLIAM G. CLARK | | | | -800.00 |
| 12/15/... | 3180 | WILLIAM G. CLARK | | | | -800.00 |
| 1/10/2006 | 3235 | WILLIAM G. CLARK | | | | -800.00 |
| 2/15/2006 | 3280 | JOHN D. MCCORMICK | | | | -1,484.00 |
| 1/13/2007 | 3359 | LarRY RUSSELL | | | | -2,285.00 |
| 1/13/2007 | 3361 | LarRY RUSSELL | | | | -153.60 |

Total Uncleared Checks and Payments          11   Items          -9,980.49


Uncleared Deposits and Other Credits


Total Uncleared Deposits and Other Credits   0   Items           0.00


Total Uncleared Transactions                 11   Items          -9,980.49

**Trustmark**
National Bank

# Small Business Checking

Page 1 of 4

FEBRUARY

| Statement Period | Account Number |
|---|---|
| From 2/01/2007 To 2/28/2007 | 480-009-6685 |

*6 Images Included*

DALESON ENTERPRISE LLC DBA JONES COUNTY
REST HOME ACCT PAYABLE DEBTOR IN
POSSESSION CHAP 11 CASE NO 05-50095
PO BOX 345
SUMRALL MS 39482-0345

*Customer Service:*

1-800-243-2524 or 1-601-961-6000
Automated Response  24 hours day
Representative  Mon - Fri  6am-9pm
Sat  9am-2pm

For questions or to receive a Trustmark Access
Number for use with automated services, call
during Representative hours and choose option 2

*Website address:* www.trustmark.com



## Summary

| Description | Transactions | Amount |
|---|---|---|
| Balance last statement | | 312,239.42 |
| Deposits and other credits | 1 | + 2,649.60 |
| Checks and other withdrawals | 6 | - 6,138.16 |
| Service charges | | - .00 |
| Balance this statement | | $308,750.86 |

*Note: Your lowest balance during this period was $308,750.86, and it occurred on 2/26/2007.*



## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 2/23 | 2,649.60 | DEPOSIT |

*Total of Deposits and Other Credits: $2,649.60*



## Checks and Other Withdrawals

*Checks Paid*

Number of images included in this statement: 6

| Number | Date Paid | Amount | Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 3362 | 2 /5 | 10.96 | 3364 | 2 /26 | 2,285.00 | 3366 | 2 /26 | 153.60 |
| 3363 | 2 /6 | 1,250.00 | 3365 | 2 /23 | 2,285.00 | 3367 | 2 /23 | 153.60 |

*Thank you for banking with us.*

93.965



**Trustmark**
National Bank

# Small Business Checking

| Statement Period | Account Number |
|---|---|
| From 2/01/2007 To 2/28/2007 | 480-009-6685 |

*Check Images - continued*

**Note:** The items below are true and correct copies of the original items which have been photographically reproduced by the bank.



| Ck 3366 | Ref 100021747 | Pd 2/26 | $153.60 |
| Ck 3367 | Ref 103174855 | Pd 2/23 | $153.60 |

# Reconciliation

This section is provided to help you balance your bank statement.

Checks and
Other Withdrawals
outstanding -
Not charged to account

| Check Number | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Total Checks and
Other Withdrawals outstanding    $ _____

Bank Balance
Shown on
this statement    $308,750.86

Add +

Deposits not
credited to this
statement    $ _____

Total    $ _____

Subtract −

Checks and
Other Withdrawals
Outstanding    $ _____

Balance =    $ _____

This balance should agree with your checkbook
balance after deducting service charges and
adding interest (if any) shown on this statement
for previous month.



# Customer News

*Thank you for banking with us.*

93 967

JONES PAYROLL FEB 2007

PR NEW JCRH                                                                    Page 1
3/6/2007
                              Reconciliation Summary


BANK STATEMENT -- CLEARED TRANSACTIONS:

     Previous Balance:                                              3,635.84
                                                          ─────────
        Checks and Payments            0   Items                       0.00
        Deposits and Other Credits    11   Items                       0.00
        Service Charge                 0   Items                       0.00
        Interest Earned               0   Items                       0.00
                                                          ─────────
     Ending Balance of Bank Statement:                             3,635.84


YOUR RECORDS -- UNCLEARED TRANSACTIONS:

     Cleared Balance:                                               3,635.84
                                                          ─────────
        Checks and Payments            2   Items                  -1,148.61
        Deposits and Other Credits     0   Items                       0.00
                                                          ─────────

     Register Balance as of 2/28/2007:                             2,487.23
        Checks and Payments            0   Items                       0.00
        Deposits and Other Credits     0   Items                       0.00
                                                          ─────────

     Register Ending Balance:                                      2,487.23

JONES PAYROLL FEB 2007

PR NEW JCRH                                                                              Page 2
3/6/2007

Uncleared Transaction Detail up to 2/28/2007

| Date | Num | Payee | Memo | Category | Clr | Amount |
|------|-----|-------|------|----------|-----|--------|
| Uncleared Checks and Payments | | | | | | |
| 1/6/2006 | 4022 | 2021 Kendra Barnett | | | | -387.57 |
| 1/6/2006 | 4032 | 1878 LINDSEY SAN... | | Salary | | -761.04 |
| Total Uncleared Checks and Payments | | | | 2  Items | | -1,148.61 |
| | | | | | | |
| Uncleared Deposits and Other Credits | | | | | | |
| | | | | | | |
| Total Uncleared Deposits and Other Credits | | | | 0  Items | | 0.00 |
| | | | | | | |
| Total Uncleared Transactions | | | | 2  Items | | -1,148.61 |

# Trustmark
National Bank

## Small Business Checking

Page 1 of 2

**FEBRUARY**

| Statement Period | Account Number |
|---|---|
| From 2/01/2007 To 2/28/2007 | 480-009-6693 |

DALESON ENTERPRISE LLC DBA JONES COUNTY
REST HOME PAYROLL ACCT DEBTOR IN
POSSESSION CHAP 11 CASE NO 05-50095
PO BOX 345
SUMRALL MS  39482-0345

*Customer Service:*

*1-800-243-2524 or 1-601-961-6000*
*Automated Response  24 hours day*
*Representative  Mon - Fri. 8am-8pm.*
*Sat. 9am-7pm*

*For questions or to receive a Trustmark Access*
*Number for use with automated services  call*
*during Representative hours and choose option '0'*

*Website address: www.trustmark.com*



## Summary

| Description | Transactions | Amount |
|---|---|---|
| Balance last statement | | 3,635.84 |
| Deposits and other credits | | + .00 |
| Checks and other withdrawals | | - .00 |
| Service charges | | - .00 |
| Balance this statement | | $3,635.84 |

*Note: Your lowest balance during this period was $3,635.84, and it occurred on  2/1/2007.*



## Daily Balance History

| Date | Balance | Date | Balance |
|---|---|---|---|
| 2/1 | $3,635.84 | 2/28 | $3,635.84 |

$3,700

$0
02/01                    02/28

**Your Balance this Period**
—— Balance

*Thank you for banking with us.*

25847