## CHAPTER 11

| Case Name | **Daleson Enterprises, LLC d/b/a Jones County Rest Home** |
|---|---|

| Case Number | 05-50095 | For Period | March 1 | to | March 31 | ,20 | 07 |
|---|---|---|---|---|---|---|---|

THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH. The debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing. File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one - attached or waived) | | |
| {X} | { } | Comparative Balance Sheet (FORM 2-B) |
| {X} | { } | Profit and Loss Statement (FORM 2-C) |
| {X} | { } | Cash Receipts and Disbursements Statement (FORM 2-D) |
| {X} | { } | Supporting Schedules (FORM 2-E) |
| {X} | { } | Narrative (FORM 2-F) |
| {X} | { } | Copies of Bank Statement(s) and Reconciliations of Bank Balance to Book Balance for all Account(s) |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on:    4 - 30 - 07
(date)

Debtor(s)*

Daleson Enterprises, LLC
d/b/a/ Jones County Rest Home

By:**

Position:    Member

Name of preparer:    Sandy Lindsey, CFO

Telephone No. of Preparer    601-758-1989

\* both debtors must sign if a joint petition
\*\* for corporate or partnership debtor

FORM 2-A
01/04

CASE NAME: _Daleson Enterprises, LLC  d/b/a Jones County Nursing Home_

CASE NUMBER: ___05-50095_____

## COMPARATIVE BALANCE SHEET

**ASSETS:**

| | Month | Month | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|---|
| | 9/30/06 | 10/31/06 | 11/30/06 | 12/31/06 | 1/31/07 | 02/28/07 | 03/31/07 |
| **CURRENT ASSETS:** | | | | | | | |
| Cash...................................... | 447,658 | 298,072 | 332,797 | 326,920 | 312,636 | 309,991 | 304,619 |
| Accounts Receivable, Net............. | 263,251 | 383,531 | 342,827 | 335,516 | 343,255 | 340,605 | 340,585 |
| Inventory, at lower of cost or market......... | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Prepaid expenses & deposits........... | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other _____ | 620,268 | 620,268 | 620,268 | 620,268 | 620,268 | 620,268 | 620,268 |
| TOTAL CURRENT ASSETS............ | 1,331,177 | 1,301,871 | 1,295,892 | 1,282,704 | 1,276,159 | 1,270,864 | 1,265,472 |
| PROPERTY, PLANT & EQUIPMENT......... | 254,993 | 254,993 | 254,993 | 254,993 | 254,993 | 254,993 | 254,993 |
| Less Accumulated depreciation........... | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| NET PROPERTY, PLANT & EQUIPMENT......... | 254,993 | 254,993 | 254,993 | 254,993 | 254,993 | 254,993 | 254,993 |
| OTHER ASSETS | | | | | | | |
| _____Certificate of Need Cost___ ___ | 715,738 | 715,738 | 715,738 | 715,738 | 715,738 | 715,738 | 715,738 |
| _____Workers Comp Deposit_____ | 94,435 | 94,435 | 94,435 | 94,435 | 94,435 | 94,435 | 94,435 |
| | | | | | | | |
| TOTAL OTHER ASSETS............ | 810,173 | 810,173 | 810,173 | 810,173 | 810,173 | 810,173 | 810,173 |
| TOTAL ASSETS.................... | 2,396,343 | 2,367,037 | 2,361,058 | 2,347,870 | 2,341,325 | 2,336,030 | 2,330,638 |

If assets are carried at historical cost on debtor's accounting records and debtor elects to show them as such on the monthly reports, note the change above and include remarks on FORM 2-F (Narrative).  All subsequent reports must then carry these assets at that value.  Do not use historical cost one month and fair market value the next.

FORM 2-B
Page 1 of 2
01/04

CASE NAME: __Daleson Enterprises, LLC  d/b/a Jones Country Home __

CASE NUMBER: _____05-50095____

COMPARATIVE BALANCE SHEET

### LIABILITIES:

| | Month | Month | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|---|
| | 9/30/06 | 10/31/06 | 11/30/06 | 12/31/06 | 1/31/2007 | 02/028/07 | 03/31/07 |
| POST-PETITION LIABILITIES: | | | | | | | |
| Taxes payable (Form 2-E, pg 1 of 3)................. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Accounts payable (Form 2-E, pg 1 of 3)................. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: _____Intercompany Accts./Etc.____ | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL POST-PETITION LIABILITIES................. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PRE-PETITION LIABILITIES: | | | | | | | |
| Notes payable – secured................. | 689,477 | 689,477 | 689,477 | 689,477 | 689,477 | 689,477 | 689,477 |
| Priority debt................. | 1,258,733 | 1,258,733 | 1,258,733 | 1,258,733 | 1,258,733 | 1,258,733 | 1,258,733 |
| Unsecured debt................. | 308,767 | 308,767 | 308,767 | 308,767 | 308,767 | 308,767 | 308,767 |
| Other _____ Due Owner_____ | 77,723 | 77,723 | 77,723 | 77,723 | 77,723 | 77,723 | 77,723 |
| TOTAL LIABILITIES................. | 2,334,700 | 2,334,700 | 2,334,700 | 2,334,700 | 2,334,700 | 2,334,700 | 2,334,700 |
| **EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK................. | | | | | | | |
| COMMON STOCK................. | | | | | | | |
| RETAINED EARNINGS: | | | | | | | |
| Through filling date................. | 61,643 | 32,337 | 26,358 | 13,170 | 6,625 | 1,330 | (4,062) |
| Post Filing date................. | | | | | | | |
| TOTAL EQUITY (NET WORTH)................. | 61,643 | 32,337 | 26,358 | 13,170 | 6,625 | 1,330 | (4,062) |
| TOTAL LIABILITIES & EQUITY................. | 2,396,343 | 2,367,037 | 2,361,058 | 2,347,870 | 2,341,325 | 2,336,030 | 2,330,638 |

CASE NAME: _____ Daleson Enterprises. LLC d/b/a/ Johnny Mac

CASE NUMBER: ____05-50095_____

## PROFIT AND LOSS STATEMENT

**SEE ATTACHED**

| | Filing Date | Month 10/31/06 | Month 11/30/06 | Month 12/31/06 | Month 1/31/07 | Month 02/28/07 | Month 3/31/07 |
|---|---|---|---|---|---|---|---|
| NET REVENUE.................................... | | 0 | 0 | 0 | 0 | 0 | 0 |
| COST OF GOODS SOLD: | | | | | | | |
| Material..................................... | | | | | | | |
| Labor - Direct............................. | | | | | | | |
| Manufacturing Overhead............... | | | | | | | |
| TOTAL COST OF GOODS SOLD:........... | | | | | | | |
| GROSS PROFIT:................................ | | 0 | 0 | 0 | 0 | 0 | 0 |
| OPERATING EXPENSES: | | | | | | | |
| Selling and Marketing.................... | | 0 | 0 | 0 | 0 | 0 | 0 |
| General and administrative (rents, utilities, salaries, etc.) | | 29.306 | 5.979 | 13.188 | 6.545 | 5.295 | 5.392 |
| Other _____ | | | | | | | |
| TOTAL OPERATING EXPENSES............. | | 29.306 | 5.979 | 13.188 | 6.545 | 5.295 | 5.392 |
| INTREST EXPENSE............................ | | | | | | | |
| INCOME BEFORE DEPRECIATION OR TAXES:............. | | (29.306) | (5.979) | (13.188) | (6.545) | (5.295) | (5.392) |
| DEPRECIATION OR AMORTIZATION.......... | | 0 | 0 | 0 | 0 | 0 | 0 |
| EXTRA ORDINARY EXPENSES * ............................................ | | | | | | | |
| INCOME TAX EXPENSE (BENEFIT).......... | | | | | | | |
| NET INCOME (LOSS).......................... | | (29.306) | (5.979) | (13.188) | (6.545) | (5.295) | (5.392) |

*Requires explanation in NARRATIVE (Form 2-F)

FORM 2-B

CASE NAME: Daleson Enterprises. LLC d/b/a Jones County    CASE NUMBER: 05-50095
Rest Home

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period __March 1___ to __March 31___, 2007____

### Cash Reconciliation

1. Beginning Cash Balance
   (Ending cash balance from last month's report)                          $ 309,991
2. Cash Receipts
   (total Cash Receipts from page 2 of all FORM 2-D's)         $      520
3. Cash Disbursements
   (total Cash Disbursements from page 3 of all FORM 2-D's)    $    5,892

4. Net Cash Flow                                                            $  (5,372)
5. Ending Cash Balance
   (to FORM 2-B)                                                           $  304.619

### CASH SUMMARY – ENDING BALANCE

| | Amount* | Financial Institution |
|---|---|---|
| 1. Real Estate Account | $ | |
| 2. Trust Account | $        0 | Trustmark |
| 3. Operating and/or Personal    Account | $ 302,132 | Trustmark |
| 4. Payroll Account | $    2,487 | Trustmark |
| 5. Tax Account | $ | |
| 6. Other Accounts (Specify checking or savings) | $ | |
| 7. Cash Collateral Account | $ | |
| 8. Petty Cash | $ | |

**TOTAL** (Must Agree with line 5 above)            $ 304.619

*These amounts should be equal to the previous month's balance for the account plus this month's receipts less this month's disbursements.

**ADJUSTED CASH DISBURSEMENTS**
Cash disbursements on Line 3 above less
inter-account transfers and UST fees paid          $    5,392

*NOTE: This amount should be used
to determine UST quarterly fees due
and agree wit Form 2-D, page 2 of 4

CASE NAME:    Daleson Enterprises. LLC d/b/a Jones County    CASE NUMBER:    05-50095
Rest Home

## QUARTERLY FEE SUMMARY

### MONTH ENDED _____ March  2007 _____

| Payment Date | Cash Disbursements * | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | $  14,304 | | | |
| February | $  5,295 | | | |
| March | $  5.392 | | | |
| Total 1st Quarter | $  24,991 | $  500 | | |
| | | | | |
| April | $ | | | |
| May | $ | | | |
| June | $ | | | |
| Total 2nd Quarter | $ | $ | | |
| | | | | |
| July | $ | | | |
| August | $ | | | |
| September | $ | | | |
| Total 3rd Quarter | $ | $ | | |
| | | | | |
| October | $ | | | |
| November | $ | | | |
| December | $ | | | |
| Total 4th Quarter | $ | $ | | |

### FEE SCHEDULE

| DISBURSEMENT CATEGORY | | QUARTERLY FEE DUE |
|---|---|---|
| Less than | $15,000.00 | $250 |
| $15,000 - | $74.999.99 | $500 |
| $75,000 - | $149.999.99 | $750 |
| $150.000 - | $224,999.99 | $1,250 |
| $225.000 - | $299,999.99 | $1,500 |
| $300,000 - | $999,999.99 | $3.750 |
| $1.000.000 - | $1,999,999.99 | $5.000 |
| $2.000,000 - | $2,999,999.99 | $7.500 |
| $3,000.000 - | $4.999,999.99 | $8,000 |
| $5,000,000 and above | | $10,000 |

Note that a minimum payment of $250 is due each quarter even if no disbursements are made in the case during the period.
* Note: should agree with "adjusted cash disbursements" at bottom of Form 2-D. Page 1 of 4. Disbursements are net of transfers to other debtor in possession bank accounts and net of payments of prior period quarterly fees.

Case Name:    Daleson Enterprises d/b/a Jones
_County Rest Home_____

Case Number:    _____05-50095_____

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed on page 1 of Form 2-D that the debtor maintained during the month.)

For Period ___March 1__ to __March 31___. 2007__

Account Name:__Jones County Rest Home___ Account Number:__480-009-6701
Operating Account
CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

Date_____    Description (Source)_____    Amount_____

SEE ATTACHED

Total Cash Receipts        $___0___

FORM 2-D
Page 3 of 4
01/04

Case Name:        Daleson Enterprises d/b/a Jones
County Rest Home        .

Case Number:        05-50095

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed
on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period __March 1_____ to _March 31__, 2007__

Account Name: _Jones County Rest Home___ Account Number: _480-009-6701
Operating
CASH DISBURSEMENTS JOURNAL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
|      |           |       |                        |        |

SEE ATTACHED

Total Cash Disbursements        $ __0__

*Identify any payments to professionals, owners, partners, shareholders,
Officers, director or any insiders and all adequate protection payments
Ordered by the court with an asterisk or highlighting. Any payments made
as a result of a court order, should indicate the order date.

FORM 2-D
Page 4 of 4
01/04

CASE NAME:   Daleson Enterprises d/b/a Jones      CASE NUMBER:   05-50095
County Rest Home

## SUPPORTING SCHEDULES

For Period ___March 1___ to _March 31_, 20 07_____

### POST-PETITION ACCOUNTS PAYABLE AGING REPORT

| TYPE | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|---|
| FITW | 0 | 0 | $ | $ | $ | |
| FICA | 0 | 0 | | | | |
| FUTA | 0 | 0 | | | | |
| SITW | 0 | 0 | | | | |
| SUTA | 0 | 0 | | | | |
| OTHER TAX | | | | | | |
| TRADE PAYABLES | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| OTHER | 0 | 0 | | | | |
| Retirement | 0 | 0 | | | | |
| Accrued PR | 0 | 0 | | | | |
| Bonus | 0 | 0 | | | | |
| | | | | | | |
| TOTALS | 0 | 0 | $ | $ | $ | $ |

01/04

CASE NAME:   Daleson Enterprises, LLC dba Jones Cty Rest    CASE NUMBER:   05-50095
Home

## NARRATIVE STATEMENT

For Period ___March 1_____ to __March 31_____, 20 07____

Please provide a brief description of the significant business and legal action by the debtor, its creditor or the court during the reporting period.  Comments should include any change in bank accounts, explanation of extraordinary expenses, and purpose of any new post-petition financing.  Comments should also include debtor's efforts during the month to rehabilitate the business and to develop a plan.

FORM 2-F
01/04

Case Name:   Daleson Enterprises d/b/a Jones
             County Rest Home

Case Number:   05-50095

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed on page 1 of Form 2-D that the debtor maintained
during the month.)

For Period ___March 1__ to __March 31_. 20_07____

Account Name:_JCRH Old Acct. Payable_ Account Number:_430-715-3379

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|------|---------------------|--------|

SEE ATTACHED

Total Cash Receipts        $__500____

FORM 2-D
Page 3 of 4

01/04

Case Name: Daleson Enterprises d/b/a Jones County Rest Home

Case Number: 05-50095

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed on page 1 of Form 2-D that the debtor maintained during the month.)

For Period ___March 1__ to __March 31__, 20_07____

Account Name:_JCRH New Accts. Payable_ Account Number:____480-009-6685

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|------|----------------------|--------|
|      | SEE ATTACHED         |        |

Total Cash Receipts          $___20___

FORM 2-D
Page 3 of 4

01/04

Case Name:   Daleson Enterprises d/b/a Jones
             County Rest Home

Case Number:   05-50095

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed on page 1 of Form 2-D that the debtor maintained
during the month.)

For Period ___March 1__ to __March 31_, 20_07____

Account Name:_JCRH Payroll _ Account Number:_480-009-6693___

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

Date                         Description (Source)                         Amount


    SEE ATTACHED


                         Total Cash Receipts         $__0


                                                                    FORM 2-D
                                                                    Page 3 of 4

01/04

Case Name: Daleson Enterprises d/b/a Jones
County Rest Home

Case Number: 05-50095

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed on page 1 of Form 2-D that the debtor maintained during the month.)

For Period ___March 1__ to __March 31__. 20_07____

Account Name:_JCRH Resident Trust _ Account Number:_480-009-6719

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|------|---------------------|--------|
|  | SEE ATTACHED |  |

Total Cash Receipts        $_0_

FORM 2-D
Page 3 of 4

01/04

Case Name:   Daleson Enterprises d/b/a Jones
             County Rest Home

Case Number:   05-50095

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
(This form should be completed for each type of account listed
on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period __March 1_____ to _March 31___, 2007__

Account Name: __JCRH Old Acct. Pay___ Account Number: _430-715-3349

### CASH DISBURSEMENTS JOURNAL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
|      |           |       |                        |        |

SEE ATTACHED

Total Cash Disbursements      $ __515__

*Identify any payments to professionals, owners, partners, shareholders,
Officers, director or any insiders and all adequate protection payments
Ordered by the court with an asterisk or highlighting.  Any payments made
as a result of a court order, should indicate the order date.

Case Name:    Daleson Enterprises d/b/a Jones
County Rest Home

Case Number:    05-50095

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
(This form should be completed for each type of account listed
on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period __March 1_____ to _March 31__, 2007__

Account Name: _JCRH New Acct. Payable ___ Account Number: _480-009-6685

### CASH DISBURSEMENTS JOURNAL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
|      |           |       |                        |        |

SEE ATTACHED

Total Cash Disbursements    $ _5,377___

*Identify any payments to professionals, owners, partners, shareholders,
Officers, director or any insiders and all adequate protection payments
Ordered by the court with an asterisk or highlighting. Any payments made
as a result of a court order, should indicate the order date.

FORM 2-D
Page 4 of 4
01/04

Case Name:    Daleson Enterprises d/b/a Jones
County Rest Home

Case Number:    05-50095

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
(This form should be completed for each type of account listed
on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period __March  1_____ to _March 31__, 2007__

Account Name: _JCRH Payroll ___ Account Number: _480-009-6693

### CASH DISBURSEMENTS JOURNAL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|

SEE ATTACHED

Total Cash Disbursements    $ __0

*Identify any payments to professionals, owners, partners, shareholders,
Officers, director or any insiders and all adequate protection payments
Ordered by the court with an asterisk or highlighting. Any payments made
as a result of a court order, should indicate the order date.

Case Name: Daleson Enterprises d/b/a Jones County Rest Home

Case Number: 05-50095

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
(This form should be completed for each type of account listed
on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period __March 1____ to _March 31___, 2007__

Account Name: _JCRH Resident Trust ___ Account Number: _480-009-6719__

### CASH DISBURSEMENTS JOURNAL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|

SEE ATTACHED

Total Cash Disbursements    $ ___0____

*Identify any payments to professionals, owners, partners, shareholders,
Officers, director or any insiders and all adequate protection payments
Ordered by the court with an asterisk or highlighting.  Any payments made
as a result of a court order, should indicate the order date.

FORM 2-D
Page 4 of 4
01/04

CASE NAME:   Daleson Enterprises. LLC dba Jones Cty Rest   CASE NUMBER:   05-50095
Home

## SUPPORTING SCHEDULES

For Period   March 1   To   March 31   2007

### INSURANCE SCHEDULE

| Type | Carrier/Agent | Coverage ($) | Date of Expiration | Premium Paid |
|------|---------------|--------------|--------------------|--------------|
| Workers' Compensation | MSHCA | $100,000 | 1/1/06 | NO |
| General Liability | CULIC | $500,000 | 10/7/06 | CANCELLED |
| Property (Fire, Theft) | Fox Everett | $500,000 | 8/30/06 | CANCELLED |
| Vehicle | | | | |
| Other (list): | | | | |

(1) Attach copy of certificate of insurance or declaration page of policy for any coverage renewed or replaced during the current reporting month.
(2) For the premium paid column enter "yes" if payment of premium is current or "no" if premium payment is delinquent. If "no", explain on Form 2-F, Narrative.

FORM 2-E
Page 3 of 3
01/04

JONES NEW AP DEPOSITS MARCH 2007
3/1/2007 Through 3/31/2007

5/1/2007                                                                    Page 1

| Date | Account | Num | Description | Memo | Category | Clr | Amount |
|------|---------|-----|-------------|------|----------|-----|--------|
| 3/16/...AP NEW JCRHDEP | | | DEPOSIT | | | R | 20.00 |
| TOTAL 3/1/2007 - 3/31/2007 | | | | | | | 20.00 |

|  |  |
|--|--|
| TOTAL INFLOWS | 20.00 |
| TOTAL OUTFLOWS | 0.00 |
| NET TOTAL | 20.00 |

JONES NEW AP PAYMENTS MARCH 2007
3/1/2007 Through 3/31/2007

5/1/2007                                                                    Page 1

| Date | Account | Num | Description | Memo | Category | Clr | Amount |
|------|---------|-----|-------------|------|----------|-----|--------|
| 3/14/... | AP NEW | JCRH3368 | LARRY FORTE... | | | | -2,285.00 |
| 3/14/... | AP NEW | JCRH3369 | LarRY RUSSELL | | | R | -2,285.00 |
| 3/14/... | AP NEW | JCRH3370 | LARRY FORTE... | | | | -153.60 |
| 3/14/... | AP NEW | JCRH3371 | LarRY RUSSELL | | | R | -153.60 |
| 3/26/... | AP NEW | JCRHTXFR | Transfer Money | | [DO NOT U... | R | -500.00 |
| TOTAL 3/1/2007 - 3/31/2007 | | | | | | | -5,377.20 |

| | |
|---|---|
| TOTAL INFLOWS | 0.00 |

| | |
|---|---|
| TOTAL OUTFLOWS | -5,377.20 |

| | |
|---|---|
| NET TOTAL | -5,377.20 |

JONES OLD AP DEPOSITS MARCH 2007
3/1/2007 Through 3/31/2007

5/1/2007                                                                    Page 1

| Date | Account | Num | Description | Memo | Category | Clr | Amount |
|------|---------|-----|-------------|------|----------|-----|--------|
| 3/26/... | DO NOT U... | | Transfer Money | | [AP NEW J... | R | 500.00 |
| TOTAL 3/1/2007 - 3/31/2007 | | | | | | | 500.00 |
| | | | | TOTAL INFLOWS | | | 500.00 |
| | | | | TOTAL OUTFLOWS | | | 0.00 |
| | | | | NET TOTAL | | | 500.00 |

JONES OLD AP PAYMENTS MARCH 2007
3/1/2007 Through 3/31/2007

5/1/2007                                                                          Page 1

| Date | Account | Num | Description | Memo | Category | Clr | Amount |
|------|---------|-----|-------------|------|----------|-----|--------|
| 3/19/...| DO NOT U...| DEBIT | ACH DEBIT M... | | | R | -109.59 |
| 3/19/...| DO NOT U...| DEBIT | ACH DEBIT T... | | | R | -298.39 |
| 3/20/...| DO NOT U...| | Service Charge | | Bank Charge | R | -106.70 |
| TOTAL 3/1/2007 - 3/31/2007 | | | | | | | -514.68 |

|  |  |
|--|--|
| TOTAL INFLOWS | 0.00 |
| TOTAL OUTFLOWS | -514.68 |
| NET TOTAL | -514.68 |

AP NEW JCRH                          JONES NEW AP MARCH 2007                          Page 1
4/5/2007

Reconciliation Summary

BANK STATEMENT -- CLEARED TRANSACTIONS:

   Previous Balance:                                                      308,750.86

      Checks and Payments          5  Items                    -5,377.20
      Deposits and Other Credits   1  Item                         20.00
      Service Charge               0  Items                         0.00
      Interest Earned              0  Items                         0.00

   Ending Balance of Bank Statement:                                      303,393.66


YOUR RECORDS -- UNCLEARED TRANSACTIONS:

   Cleared Balance:                                                       303,393.66

      Checks and Payments         11  Items                    -9,980.49
      Deposits and Other Credits   0  Items                         0.00


   Register Balance as of 3/31/2007:                                      293,413.17
      Checks and Payments          0  Items                         0.00
      Deposits and Other Credits   0  Items                         0.00


   Register Ending Balance:                                               293,413.17




     293,413.17
       111.59
    ─────────────
    293,524.76

JONES NEW AF MARCH 2007

AP NEW JCRH                                                                                    Page 2
4/5/2007

Uncleared Transaction Detail up to 3/31/2007

| Date | Num | Payee | Memo | Category | Clr | Amount |
|------|-----|-------|------|----------|-----|--------|
| Uncleared Checks and Payments | | | | | | |
| 5/11/2005 | 2296 | GARY D. THRASH | | GARNISHMENT | | -457.89 |
| 7/13/2005 | 2556 | WILLIAM G. CLARK | | | | -800.00 |
| 8/12/2005 | 2659 | WILLIAM G. CLARK | | | | -800.00 |
| 9/14/2005 | 2821 | WILLIAM G. CLARK | | | | -800.00 |
| 10/14/... | 2962 | WILLIAM G. CLARK | | | | -800.00 |
| 11/15/... | 3092 | WILLIAM G. CLARK | | | | -800.00 |
| 12/15/... | 3180 | WILLIAM G. CLARK | | | | -800.00 |
| 1/10/2006 | 3235 | WILLIAM G. CLARK | | | | -800.00 |
| 2/15/2006 | 3280 | JOHN D. MCCORMICK | | | | -1,484.00 |
| 3/14/2007 | 3368 | LARRY FORTENBERRY | | | | -2,285.00 |
| 3/14/2007 | 3370 | LARRY FORTENBERRY | | | | -153.60 |
| Total Uncleared Checks and Payments | | | | 11  Items | | -9,980.49 |
| | | | | | | |
| Uncleared Deposits and Other Credits | | | | | | |
| | | | | | | |
| Total Uncleared Deposits and Other Credits | | | | 0  Items | | 0.00 |
| | | | | | | |
| Total Uncleared Transactions | | | | 11  Items | | -9,980.49 |



## Trustmark
National Bank

# Small Business Checking

Page 1 of 4

| Statement Period | Account Number |
|---|---|
| From 3/01/2007 To 3/31/2007 | 480-009-6685 |

*5 Images Included*

DALESON ENTERPRISE LLC DBA JONES COUNTY
REST HOME ACCT PAYABLE DEBTOR IN
POSSESSION CHAP 11 CASE NO 05-50095
PO BOX 345
SUMRALL MS 39482-0345

**MARCH**

*Customer Service:*

1-800-243-2524 or 1-601-661-6000
Automated Response: 24 hours per day
Representative: Mon - Fri 8am-6pm
Sat 8am-1pm

For questions or to receive a Trustman Access
Number for use with automated services, call
during Representative hours and choose option 3

*Website address:* www.trustmark.com



## Summary

| Description | Transactions | Amount |
|---|---|---|
| Balance last statement | | 308,750.86 |
| Deposits and other credits | 1 | + 20.00 |
| Checks and other withdrawals | 5 | - 5,377.20 |
| Service charges | | - .00 |
| Balance this statement | | $303,393.66 |

*Note: Your lowest balance during this period was $303,393.66, and it occurred on 3/27/2007*



## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 3/16 | 20.00 | DEPOSIT |

*Total of Deposits and Other Credits: $20.00*



## Checks and Other Withdrawals

*Checks Paid*

*Number of images included in this statement: 5*

| Number | Date Paid | Amount | Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 3359 | 3 /27 | 2,285.00 | 3369 # | 3 /27 | 2,285.00 | ✪ | 3 /26 | 500.00 |
| 3361 # | 3 /27 | 153.60 | 3371 # | 3 /27 | 153.60 | | | |

*Thank you for banking with us.*

97.739

# Trustmark
National Bank

## Small Business Checking

Page 2 of 4

| Statement Period | Account Number |
|---|---|
| From 3/01/2007 To 3/31/2007 | 480-009-6685 |



*Checks and Other Withdrawals - continued*
### *Checks Paid* - continued

Number of images included in this statement: 5

Total of Checks Paid: $5,377.20

# Indicates a break in the check number sequence before this check.

✪ Represents an unnumbered check or a non-check item.



## Daily Balance History

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 3/1 | $308,750.86 | 3/26 | $308,270.86 | 3/31 | $303,393.66 |
| 3/16 | $308,770.86 | 3/27 | $303,393.66 | | |

$310,000

$0

03/01                                                03/31

*Your Balance this Period*
—— Balance



## Check Images

Note: The items below are true and correct copies of the original items which have been photographically reproduced by the bank.



| Ck | Ref 100120194 | Pd 3/26 | $500.00 |
| Ck 3361 | Ref 100217848 | Pd 3/27 | $153.60 |
| Ck 3359 | Ref 100217847 | Pd 3/27 | $2285.00 |
| Ck 3369 | Ref 100217844 | Pd 3/27 | $2285.00 |

*Thank you for banking with us.*

97,740



**Trustmark**
National Bank

# Small Business Checking

| Statement Period | Account Number |
|---|---|
| From 3/01/2007 To 3/31/2007 | 480-009-6685 |

Check Images - continued

**Note:** The items below are true and correct copies of the original items which have been photographically reproduced by the bank.



Ck 3371    Ref 100217843  Pd 3/27        $153.60

# Reconciliation

This section is provided to help you balance your bank statement.

| Checks and Other Withdrawals outstanding - Not charged to account | Check Number | Amount |
|---|---|---|
| | | |

Bank Balance Shown on this statement    $303,393.66

Add +

Deposits not credited to this statement    $

Total    $

Subtract  –

Checks and Other Withdrawals Outstanding    $

Balance =    $

Total Checks and Other Withdrawals outstanding    $

This balance should agree with your checkbook balance after deducting service charges and adding interest (if any) shown on this statement for previous month.

 **NEWS**

# Customer News

*Thank you for banking with us.*

97.741

# Small Business Checking

**Trustmark**
National Bank

Page 4 of 4

| Statement Period | Account Number |
|---|---|
| From 3/01/2007 To 3/31/2007 | 480-009-6685 |

## ATM/debit card use outside the United States

*If you are traveling to a foreign country and intend to use your debit card, please notify us at 601-949-4462 or 800-844-2000 Ext. 4462.*

**CONSUMER ACCOUNTS ONLY**

*In Case of Error or Questions About Your Electronic Transfer or Direct Deposit*

Write or telephone us as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer or direct deposit listed on the statement or receipt. We must be notified by you no later than 60 days after we sent the first statement on which the problem or error appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will generally complete our investigation within 10 business days and correct any error promptly. In some cases, an investigation may take longer, but you will have the use of the funds in question after the 10 business days. If we ask you to put your complaint or questions in writing and we do not receive it within 10 business days, we may not credit your account during the investigation.

If we decide that there was no error, we will send you a written explanation within 3 business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

For questions or problems relating to your Trustmark Express Card or any electronic fund transfer, call us at 1-601-961-6000 (in the Jackson, Mississippi area) or at 1-800-243-2524 (all other locations). If you prefer you may write us at the following address:

Trustmark National Bank
Attn: Customer Contact Center
P.O. Box 291
Jackson, MS 39205-0291

*Thank you for banking with us.*

97,742

JONES PAYROLL  MARCH 2007

FR NEW JCRH                                                                 Page 1
4/5/2007

                              Reconciliation Summary


    BANK STATEMENT -- CLEARED TRANSACTIONS:

        Previous Balance:                                              3,635.84
                                                                      _____

            Checks and Payments           0   Items                        0.00
            Deposits and Other Credits    11  Items                        0.00
            Service Charge                0   Items                        0.00
            Interest Earned               0   Items                        0.00
                                                                      _____

        Ending Balance of Bank Statement:                             3,635.84


    YOUR RECORDS -- UNCLEARED TRANSACTIONS:

        Cleared Balance:                                               3,635.84
                                                                      _____

            Checks and Payments           2   Items                   -1,148.61
            Deposits and Other Credits    0   Items                        0.00
                                                                      _____

        Register Balance as of 3/31/2007:                             2,487.23
            Checks and Payments           0   Items                        0.00
            Deposits and Other Credits    0   Items                        0.00
                                                                      _____

        Register Ending Balance:                                      2,487.23

PR NEW JCRH                                    JONES PAYROLL  MARCH 2007                                    Page 2
4/5/2007

Uncleared Transaction Detail up to 3/31/2007

| Date | Num | Payee | Memo | Category | Clr | Amount |
|------|-----|-------|------|----------|-----|--------|
| Uncleared Checks and Payments | | | | | | |
| 1/6/2006 | 4022 | 2021 Kendra Barnett | | | | -387.57 |
| 1/6/2006 | 4032 | 1878 LINDSEY SAN... | | Salary | | -761.04 |
| Total Uncleared Checks and Payments | | | | 2   Items | | -1,148.61 |
| Uncleared Deposits and Other Credits | | | | | | |
| Total Uncleared Deposits and Other Credits | | | | 0   Items | | 0.00 |
| Total Uncleared Transactions | | | | 2   Items | | -1,148.61 |



# Small Business Checking

Page 1 of 2

| Statement Period | Account Number |
|---|---|
| From 3/01/2007 To 3/31/2007 | 480-009-6693 |

**MARCH**

DALESON ENTERPRISE LLC DBA JONES COUNTY
REST HOME PAYROLL ACCT DEBTOR IN
POSSESSION CHAP 11 CASE NO 05-50095
PO BOX 345
SUMRALL MS 39482-0345

Customer Service:

1-800-243-2524 or 1-601-963-6000
Automated Resource, 24 hours a day
Representative, Mon – Fri 7am–6pm
Sat 8am–1pm

For questions or to receive a Trustmark Access
Number for use with automated services, call
during Representative hours and choose option 4

Website address: www.trustmark.com

 ## Summary

| Description | Transactions | Amount |
|---|---|---|
| Balance last statement | | 3,635.84 |
| Deposits and other credits | | + .00 |
| Checks and other withdrawals | | - .00 |
| Service charges | | - .00 |
| Balance this statement | | $3,635.84 |

*Note: Your lowest balance during this period was $3,635.84, and it occurred on 3/1/2007*

 ## Daily Balance History

| Date | Balance | Date | Balance |
|---|---|---|---|
| 3/1 | $3,635.84 | 3/31 | $3,635.84 |

Your Balance this Period
— Balance

*Thank you for banking with us.*

25.247

# Trustmark
National Bank

## Small Business Checking

Page 2 of 2

| Statement Period | Account Number |
|---|---|
| From 3/01/2007 To 3/31/2007 | 480-009-6693 |

## Reconciliation

This section is provided to help you balance your bank statement.



Checks and
Other Withdrawals
outstanding -
Not charged to account

Check Number        Amount

Bank Balance
Shown on
this statement        $3,635.84

Add +

Deposits not        $
credited to this
statement

Total        $

Subtract —

Checks and
Other Withdrawals
Outstanding        $

Balance =        $

Total Checks and        $
Other Withdrawals outstanding

This balance should agree with your checkbook
balance after deducting service charges and
adding interest (if any) shown on this statement
for previous month.



## Customer News

### ATM/debit card use outside the United States

*If you are traveling to a foreign country and intend to use your debit card, please notify us at 601-949-4462 or 800-844-2000 Ext. 4462.*

**CONSUMER ACCOUNTS ONLY**

*In Case of Error or Questions About Your Electronic Transfer or Direct Deposit*

Write or telephone us as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer or direct deposit listed on the statement or receipt. We must be notified by you no later than 60 days after we sent the first statement on which the problem or error appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will generally complete our investigation within 10 business days and correct any error promptly. In some cases, an investigation may take longer, but you will have the use of the funds in question after the 10 business days. If we ask you to put your complaint or questions in writing and we do not receive it within 10 business days, we may not credit your account during the investigation.

If we decide that there was no error, we will send you a written explanation within 3 business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

For questions or problems relating to your Trustmark Express Card or any electronic fund transfer, call us at 1-601-961-6000 (in the Jackson, Mississippi area) or at 1-800-243-2524 (all other locations). If you prefer you may write us at the following address:

Trustmark National Bank
Attn: Customer Contact Center
P.O. Box 291
Jackson, MS 39205-0291

*Thank you for banking with us.*

25.248

JONES OLD AP MARCH 2007

DO NOT USE JCRH AP                                                              Page 1
4/5/2007
                              Reconciliation Summary


BANK STATEMENT -- CLEARED TRANSACTIONS:

    Previous Balance:                                              126.27

        Checks and Payments          2   Items                    -407.98
        Deposits and Other Credits   1   Item                      500.00
        Service Charge               1   Item                     -106.70
        Interest Earned              0   Items                       0.00

    Ending Balance of Bank Statement:                              111.59


YOUR RECORDS -- UNCLEARED TRANSACTIONS:

    Cleared Balance:                                               111.59

        Checks and Payments          0   Items                       0.00
        Deposits and Other Credits   0   Items                       0.00


    Register Balance as of 3/31/2007:                              111.59
        Checks and Payments          0   Items                       0.00
        Deposits and Other Credits   0   Items                       0.00


    Register Ending Balance:                                       111.59

JONES COLT AP MARCH 2007

DO NOT USE JCRH AP                                                              Page 2
4/5/2007
Uncleared Transaction Detail up to 3/31/2007

| Date | Num | Payee | Memo | Category | Clr | Amount |
|------|-----|-------|------|----------|-----|--------|

Uncleared Checks and Payments

Total Uncleared Checks and Payments            0   Items                    0.00


Uncleared Deposits and Other Credits

Total Uncleared Deposits and Other Credits     0   Items                    0.00


Total Uncleared Transactions                   0   Items                    0.00



# Trustmark
National Bank

## Small Business Checking

Page 1 of 3

| Statement Period | Account Number |
|---|---|
| From 3/01/2007 To 3/31/2007 | 430-715-3349 |

MARCH

DALESON ENTERPRISE LLC DBA
JONES COUNTY REST HOME
ACCOUNTS PAYABLE
PO BOX 345
SUMRALL MS  39482-0345

*Customer Service:*

*For questions or call 1-601-961-6000
Automated Response - 24 hours day
Representative  Mon - Fri  8am-8pm
Sat  8am-5pm*

*For questions or to receive a Trustmark Access
Number for use with automated services call
during Representative hours and choose option 0*

*Website address: www.trustmark.com*



## Summary

| Description | Transactions | Amount |
|---|---|---|
| Balance last statement | | 126.27 |
| Deposits and other credits | 1 | + 500.00 |
| Checks and other withdrawals | 2 | - 407.98 |
| Service charges | 3 | - 106.70 |
| Balance this statement | | $111.59 |

*Note: Your lowest balance during this period was $377.71-, and it occurred on 3/19/2007.*



## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 3/26 | 500.00 | DEPOSIT |

*Total of Deposits and Other Credits: $500.00*



## Checks and Other Withdrawals

### *Other Electronic Transactions*

*22957233500 Donna Zumwalt liability*

*Stop in May - July*

| Date | Amount | Description |
|---|---|---|
| 3/19 | 298.39 | ACH DEBIT AXA EQUITABLE RDP INS. P PPD 22009572334903 |
| 3/19 | 109.59 | ACH DEBIT METLIFE PAYMENT PPD 10000771914 |

*Donna Zumwalt*

*Total of Other Electronic Transactions: $407.98*

*Amy → Jones City Rest Home
→ Gen. American - 1-800-638-9294   as of 4-5-07   Stop draft*

**Thank you for banking with us.**

23.019



# Trustmark
National Bank

## Small Business Checking

| Statement Period | Account Number |
|---|---|
| From 3/01/2007 To 3/31/2007 | 430-715-3349 |



*Checks and Other Withdrawals - continued*

### Service Charges

| Date | Amount | Description |
|---|---|---|
| 3/13 | - 32.00 | OD/NSF FEE NSF FEE |
| 3/19 | - 64.00 | OD/NSF FEE OD FEE |
| 3/31 | - 10.70 | MAINTENANCE FEE |

*Total of Service Charges: $106.70*



## Daily Balance History

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 3/1 | $126.27 | 3/19 | $377.71- | 3/31 | $111.59 |
| 3/13 | $94.27 | 3/26 | $122.29 | | |



*Your Balance this Period*
——— Balance

---

***Thank you for banking with us.***



# Trustmark
National Bank

## Small Business Checking

Page 3 of 3

| Statement Period | Account Number |
|---|---|
| From 3/01/2007 To 3/31/2007 | 430-715-3349 |

## Reconciliation

This section is provided to help you balance your bank statement.

| Checks and Other Withdrawals outstanding - Not charged to account | | Bank Balance Shown on this statement | $111.59 |

| Check Number | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Add +

Deposits not credited to this statement    $ _____

Total    $ _____

Subtract −

Checks and Other Withdrawals Outstanding    $ _____

Balance =    $ _____

Total Checks and Other Withdrawals outstanding    $ _____

This balance should agree with your checkbook balance after deducting service charges and adding interest (if any) shown on this statement for previous month.

 **Customer News**

## ATM/debit card use outside the United States

*If you are traveling to a foreign country and intend to use your debit card, please notify us at 601-949-4462 or 800-844-2000 Ext. 4462.*

**CONSUMER ACCOUNTS ONLY**

*In Case of Error or Questions About Your Electronic Transfer or Direct Deposit*

Write or telephone us as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer or direct deposit listed on the statement or receipt. We must be notified by you no later than 60 days after we sent the first statement on which the problem or error appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will generally complete our investigation within 10 business days and correct any error promptly. In some cases, an investigation may take longer, but you will have the use of the funds in question after the 10 business days. If we ask you to put your complaint or questions in writing and we do not receive it within 10 business days, we may not credit your account during the investigation.

If we decide that there was no error, we will send you a written explanation within 3 business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

For questions or problems relating to your Trustmark Express Card or any electronic fund transfer, call us at 1-601-961-6000 (in the Jackson, Mississippi area) or at 1-800-243-2524 (all other locations). If you prefer you may write us at the following address:

Trustmark National Bank
Attn: Customer Contact Center
P.O. Box 291
Jackson, MS 39205-0291

*Thank you for banking with us.*

23,021