IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                          BANKRUPTCY PROCEEDING

DALESON ENTERPRISE, LLC
d/b/a JONES COUNTY REST HOME                                    CASE NO. 05-50095 ERG

## POST CONFIRMATION REPORT

COMES NOW Daleson Enterprise, LLC d/b/a Jones County Rest Home ("Debtor") and files this its Post Confirmation Report and in support thereof, would show unto the Court the following:

1.

The Debtor's Plan of Reorganization was confirmed on April 13, 2007. Pursuant to the terms of the Plan, the Debtor has made payments to pre-petition creditors. The payments have been made as set forth in the attached hereto.

Respectfully submitted,

DALESON ENTERPRISE, LLC
D/B/A JONES COUNTY REST HOME


BY:   s/ Derek A. Henderson
      DEREK A. HENDERSON
      ATTORNEY FOR THE DEBTOR

## CERTIFICATE OF SERVICE

I, DEREK A. HENDERSON, do hereby certify that I have this date served, via United States Mail, postage prepaid, a true and correct copy of the above and foregoing Post Confirmation Report to the following:

Office of the United States Trustee
100 West Capitol Street
Suite 706
Jackson, MS 39269

Sandy Lindsey
Daleson Enterprise, LLC
P.O. Box 345
Sumrall, MS 39482

This the 11th day of September, 2007.

s/ Derek A. Henderson
DEREK A. HENDERSON
ATTORNEY FOR THE DEBTOR

**DALESON ENTERPRISE**
**dba JONES COUNTY REST HOME**
**Bankruptcy Checks**

| Vendor | Amount | 19-Apr Check # | Amount | 15-May Check # |
|---|---|---|---|---|
| Airgas Gulf States | 949.65 | 3377 | | |
| Dairy Fresh of Alabama | 605.90 | 3378 | | |
| Direct Supply | 727.95 | 3379 | | |
| Don's Drugs | 96.76 | 3380 | | |
| Earthgrains Baking Co | 87.66 | 3381 | | |
| First Choice Medical Supply | 713.45 | 3382 | 2,140.35 | 3412 |
| Griffin Egg | 12.04 | 3383 | | |
| Hotel & Restaurant Supply | 192.60 | 3384 | | |
| Impact of Hattiesburg | 336.00 | 3385 | | |
| Impact of Laurel | 276.00 | 3386 | | |
| Jackson Lung Clinic | 1,225.00 | 3387 | | |
| Johnson Diversey, Inc. | 963.83 | 3388 | | |
| Jones County Medical Supplies | 406.60 | 3389 | | |
| JW Yard Service | 800.00 | 3390 | | |
| Law & Mediation Offices | 1,684.00 | 3391 | 5,052.00 | 3413 |
| Massey, Higginbotham, & Vise | 904.19 | 3392 | 2,712.54 | 3414 |
| Meridian Fruit & Produce | 162.29 | 3393 | | |
| Newell Paper Co | 1,249.25 | 3394 | | |
| Nutrition Systems | 817.30 | 3395 | | |
| Office Depot Credit | 315.93 | 3396 | | |
| Penner Patient Care | 779.90 | 3397 | | |
| Phillips Building Supply | 161.69 | 3398 | | |
| RX Solutions | 3,087.14 | 3399 | 9,261.40 | 3415 |
| Sanford's Plumbing | 85.60 | 3400 | | |
| Stericycle | 696.44 | 3401 | | |
| Summit Health & Rehab Services | 6,216.16 | 3402 | 18,648.48 | 3416 |
| Sylvia Herrington | 520.00 | 3403 | | |
| Sysco Food Services | 928.20 | 3404 | 2,784.57 | 3417 |
| Transfer of Central MS | 545.50 | 3405 | 1,636.50 | 3418 |
| Viking Office Products | 65.51 | 3406 | | |