# MONTHLY OPERATING REPORT
## CHAPTER 11

| | |
|---|---|
| Case Name | **Daleson Enterprises, LLC dba Jones County Rest Home** |
| Case Number | 05-50095  For Period  December 1  to  December 31 ,20  07 |

THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH. The debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing. File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS | **POST CONFIRMATION** |
|---|---|---|---|
| (mark only one - attached or waived) | | | |
| { } | { } | Comparative Balance Sheet (FORM 2-B) | |
| { } | { } | Profit and Loss Statement (FORM 2-C) | |
| { } | { } | Cash Receipts and Disbursements Statement (FORM 2-D) | |
| { } | { } | Supporting Schedules (FORM 2-E) | |
| { } | { } | Narrative (FORM 2-F) | |
| { } | { } | Copies of Bank Statement(s) and Reconciliations of Bank Balance to Book Balance for all Account(s) | |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on: 1-17-08 (date)

Debtor(s)*  Daleson Enterprises, LLC d/b/a Jones County Rest Home

By:** _[signature]_

Position: Member

Name of preparer: Sandy Lindsey, CFO

Telephone No. of Preparer: 601-758-1989

\* both debtors must sign if a joint petition
\*\* for corporate or partnership debtor

FORM 2-A
01/04

CASE NAME: Daleson Enterprises, LLC   CASE NUMBER: 05-50095
d/b/a Jones County Rest Home

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period _December 1 to December 31__, 20_07____

### Cash Reconciliation

1. Beginning Cash Balance
   (Ending cash balance from last month's report)                                   $ 67,690
2. Cash Receipts
   (total Cash Receipts from page 2 of all FORM 2-D's)        $    40
3. Cash Disbursements
   (total Cash Disbursements from page 3 of all FORM 2-'s)    $ 5,936

4. Net Cash Flow                                                                    $ (5,896)
5. Ending Cash Balance
   (to FORM 2-B)                                                                    $ 61,794

### CASH SUMMARY – ENDING BALANCE

|   | Amount | Financial Institut |
|---|---|---|
| 1. Real Estate Account | $ |  |
| 2. Trust Account | $ |  |
| 3. Operating and/or Personal Account | $ 58,158 | Trustmark |
| 4. Payroll Account | $ 3,636 | Trustmark |
| 5. Tax Account | $ |  |
| 6. Other Accounts (Specify checking or savings) | $ |  |
| 7. Cash Collateral Account | $ |  |
| 8. Petty Cash | $ |  |

**TOTAL** (Must Agree with line 5 above)     $ 61,794

*These amounts should be equal to the previous month's balance for the account plus this month's receipts less this month's disbursements.

---

**ADJUSTED CASH DISBURSEMENTS**
Cash disbursements on Line 3 above less inter-account
transfers and UST fees paid                    $ 5,936

*NOTE: This amount should be used
to determine UST quarterly fees due
and agree wit Form 2-D, page 2 of 4

FORM 2-D
Page 1 of 4
01/04

| CASE NAME: | Daleson Enterprises, LLC d/b/a Jones County Rest Home | CASE NUMBER: | 05-50095 |
|---|---|---|---|

## QUARTERLY FEE SUMMARY

MONTH ENDED ___ December, 2007 _____

| Payment Date | Cash Disbursements * | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | $ 14,304 | | | |
| February | $ 5,295 | | | |
| March | $ 5,392 | | | |
| Total 1st Quarter | $ 24,991 | $ 500 | | |
| April | $ 136,171 | | | |
| May | $ 123,639 | | | |
| June | $ 32,949 | | | |
| Total 2nd Quarter | $ 292,759 | $ 1,500 | | |
| July | $ 4,877 | | | |
| August | $ 11,214 | | | |
| September | $ 4,877 | | | |
| Total 3rd Quarter | $ 20,968 | $ 500 | | |
| October | $ 9,417 | | | |
| November | $ 4,926 | | | |
| December | $ 5,936 | | | |
| Total 4th Quarter | $ 20,279 | $ 500 | | |

### FEE SCHEDULE

| DISBURSEMENT CATEGORY | QUARTERLY FEE DUE |
|---|---|
| Less than $15,000.00 | $250 |
| $15,000 - $74,999.99 | $500 |
| $75,000 - $149,999.99 | $750 |
| $150,000 - $224,999.99 | $1,250 |
| $225,000 - $299,999.99 | $1,500 |
| $300,000 - $999,999.99 | $3,750 |
| $1,000,000 - $1,999,999.99 | $5,000 |
| $2,000,000 - $2,999,999.99 | $7,500 |
| $3,000,000 - $4,999,999.99 | $8,000 |
| $5,000,000 and above | $10,000 |

Note that a minimum payment of $250 is due each quarter even if no disbursements are made in the case during the period.

* Note: should agree with "adjusted cash disbursements" at bottom of Form 2-D, Page 1 of 4. Disbursements are net of transfers to other debtor in possession bank accounts and net of payments of prior period quarterly fees.

01/04

Form 2-D
Page 2 of 4