# MONTHLY OPERATING REPORT

## CHAPTER 11

| | |
|---|---|
| Case Name | **Daleson Enterprises, LLC dba Jones County Rest Home** |
| Case Number | 05-50095     For Period   1/01   to   1/31                    2008 |

THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH. The debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing. File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | POST CONFIRMATION REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one - attached or waived) | | |
| {X} | { } | Comparative Balance Sheet (FORM 2-B) |
| {X} | { } | Profit and Loss Statement (FORM 2-C) |
| {X} | { } | Cash Receipts and Disbursements Statement (FORM 2D) |
| {X} | { } | Supporting Schedules (FORM 2-E) |
| {X} | { } | Narrative (FORM 2-F) |
| {X} | { } | Copies of Bank Statement(s) and Reconciliations of Bank Balance to Book Balance for all Account(s) |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on: _____
                     (date)

Debtor(s)*           Daleson Enterprises, LLC
                     Dba Jones County Rest Home

By:**                [signature]

Position:            Vice President

Name of preparer:    Stewart & Barnett, CPAs

Telephone No. of Preparer   601-849-6056

\* both debtors must sign if a joint petition
\** for corporate or partnership debtor

FORM 2-A
01/04

# Stewart & Barnett, Ltd.
## Certified Public Accountants

113 Choctaw West · P.O. Box 575
Magee, Mississippi 39111
Office (601) 849-6056 · FAX (601) 849-6057

To the Members,
Daleson Enterprises, LLC

We have compiled the Comparative Balance Sheets of Daleson Enterprises, LLC as of January 31, 2008 and the Profit and Loss Statements and Cash Receipts and Disbursements Statements for the month then ended, included in the accompanying prescribed form, in accordance with Statements on Standards for Accounting and Review Services issued by the American Institute of Certified Public Accountants.

Our compilation was limited to presenting in the form prescribed by the United States Bankruptcy Court for the Southern District of Mississippi, Jackson Division, information that is the representation of management. We have not audited or reviewed the statements and, accordingly, do not express an opinion or any other form of assurance on it.

The statements are presented in accordance with the requirements of the United States Bankruptcy Court for the Southern District of Mississippi, Jackson Division, which differ from generally accepted accounting principles. Accordingly, the statements are not designed for those who are not informed about such differences.

During the course of our work we made adjusting and correcting entries to the general ledger and therefore, according to the American Institute of Certified Public Accountants, we are not independent.

Stewart & Barnett
February 22, 2008

David E. Stewart, CPA · John Thomas Barnett, CPA

CASE NAME: _ Daleson Enterprises, LLC

CASE NUMBER: _05-50095

COMPARATIVE BALANCE SHEET

| ASSETS: | Month 1/31/08 | Month | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|---|
| CURRENT ASSETS: | | | | | | | |
| Cash.................................................................. | 56,177 | | | | | | |
| Accounts Receivable, Net..................................... | 1,148,273 | | | | | | |
| Inventory, at lower of cost or market........................... | | | | | | | |
| Prepaid expenses & deposits................................ | 5,676 | | | | | | |
| Other _____ | | | | | | | |
| TOTAL CURRENT ASSETS.................................. | 1,210,126 | | | | | | |
| PROPERTY, PLANT & EQUIPMENT................... | 1,439,646 | | | | | | |
| Less Accumulated depreciation.......................... | 300,594 | | | | | | |
| NET PROPERTY, PLANT & EQUIPMENT........... | 1,139,052 | | | | | | |
| OTHER ASSETS | | | | | | | |
| TOTAL OTHER ASSETS....................................... | | | | | | | |
| TOTAL ASSETS.................................................. | 2,349,178 | | | | | | |

If assets are carried at historical cost on debtor's accounting records and debtor elects to show them as such on the monthly reports, note the change above and include remarks on FORM 2-F (Narrative). All subsequent reports must then carry these assets at that value. Do not use historical cost one month and fair market value the next.

FORM 2-B
Page 1 of 2
01/04

CASE NAME: Daleson Enterprises, LLC

CASE NUMBER: 05-50095        COMPARATIVE BALANCE SHEET

| LIABILITIES: | Month 1/31/08 | | | | | | |
|---|---|---|---|---|---|---|---|
| POST-PETITION LIABILITIES: | | | | | | | |
| Taxes payable (Form 2-E, pg 1 of 3)............... | | | | | | | |
| Accounts payable (Form 2-E, pg 1 of 3)........... | 2,105,629 | | | | | | |
| Other: See List _____ | | | | | | | |
| TOTAL POST-PETITION LIABILITIES............. | | | | | | | |
| PRE-PETITION LIABILITIES: | | | | | | | |
| Notes payable – secured........................... | | | | | | | |
| Priority debt | | | | | | | |
| Unsecured debt........................... | | | | | | | |
| Other _Garnishment/401KW/H_____ | | | | | | | |
| TOTAL LIABILITIES................................ | 2,105,629 | | | | | | |
| EQUITY (DEFICIT) | | | | | | | |
| PREFERRED STOCK................................ | | | | | | | |
| COMMON STOCK................................... | | | | | | | |
| RETAINED EARNINGS: | 243,549 | | | | | | |
| Thru filling date...YTD Adjustment posted in Dec....... | | | | | | | |
| Post Filing date........................... | | | | | | | |
| TOTAL EQUITY (NET WORTH)................... | 243,549 | | | | | | |
| TOTAL LIABILITIES & EQUITY.................. | 2,349,178 | | | | | | |

PROFIT AND LOSS STATEMENT

| | Month 1/31/08 | Month | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|---|
| NET REVENUE............................................................... | 20 | | | | | | |
| COST OF GOODS SOLD: | | | | | | | |
|     Material.................................................................. | | | | | | | |
|     Labor - Direct....................................................... | | | | | | | |
|     Manufacturing Overhead....................................... | | | | | | | |
| TOTAL COST OF GOODS SOLD:................................. | | | | | | | |
| GROSS PROFIT:............................................................ | 20 | | | | | | |
| OPERATING EXPENSES: | | | | | | | |
|     Selling and Marketing........................................... | | | | | | | |
|     General and administrative (rents, utilities, salaries, etc.) | 5,637 | | | | | | |
|     Other – Plant Operation (Utilities/R&M/Rents) | | | | | | | |
| TOTAL OPERATING EXPENSES................................. | 5,637 | | | | | | |
| INTREST EXPENSE....................................................... | | | | | | | |
| INCOME BEFORE DEPRECIATION OR TAXES:............. | (5,617) | | | | | | |
| DEPRECIATION OR AMORTIZATION........................... | | | | | | | |
| EXTRAORDINARY EXPENSES * (Insurance Proceeds) | | | | | | | |
| INCOME TAX EXPENSE (BENEFIT)............................. | | | | | | | |
| NET INCOME (LOSS)..................................................... | (5,617) | | | | | | |

*Requires explanation in NARRATIVE (Form 2-F)

FORM 2-B
Page 1 of 2
01/04

CASE NAME: Daleson Enterprises, LLC       CASE NUMBER: 05-50095

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period 1/01 to 1/31/2008

### Cash Reconciliation

1. Beginning Cash Balance
   (Ending cash balance from last month's report)                              61,794
2. Cash Receipts
   (total Cash Receipts from page 2 of all FORM 2-D's)          20
3. Cash Disbursements
   (total Cash Disbursements from page 3 of all FORM 2-D's)    5,637

4. Net Cash Flow                                                              (5,617)
5. Ending Cash Balance
   (to FORM 2-B)                                                              56,177

### CASH SUMMARY – ENDING BALANCE

|   | Amount* | Financial Institution |
|---|---------|----------------------|
| 1. Real Estate Account | $ | |
| 2. Trust Account | $ | |
| 3. Operating and/or Personal Account | $ 52,541 | Trustmark |
| 4. Payroll Account | $ 3,636 | Trustmark |
| 5. Tax Account | $ | |
| 6. Other Accounts (Specify checking or savings) | $ | |
| 7. Cash Collateral Account | $ | |
| 8. Petty Cash | $ | |
| **TOTAL** (Must Agree with line 5 above) | $ 56,177 | |

*These amounts should be equal to the previous month's balance for the account plus this month's receipts less this month's disbursements.

---

**ADJUSTED CASH DISBURSEMENTS**
Cash disbursements on Line 3 above less
inter-account transfers and UST fees paid        5,637

*NOTE: This amount should be used                                    FORM 2-D
to determine UST quarterly fees due                                  Page 1 of 4
and agree wit Form 2-D, page 2 of 4                                  01/04

| Daleson Enterprises, LLC | CASE NUMBER: | 05-50095 |
| Dba Jones County Rest Home | | |

## QUARTERLY FEE SUMMARY

### MONTH ENDED ___1/31/08

| Payment Date | Cash Disbursements * | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | $ 5,637 | | | |
| February | $ | | | |
| March | $ | | | |
| Total 1st Quarter | $ | $ | | |
| April | $ | | | |
| May | $ | | | |
| June | $ | | | |
| Total 2nd Quarter | $ | $ | | |
| July | $ | | | |
| August | $ | | | |
| September | $ | | | |
| Total 3rd Quarter | $ | $ | | |
| October | $ | | | |
| November | $ | | | |
| December | $ | | | |
| Total 4th Quarter | $ | $ | | |

### FEE SCHEDULE

| DISBURSEMENT CATEGORY | QUARTERLY FEE DUE |
|---|---|
| Less than $15,000.00 | $250 |
| $15,000 - $74,999.99 | $500 |
| $75,000 - $149,999.99 | $750 |
| $150,000 - $224,999.99 | $1,250 |
| $225,000 - $299,999.99 | $1,500 |
| $300,000 - $999,999.99 | $3,750 |
| $1,000,000 - $1,999,999.99 | $5,000 |
| $2,000,000 - $2,999,999.99 | $7,500 |
| $3,000,000 - $4,999,999.99 | $8,000 |
| $5,000,000 and above | $10,000 |

Note that a minimum payment of $250 is due each quarter even if no disbursements are made in the case during the period.
* Note: should agree with "adjusted cash disbursements" at bottom of Form 2-D, Page 1 of 4. Disbursements are net of transfers to other debtor in possession bank accounts and net of payments of prior period quarterly fees.

Form 2-D
Page 2 of 4
01/04

Case Name: Daleson Enterprises, LLC

Case Number: 05-50095

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed on page 1 of Form 2-D that the debtor maintained during the month.)

For Period 1/01 to 1/31/08

Account Name: Cottage Grove Nursing Home. Account Number: 6053-444-3

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|---|---|---|
| 1/18/2008 | James Clark | $20.00 |

FORM 2-D
Page 3 of 4
01/04

Case Name:    Daleson Enterprises, LLC

Case Number:  05-50095

### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
(This form should be completed for each type of account listed
on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period 1/01 to 1/31/2008

Account Name: Daleson Enterprises LLC

### CASH DISBURSEMENTS JOURNAL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
| See Attached | | | | $5,636.82 |

*Identify any payments to professionals, owners, partners, shareholders,
Officers, director or any insiders and all adequate protection payments
Ordered by the court with an asterisk or highlighting. Any payments made
as a result of a court order, should indicate the order date.

**Register Report - Last month**
1/1/2008 through 1/31/2008

2/22/2008                                                                                                                    Page 1

| Date | Account | Num | Description | Memo | Category | Tag | Clr | Amount |
|------|---------|-----|-------------|------|----------|-----|-----|--------|
| **BALANCE 12/31/2007** | | | | | | | | **49,551.51** |
| 1/9/2008 | AP NEW JC... | 3460 | MULLIN HO... Mullin Hoard + Brown, LLP | | | | | -259.62 |
| 1/15/2008 | AP NEW JC... | 3461 | LARRY FOR... | | | | | -2,285.00 |
| 1/15/2008 | AP NEW JC... | 3462 | LarRY RUSS... | | | | | -2,285.00 |
| 1/15/2008 | AP NEW JC... | 3463 | LARRY FOR... | | | | | -153.60 |
| 1/15/2008 | AP NEW JC... | 3464 | LarRY RUSS... | | | | | -153.60 |
| 1/17/2008 | AP NEW JC... | 3465 | OffICE OF TRUSTEE | | | | | -500.00 |
| 1/18/2008 | AP NEW JC... | DEP | DEPOSIT | James Clark | | | | 20.00 |
| 1/1/2008 - 1/31/2008 | | | | | | | | -5,616.82 |
| **BALANCE 1/31/2008** | | | | | | | | **43,934.69** |

|   |   |
|---|---|
| TOTAL INFLOWS | 20.00 |
| TOTAL OUTFLOWS | -5,636.82 |
| NET TOTAL | -5,616.82 |